**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ACTIVECARE, INC., *et al.*,[1] | Case No. 18-_____ (___) |
| Debtors. | (Joint Administration Pending) |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A
CORPORATION REGARDING THE CREDITOR MATRIX**

I, Mark J. Rosenblum, chief executive officer for the above-captioned debtors and

debtors in possession, declare under penalty of perjury that I have reviewed the attached Creditor

Matrix and that it is true and correct to the best of my knowledge, information and belief.

Dated: July 15, 2018

*/s/ Mark J. Rosenblum*
Name:  Mark J. Rosenblum
Title:   Chief Executive Officer

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax-identification number, are: ActiveCare, Inc. (8125); and 4G Biometrics, LLC (5678).  The location of the Debtors' corporate headquarters and their address for notice purposes is 1365 West Business Park Drive, Suite 100, Orem, UT 84058.

Brett Murdoch
12039 N Chamberry Ct
Highland, UT 84003

Partners for Growth IV, L.P.
150 Pacific Avenue
San Francisco, CA 94111

Telcare
150 Baker Ave Ex,
Concord, MA 01742

Bluestone Advisors, LLC
539 East Blackhawk Ln,
Alpine, UT 84004

Hillair Capital
345 Lorton Ave, Suite 303
Burlingame, CA 94010

Alpha Capital Anstalt
Pradafant 7, LI-9490
Vaduz, Liechtenstein C4 99999

JMJ Financial
501 W. Broadway, Suite 2000
Miami, FL 33139

Complete Business Solutions Group
141 N. 2nd Street
Philadelphia, PA 19106

Dillon Hill Capital
200 Business Park Drive, STE 306
Armonk, NY 10504

ADP Management
1401 North 1075 West, Suite 240
Farmington, UT 84025

Jeff Greene
135 Stanley Farm Road
Kernersville, NC 27284

Brio Capital Mastr Fund Ltd
100 Merrick Road, STE 401W
Rockville Centre, NY 11570

Jonique Hood
2230 South 2000 East
Salt Lake City, UT 84106

Osher Capital Partners LLC
5 Sans Berry Lane
Spring Valley, NY 10977

Advance Technology Investors, LLC
154 Rock Hill Road
Spring Valley, NY 10977

Lucosky Brookman LLP
45 Reckefeller Plaza, Suite 2000
New York, NY 10111

SG Ventures (RMR)
13533 South Bridle Gate Lane
Draper, UT 84020

PETERSON, JEFFREY
539 BLACKHAWK LANE
ALPINE, UT 84004

Liberty Capital
834 South Blue Ridge Lane
Alpine, UT 84004

Welgos, Robert
9 Ridge Road
Wharton, NJ 7885

Temple, Jack
2964 Rockwood Dr.
Lenoir, NC 28645

Dalton, James
PO Box 3621
Park City, UT 84060

Marc Nuccitelli
80 Rodeo Drive
Syosset, NY 11791

Peter Sherman
4409 Mickleton Road
Charlotte, NC 28226

Gary Gelbfish
2502 Avenue I
Brooklyn, NY 11210

Floyd, Robert O.
222-B Harper Avenue
NW Lenoir, NC 28645

Delcromo, Inc.
PO Box 4924
Eureka, OR 95502-4924

Jensen, Scott
3178 West Buehler Circle
Bluffdale, UT 84065

Tanner,LLC
36 S State Street, Suite 600
Salt Lake City, UT 84111-1400

Mabey, Dan
1715 Canyon Cr
Farmington, UT 84025

MEYERS ASSOCIATES, L.P.
45 BROADWAY 2ND FLOOR
NEW YORK, NY 10006

Key Benefit Administrators
534 RIVERCROSSING DR STE 200
FORT MILL, SC 29715

Al Asousi, Sabeeka
Jabriya, Block 5 Street 8, House 84
Kuwait City, Kuwait,

Al Sousi, Hessah
Bayan, Block 3, St. 2, House # 16
Kuwait City, Kuwait,  00965

Al Harban, Talal
Al Salam, Block 3, St. 204, House # 63
Kuwait City, Kuwait,

Emerging Benefits
4647 N 32nd St #110
Phoenix, AZ 85018

Salesforce.com, inc.
P.O. Box 203141
Dallas, TX 75320

Propeller
362 S UNIVERSITY AVE
PROVO, UT 84601

WorldWide
6 Venture #305
Irvine, CA 92618

Al Sousi, Sarah
Surra, Block 1, St.7, House 29
Kuwait City, Kuwait,  00965

Bourisli, Badir
Bayan, Block 3, St. 2, House # 16
Kuwait City, Kuwait,  00965

Al Kandari, Feras
Block 3, Street 3, Avenue 2, House 53, 2nd Floor Apt. 3
Yarmouk, Kuwait,

Edgar Agents, LLC
105 White Oak Lane, Suite 104
Old Bridge, NJ 08857

Durham Jones & Pinegar
111 S. Main Street Suite 2400
Salt Lake City, UT 84111

Martin, William
2615 Duck Hook Drive
Park City, UT 84060

Robinson, Bradley
1115 East Ironwood Drive
North Salt Lake, UT 84054

Craig Leh
8714 Country Rd 519
Frenchtown, NJ 8825

Catalyst Strategy, Inc.
475 Sansome Street, Suite 730
San Francisco, CA 94111

InContact
75 W Towne Ridge Pkwy
Sandy, UT 84070

Q Interactive
P.O. Box 101452
Atlanta, GA 31193-1452

Qualcomm Life, Inc.
5775 Morehouse Drive
San Diego, CA 92121

Parsons, Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT 84111

Arline Josephberg
41 Milton Court
Port Chester, NY 10573

Smith Associates, Inc.
203 Congressional Drive
Stevensville, MD 21666

Bourisli, Dalal
Bayan, Block 3, St. 2, House # 16
Kuwait City, Kuwait,  00965

Equisolve
2455 E. Sunrise Blvd Ste 1201
Fort Lauderdale, FL 33304

Fackrell Holdings
1365 West Business Park Drive, Suite 200
Orem, UT 84058

Fulbright & Jaworski L.L.P.
220 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

James Longo
90 Beaver Ave Suite 201
Clinton, NJ 08809

MedWatch
PO Box 952679
St. Mary, FL 32795

American Stock Transfer & Trust
P.O. Box 12893
Philadelphia, PA 19176-0893

Integrated Cost Management LLC
7312 Balmoral Dr
Colleyville, TX 76034

Harper Duncan & Associates, LLC
PO Box 84566
Baton Rouge, LA 70884

Clyde Snow & Sessions
201 South Main Street
Salt Lake City, UT 84111-2216

Hannibal, Janine
401 Highland Ave,
Lenoir, NC 28645

Purizer
1401 North 1075 West, Suite 240
Farmington, UT 84025

CK8 Financial LLC
5812 Westridge Dr.
Baton Rouge, LA 70817

HUB International
PO Box 6650
Metairie, LA 70009

Coldwell Banker Commercial
825 East 1180 South Ste 300
American Fork, UT 84003

Holland & Hart
P.O. Box 17283
Denver, CO 80217

SelectHealth
PO Box 27368
Salt Lake City, UT 84127-0368

Microsoft
PO Box 842103
Dallas, TX 75284

Robinson Bros. Construction, Inc.
12659 South 125 East, Suite B
Draper, UT 84020

Economics Partners LLC
One West Main Street
American Fork, UT 84003

Schwartz, Sandor
5134 Oceanview Avenue
Sea Gate, NY 11224

Fundrock
128 32nd Street Suite #314
Brooklyn, NY 11232

BlueHill Group LLC
PO Box 532
Metuchen, NJ 8840

Ideal Life Inc.
2110 North Ocean Blvd  STE 12D
Ft. Lauderdale, FL 33305

Pitney Bowes Global Financial Services
P.O. Box 371887
Pittsburgh, PA 15250-7887

Mahoney Group
14900 Interurban Ave, Ste 284
Seattle, WA 98168

Navigator Business Solutions
170 South Main Street
Pleasant Grove, UT 84062

Kilo Viktor Industries LLC ATTN: Konrad Voits
3000 Green Rd. Ste #131202
Ann Arbor, MI 48105

Lockard & Williams
P.O. Box 1688
Pascagoula, MS 39568

PR News Wire Association, LLC
G.P.O. Box 5897
New York, NY 10087-5897

Adler Consulting
4062 Peachtree Rd NE, Suite A-279
Atlanta, GA 30319

Gilsbar, LLC
PO Box 2947
Covington, LA 70434-2947

Boon Chapman
9401 Amberglen Blvd
Austin, TX 78729

Mytrex, Inc.
10321 South Beckstead Lane
South Jordan, UT 84095-8801

Agile Supply Chain Strategies
1546 S. 4650 W.
Salt Lake City, UT 84104

Integra Telecom
P.O. Box 864
Salt Lake City, UT 84110-0864

RX Benefits, Inc
3500 Blue Lake Drive Suite 200
Birmingham, AL 35243

HealthScope Benefits
12448 Collections Center Drive
Chicago, IL 60693

IDA
153 Bauer Dr.
Oakland, NJ 7436

Nurse Response
6657 Paysphere Circle
Chicago, IL 60674

Benefit Data
17732 Highland Road Ste G-110
Baton Rouge, LA 70810

Brent J. Bell CPA, PC
5882 South 900 East Suite 200
Salt Lake City, UT 84121

Rockwell, Max
4451 Charing Cross road
Sarasota, FL 34241

Auxiant
424 1st Ave NE, Suite 200
Cedar Rapids, IA 52401

AmeriLife Operations LLC
2536 Countryside Blvd. 6th Floor
Clearwater, FL 33763

Entrust Inc.
22322 Grand Corner Dr, Ste 200
Katy, TX 77494

Dykema Gossett PLLC
2723 South State Street, Suite 400
Ann Arbor, MI 48104

Interactive Care, Inc.
50 W Broadway, Suite 1210
Salt Lake City, UT 84101

Hansen, Barnett & Maxwell
5 Triad Center Suite 750
Salt Lake City, UT 84180-1128

IBA
100 Garden City Plaza
Garden City, NY 11530

UTA
669 West 200 South
Salt Lake City, UT 84101

Interform
P.O. Box 577
Centerville, UT 84014

Black Lotus Communications
PO Box 265
San Francisco, CA 94104

CNIC Health Solutions
6251 Greenwood Plaza Blvd, Suite 300
Greenwood Village, CO 80111

National Acadamies of Emergency Dispatch
110 South Regent Street Suite 800
Salt Lake City, UT 84111

Lewis, Al
890 Winter Street, Suite 208
Waltham, MA 2451

West Unified Communications Services, Inc.
P.O. Box 281866
Atlanta, GA 30384-1866

Collection Professionals
850 North Highway 414
Mountain View, WY 82939

Nextiva
8800 East Chaparral Road  STE 300
Scottsdale, AZ 85250

Hines and Associates, Inc.
115 E. Highland Ave.
Elgin, IL 60120

Bell Nunnally & Martin LLP
3232 McKinney Avenue
Dallas, TX 75204-2429

Tikia Consulting
3525 N. Causeway Blvd., Suite 815
Metairie, LA 70002

Southridge Services
32 W. 200 South Suite 136
Salt Lake City, UT 84101

Curran Tomko Tarski LLP
2001 Bryan Street Suite 2000
Dallas, TX 75201

Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP
310 Golden Shore, Fourth Floor
Long Beach, CA 90802

Priority Dispatch Corporation
110 South Regent St, Suite 500
Salt Lake City, UT 84111

AIRESPRING
7800 Woodley Ave
Van Nuys, CA 91406

Brannelly Law
PO Box 1832
Draper, UT 84020

HERRERA, DEBORAH
1048 W. 1020 N.
PROVO, UT 84604

John C. Nelson, MD, MPH
330 Paradiso Lane
Centerville, UT 84014

State Tax Consultants PLLC
13304 South Nashi Lane
Draper, UT 84020

EMI Health
852 East Arrowhead Lane
Murray, UT 84107-5298

IT Solutions
269 S Western Ave # 171
Los Angeles, CA 90004

IT Unite Technologies
6669 Canterbury Drive
Highland, UT 84003

Mergent, Inc.
PO Box 403123
Atlanta, GA 30384-3123

NASDAQ OMX
AB SE-10578
Stockholm, Sweden, 0 0

DMEWorks, Inc.
P.O. Box 8210
Fleming Island, FL 32006

The Hartford
PO BOX 783690
PHILADELPHIA, PA 19178-3690

First Choice home Care
350 5th Avenue  STE 7710
New York, NY 10118

Revco Leasing Company
P.O. Box 65598
Salt Lake City, UT 84165-0598

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

BioUtah
2500 S State Street, D-224
Salt Lake City, UT 84106

Lagrand Distributing Inc.
183 West 1700 South
Salt Lake City, UT 84115

Assured Partners (LandryHarris)
600 Jefferson Street Suite 200
Lafayette, LA 70501

Law Offices of Steven T. Polino, PLLC
3216 Prince Court
Bedford, TX 76021

SPENCER, AVERY
529 EAST 300 SOUTH
PLEASANT GROVE, UT 84062

The Lead Center LLC
7900 Glades Road, Suite 120
Boca Raton, FL 33494

Hoover's
103 JFK Parkway
Short Hills, NJ 7078

Citrix Online
File 50264
Los Angeles, CA 90074-0264

The Veteran Journal
11024 Balboa Boulevard, PMB 417
Granada Hills, CA 91344

C7 Data Centers
14944 Pony Express Dr.
Bluffdale, UT 84065

Power Plus Cleaning Systems Inc
2204 SMR
Fairview, UT 84629-5402

Professional Benefits Services, Inc.
2959 Lucerne Street, SE #205
Grand Rapids, MI 49546

XCast Labs, Inc.
1801 Avenue of the Stars,
Los Angeles, CA 90067

Canon Solutions America
15004 Collections Center Drive
Chicago, IL 60693

JiveCommunications
Dept CH 19606
Palatine, IL 60055

Broadridge
P.O. Box 416423
Boston, MA 02241-6423

Cairnstone Financial
PO Box 50530
Indianapolis, IN 46250

Firefly
P.O. Box 41132
Houston, TX 77241-1132

GROESBECK, MICHAEL
2001 MILLHOUSE LANE
MATTHEWS, NC 28104

VicTig
14587 S 790 W Unit A
Bluffdale, UT 84065

UVU Career Development Center
800 West University Parkway Mailstop 203
Orem, UT 84058

Shred-IT USA
23166 Network Place
Chicago, IL 60673-1252

Humana
P.O. Box 0884
Carol Stream, IL 60132-0084

K Design
1008 1 Shepherd Creek Parkway
Farmington, UT 84025

FEDEX
PO Box 7221
Pasadena, CA 91109-7321

United Parcel Service
P.O. Box 894820
Los Angeles, CA 90189-4820

CCI Network
155 North 400 West Suite 100
Salt Lake City, UT 84103

TaiDoc Technology Corp.
6F. No. 127, Wugong 2nd Road., Wugu Dist.
New Taipei City,  24888 Taiwan

SecureOne
678 Front Avenue NW, Suite 420
Grand Rapids, MI 49504

VLCM
P.O. Box 271043
Salt Lake City, UT 84127-1043

Standard & Poor's Financial Services LLC
PO Box 8500, Lockbox #7562
Philadelphia, PA 19178-7562

Superior Water and Air, Inc.
3536 South 1950 West
Salt Lake City, UT 84119

Veracity Networks
170 Election Road, Suite 200
Draper, UT 84020

CenturyLink - GW
P.O. Box 29040
Phoenix, AZ 85038-9040

Atlas Business Solutions
3330 Fiechtner Drive SW  ste 200
Fargo, ND 58103

Language Translation, Inc.
4379 30th Street, Suite #7
San Diego, CA 82104-1323

CardAccess Engineering
11778 South Election Road
Salt Lake City, UT 84020

Medline Industries, Inc.
One Medline Place
Mundelein, IL 60060-4486

Sircon Corporation
24431 Network Place
Chicago, IL 60673-1244

American Express
PO BOX 650448
Dallas, TX 75265-0448

Christiansen Law, PLLC
311 S. State, Ste 250
Salt Lake City, UT 84111

CT Corporation System
P.O. Box 4349
Carol Stream, IL 60197-4349

Everest Business Funding
5 West 37th Street, 2nd Floor
New York, NY 10018

Hess Travel
150 North Main Street
Bountiful, UT 84010

Humanity, Inc.
50 Osgood Place, Ste 330
San Francisco, CA 94133

64494456.1

Les Olson
P.O. Box 65598
Salt Lake City, UT 84165-0598

LinguaLinx Language Solutions, Inc.
433 River Street, Suite 600
Troy, NY 12180

Locke Lord LLP
2800 Financial Plaza
Providence, RI 02903

MIEDGE
326 Chestnut Hill Rd.
New Boston, NH 3070

Office Ally
PO BOX 872020
VANCOUVER, WA 98687

Partners For Growth IV
1660 Tiburon Blvd. Suite D
Tiburon, CA 94920

Paychex
4300 Kittredge Street, Suite 100
Denver, CO 80239

Practis, Inc.
8720 Red Oak Blvd., Suite 220
Charlotte, NC 28217

Register.com
12808 Gran Bay Parkway
Jacksonville, FL 32258

sFax
6922 Hollywood Blvd, Ste 500
Los Angeles, CA 90028

Spartan securities
45 Broadway 9th floor
New York, NY 10006

Telcare 092517 Agreement
150 Baker Ave Ex,
Concord, MA 01742

Telcare, Inc.
150 Baker Ave. Extension, Suite 300
Concord, MA 01742

The Parkway Storage Center
1042 S Geneva Road
Orem, UT 84058

Zerigo, Inc
2125 O'Nel Drive
San Jose, CA 95131

Zions Bank
PO Box 30709
Salt Lake city, UT 84130-0709

Workers Compensation Fund
P.O. Box 26488
Salt Lake City, UT 84126-0488

ACTON, MICHAEL
11338 PALISADES RIM DR.
SOUTH JORDAN, UT 84095

WILLIAMS, HERBERT
811 EAST 700 NORTH
OREM, UT 84097

WILLIAMS, TAYLOR
811 EAST 700 NORTH
OREM, UT 84097

YAZZIE, SPENCER
1225 SOUTH 620 WEST APT F1225
OREM, UT 84058

ALANIS, ALYSSA
725 S. 100 E.
SALEM, UT 84653

ALI'IFUA, TIANA
98 N. 900 W.
PROVO, UT 84601

ALLRED, DALLIN
526 S. 300 E.
PROVO, UT 84606

ANDERSON, JOSEPH
1720 WILLOWBROOK DRIVE
PROVO, UT 84604

AVILA, DAVID
587 E. 950 N.
OREM, UT 84097

BELLISTON, JOHN
1119 W. 300 S.
SPANISH FORK, UT 84660

BIRD, TANYA
13261 QUAIL GROVE AVENUE
BATON ROUGE, LA 70809

BLACKMAN, TRENT
1810 N. 80 E.
OREM, UT 84057

BRAILSFORD, REBECCA
594 SOUTH LOCUST AVENUE
PLEASANT GROVE, UT 84062

BROWN, KAITLYN
846 S. 1260 E.
PLEASANT GROVE, UT 84062

CASTRO, IVANNIA
631 N. 850 W.
PROVO, UT 84061

CHILDS, AUSTIN
486 WEST 920 NORTH
OREM, UT 84057

COOMBS, TAYLOR
4151 N. TRAVERSE MOUNTAIN BLVD, APT. 16
LEHI, UT 84043

CRAWFORD, SIERRA
962 N. 900 E., #7
PROVO, UT 84604

DELFIN, JORDAN
1134 W. 1390 SOUTH
OREM, UT 84058

DUERI, MARK
11623 S. HARVEST MOON COURT
SOUTH JORDAN, UT 84095

FIFITA, ARIEL
360 SOUTH STATE STREET, APT. A23
OREM, UT 84058

GALKE, DECKER
1305 N. CANYON ROAD, APT. 11
PROVO, UT 84604

GARDNER, PRESTON
324 EAST 600 SOUTH
CENTERVILLE, UT 84014

GEMCO Medical
5640 Hudson Industrial Parkway
Hudson, OH 44236

GETHERS, DERIC
4366 SOUTH PINE STREET, #A
TACOMA, WA 98409

GONZALEZ, JOSELINE
695 S. OREM BLVD., APT. 3
OREM, UT 84058

GREGORY, LING
2275 E. CHERRY STREET
LAYTON, UT 84040

HARRIS, JOSH
1111 S. 1350 W.
OREM, UT 84058

HENDERSON, JOSEPH
47 E. 600 N.
PROVO, UT 84606

HERMAN, MARY KATHRYN
2356 W. 470 N.
PROVO, UT 84601

HOLDEN, CHAD
675 N. 500 W., #305
PROVO, UT 84601

HOOD, REBECCA
643 SWENSON AVENUE, #6
SPRINGVILLE, UT 84663

JARVIS, COLIN
507 S. 600 W., UNIT B
PROVO, UT 84601

JEX, ERIN
5568 WEST 10080 NORTH
HIGHLAND, UT 84003

JONES, JILLYN
874 W. BUFFALO DRIVE
SARATOGA SPRINGS, UT 84045

JONES, MICHAEL
1008-1 SHEPHERD CREEK PARKWAY
FARMINGTON, UT 84025

KILPACK, CHRISTINE
2961 S 8750 W
MAGNA, UT 84044

LEILUA, JENNIFER
931 S. 2040 W.
OREM, UT 84058

LEWIS, KARINA
1882 N. 1500 E.
PROVO, UT 84604

LINDSEY, NIKKI
884 SOUTH 400 WEST
OREM, UT 84058

LUNT, EMILY
1225 WEST 1000 SOUTH APT C403
OREM, UT 84058

MACKENZIE, TAMI
11802 SUNRISE VIEW DRIVE
DRAPER, UT 84020

MCPHIE, JASON
50 E. HAWTHORE HILL LANE
DRAPER, UT 84020

MEADOR, DARRELL
2205 AUSTIN WATERS
CARROLTON, TX 75010

MOLINA, RAYMUNDO
132 W. 2060 N.
PROVO, UT 84604

MONTANDON, WHITNEY
701 N. 500 W.  #108
PROVO, UT 84601

MONTGOMERY, JAMES
728 W. 1
PROVO, UT 84606

MONZINGO, JOCELYN
555 E 700 S, APT C5
SALT LAKE CITY, UT 84102

Moreton & Company
P.O. Box 58139
Salt Lake City, UT 84158

MOSES, COURTNEY
567 E. 100 N.
PROVO, UT 84606

MURPHY, LAURIE
507 GRANDSHIRE DRIVE
CRANBERRY TOWNSHIP, PA 16066

NAUTU, GREGORY
1834 N. 650 W.
PROVO, UT 84604

PAYNE, HOWELL
693 E. SWENSON AVENUE, #5
SPRINGVILLE, UT 84663

PUGINA, JONATHAN
58 N. 340 W.
OREM, UT 84057

REES, WENDI
537 12TH AVENUE
SALT LAKE CITY, UT 84103

RICHTER, LESLI
3249 SOUTH 750 WEST
SYRACUSE, UT 84075

ROBINSON, ERIC
551 EAST INDIAN SPRINGS ROAD
BOUNTIFUL, UT 84010

SANDERS, TERRELL
4215 S. ATHERTON DRIVE, #20
SALT LAKE CITY, UT 84123

SA'U, RALPH
269 E. 2100 N.
PROVO, UT 84604

SHAFFER, COURTNEY
749 EAST 200 NORTH
ALPINE, UT 84004

SKINNER, JENNIFER
11291 S. WINDY PEAK RIDGE
SANDY, UT 84094

SMITH, LARK
1285 W. 1480 N.
OREM, UT 84057

SORENSON, ANDREA
1244 ALPINE WAY
PROVO, UT 84606

TINGEY, BARTON
181 N. 1200 W., APT. 104
OREM, UT 84057

WALKER, JOLENE
1972 N. 1060 W.
PLEASANT GROVE, UT 84062

WALLACE, RACHEL
10464 S. JORDAN GATEWAY, UNIT 334
SOUTH JORDAN, UT 84095

WEBB, OLIVIA
614 W. 730 N.
AMERICAN FORK, UT 84003

BLANCHETTE, SHELBY
428 NORTH 200 EAST
OREM, UT 84057

CHRISTIAN, BRIAN
13784 S. MOUNT OLYMPUS PEAK DR
RIVERTON, UT 84096

CLOVE, DAVID
1130 EAST 450 NORTH
PROVO, UT 84606

CLOVE, GRACE
915 N. 150 E., APT 108
PROVO, UT 84604

COOK, MARLEE
12139 S. 2795 W.
RIVERTON, UT 84065

DANIELS, PAMELA
125 N. MILL ROAD, #J108
VINEYARD, UT 84058

Danielson, Ron
75 W 680 N
Orem, UT 84057

DERRICK, MICHAEL
36 EAST 1020 NORTH
FARMINGTON, UT 84025

DERRICK, PETER
2176 S. PARKWOOD LANE
KAYSVILLE, UT 84037

ESKELSON, ANNA MARIE
5077 SPRING HEATHER CIRCLE
HERRIMAN, UT 84096

FAHINA, ANNA
339 N. 680 E.
OREM, UT 84058

GALKE, BRAYDEN
84 E 200 S
PROVO, UT 84601

GARZA, ROLANDO
915 N. 150 E., #108
PROVO, UT 84604

HALL, JAIMESON
11159 N. 5500 W.
HIGHLAND, UT 84003

Handley, Ian
1035 S 250 W
PROVO, UT 84601

HARTSOCK, JAKOB
545 E. 950 N.
OREM, UT 84097

HERRERA, BENJAMIN
1048 W. 1020 N.
PROVO, UT 84604

HURTY, ANTHONY
2412 E. 3300 S., APT. 2
SALT LAKE CITY, UT 84109

JOHNSON, NICOLE
730 EAST 950 SOUTH, APT. C31
OREM, UT 84097

JONES, NICHOLAS
1885 E. 2100 S.
SALT LAKE CITY, UT 84106

LAWRENCE, SPENCER
1072 W. 1290 S.
OREM, UT 84058

Mark Rosenblum
9200 Santa Fe Trail
Celina, TX 75009

OWENS, BRANDON
4047 E. 1150 S.
HEBER, UT 84032

Peterson, Jeff
539 East Blackhawk Ln,
Alpine, UT 84004

STORRS, SELENA
438 W. 1430 S.
OREM, UT 84058

TURNER, ELIZABETH
462 N. 1235 W.
OREM, UT 84057

Onn, Isaac
1365 Business Park Drive
Orem, UT 84058

SEC Secretary of Treasury
100 F Street, NE
Washington, DC 20549

SEC NY Regional Office Andrew Calamari
200 Vesey Street, Suite 400
New York, NY 10281-1022

Internal Service Revenue
PO Box 7346
Philadelphia, PA 19101-7346

Secretary of State Div. of Corporations
PO Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904