IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ACTIVECARE, INC., *et al.*,[1] | Case No. 18-11659 (LSS) |
| Debtors. | (Joint Administration Pending) |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 17, 2018 AT 2:00 P.M. (ET)[2]

**VOLUNTARY PETITIONS**

1. ActiveCare, Inc.
2. 4G Biometrics, LLC

**FIRST DAY DECLARATION**

3. Declaration of Mark Rosenblum, Chairman and Chief Executive Officer of Debtors, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 3; Filed: 7/15/2018]

**MATTERS GOING FORWARD**

4. Motion of Debtors for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 2; Filed: 7/15/2018]

    **Status:**    This matter will go forward.

5. Motion of Debtors for Entry of an Order Extending Time for Filing Schedules of Assets and Liabilities and Statement of Financial Affairs [Docket No. 4; Filed: 7/15/2018]

    **Status:**    This matter will go forward.

6. Motion of Debtors for Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, and (II) Authorizing Continuation of Existing Deposit Practices [Docket No. 5; Filed: 7/15/2018]

    **Status:**    This matter will go forward on an interim basis.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax-identification number, are: ActiveCare, Inc. (8125); and 4G Biometrics, LLC (5678). The location of the Debtors' corporate headquarters and their address for notice purposes is 1365 West Business Park Drive, Suite 100, Orem, UT 84058.

[2] The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, DE 19801.

7. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Employee Claims, Including Wages, Salaries, and Other Compensation, (II) Authorizing Payment of Certain Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Expenses Incurred Prepetition, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Payment of Workers' Compensation Obligations, and (VI) Authorizing Payment of Prepetition Claims Owing to Administrators and Third-Party Providers [Docket No. 6; Filed: 7/15/2018]

    **Status:**    This matter will go forward on an interim basis.

8. Motion of Debtors for Entry of Interim and Final Orders Authorizing Payment of Prepetition Obligations Owed to Critical Vendors [Docket No. 7; Filed: 7/15/2018]

    **Status:**    This matter will go forward on an interim basis.

9. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Secured Postpetition Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Setting a Final Hearing, and (VI) Granting Related Relief [Docket No. 8; Filed: 7/15/2018]

    **Status:**    This matter will go forward on an interim basis.

Dated: July 16, 2018　　　　　　　　　　　Respectfully submitted,
Wilmington, Delaware

**POLSINELLI PC**

*/s/ Justin K. Edelson*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Proposed Counsel to the Debtors and Debtors in Possession*