# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ACTIVECARE, INC., *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 18-11659 (LSS)<br><br>(Jointly Administered)<br><br>RE:  Docket No. 8 |

**CERTIFICATION OF COUNSEL REGARDING INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 AND 507:  (A) AUTHORIZING THE DEBTORS TO OBTAIN POST-PETITION TERM LOAN FINANCING; (B) AUTHORIZING DEBTORS TO USE CASH COLLATERAL; (C) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; (D) GRANTING ADEQUATE PROTECTION TO THE PRE-PETITION LENDER; (E) MODIFYING AUTOMATIC STAY; (F) SCHEDULING A FINAL HEARING; AND (G) GRANTING RELATED RELIEF**

　　　　　I, Justin K. Edelson, Esq., of Polsinelli PC, counsel to the above-captioned debtors and debtors in possession (the "**Debtors**"), hereby certify and state as follows:

　　　　　1.　　On July 15, 2018, the Debtors filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Secured Postpetition Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Setting a Final Hearing, and (VI) Granting Related Relief* [Docket No. 8] (the "**Motion**").

　　　　　2.　　The Debtors received informal comments from the Office of the United States Trustee (the "**U.S. Trustee**") and Partners for Growth IV, L.P. ("**PFG**").  No other objections or responses were received.

---

[1] Pursuant to 11 U.S.C. § 342(c)(1), the Debtors in these cases, along with the last four digits of each Debtor's federal tax-identification number, are: ActiveCare, Inc. (8125); and 4G Biometrics, LLC (5678).  The location of the Debtors' corporate headquarters and their address for notice purposes is 1365 West Business Park Drive, Suite 100, Orem, UT 84058.

3. On July 17, 2018, the Court held a hearing (the "**Hearing**") regarding the relief requested in the Motion.

4. The Court approved the relief requested in the Motion, as modified on the record at the Hearing.

5. Attached hereto as Exhibit A is a consensual proposed form of order (the "**Order**") approving the Motion. The Order has been shared with the U.S. Trustee and PFG, and they have no objection to its entry.

6. Attached hereto as Exhibit B is a blackline comparison of the Order to the form of order originally filed by the Debtors.

7. Attached hereto as Exhibit C is a blackline comparison of the Order highlighting changes made based on the record at the Hearing.

8. Accordingly, the Debtors respectfully request that the Court enter the Order at its earliest convenience.

Dated: July 18, 2018  
      Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

*/s/ Justin K. Edelson*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Proposed Counsel to the Debtors and Debtors in Possession*

64528026.2