## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ACTIVECARE, INC., a Delaware corporation, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11659 (LSS)<br><br>(Jointly Administered) |

### DECLARATION OF GEOFFREY ALLAN IN SUPPORT OF BRIEF BY PRE- AND POST-PETITION LENDER PARTNERS FOR GROWTH IV, L.P. REGARDING NEED FOR ADEQUATE PROTECTION OF INTEREST OF COMPLETE BUSINESS SOLUTIONS GROUP, INC.

Pursuant to 28 U.S.C. § 1764, Geoffrey Allan declares as follows under the penalty of perjury:

1. I am employed by Partners for Growth IV, L.P. ("PFG"), Debtors' pre-petition and post-petition lender, and my title is Partner. I am authorized to submit this Declaration on PFG's behalf. I am directly involved with PFG's financing relationship with ActiveCare, Inc. ("Debtor"). If called upon to testify, I would testify competently to the facts set forth in this Declaration.

2. I am one of the custodians of the books, records and files of PFG as those books, records and files pertain to transactions between PFG and Debtor. I am knowledgeable and familiar with the PFG's business, policies and procedures, day-to-day operations, and books and records. Except as otherwise noted, I have personal knowledge of the matters set forth herein or have gained knowledge of such matters from PFG's employees, agents, attorneys, and advisors, the accuracy and completeness of which information I relied upon to provide this Declaration, or I have gained knowledge from the business records of PFG which were made at or about the time of the events

---

[1] Pursuant to 11 U.S.C. § 342(c)(1), the Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: ActiveCare, Inc. (8125) and 4G Biometrics, LLC (5678). The location of the Debtors' headquarters and the Debtors' service address is 1365 West Business Park Drive, Suite 100, Orem, Utah 84058.

recorded and which have been maintained consistently in the ordinary course of business of PFG. Any such document or record was prepared in the ordinary course of business of PFG by a person employed by PFG who had personal knowledge of the event being recorded and had a business duty to so accurately record such event. I know from my prior experience with PFG that these records are accurate and trustworthy.

3. On or about February 19, 2016, the PFG and Debtor entered into a Loan and Security Agreement (as amended or modified from time to time, the "Loan Agreement") and issued certain notes payable in connection therewith (together with the Loan Agreement, the "PFG Obligations"). A true and correct copy of the Loan Agreement is attached as Exhibit 1 to this Declaration. During the course of my employment with PFG, and my dealings with Debtor, I have become familiar with the signatures of Debtor's present and certain former officers, as well as those of PFG's employees. I recognize the signatures on Exhibit 1 on Debtor's behalf to be those of its former officer James Dalton, and on PFG's behalf to be those of Jason Georgatos, who is a Partner with PFG. Pursuant to the Loan Agreement, PFG initially made credit available to Debtor in the maximum aggregate principal amount of $4,500,000.

4. Pursuant to the Loan Agreement, Debtor granted PFG a security interest in substantially all of its assets to secure the PFG Obligations. PFG perfected its security interest in such assets by filing a UCC Financing Statement with the Delaware Department of State on February 18, 2016. A true and correct copy of the file-conformed financing statement is attached as Exhibit 2 to this Declaration.

5. Also on or about February 19, 2016, PFG, Debtor, and Complete Business Solutions Group ("CBSG") entered into a Subordination Agreement pursuant to which CBSG subordinated all present and future indebtedness owing from Debtor to CBSG, and all liens

securing such present and future indebtedness, to all present and future indebtedness Debtor owed to PFG and to the liens securing such indebtedness. A true and correct copy of the Subordination Agreement is attached as Exhibit 3 to this Declaration. I recognize the signatures on behalf of Debtor and PFG to be those of Mr. Dalton and Mr. Georgatos, respectively. Further, it is my understanding that a CBSG officer signed Exhibit 3 on its behalf and forwarded the agreement to PFG.

6.     On or about March 31, 2017, PFG and Debtor entered into that certain Modification No. 1 to the Loan Agreement and Security Agreement (the "**Modification 1**"), pursuant to which PFG agreed to lend Debtor up to an additional $300,000 under the terms and conditions therein set forth. A true and correct copy of Modification 1 is attached as Exhibit 4 to this Declaration. I recognize the signatures on behalf of Debtor to be those of Jeffrey Peterson, formerly Debtor's president and who I understand is now its secretary and executive vice president, and its former officer Eric Robinson, and the signature on PFG's behalf to be that of Andrew Kahn, who is a Partner with PFG.

7.     On or about April 11, 2018, PFG and Debtor entered into that certain Modification No. 2 to Loan and Security Agreement ("**Modification 2**") pursuant to which PFG agreed to make an additional advance of $225,000 to Debtor under the terms and conditions therein set forth. A true and correct copy of Modification 2 is attached as Exhibit 5 to this Declaration. I signed Modification No. 2 on PFG's behalf, and I recognize the signatures on Debtor's behalf to be those of its officers Mark Rosenblum and Jeffrey Peterson.

8.     On or about June 6, 2018, PFG and Debtor entered into that certain Modification No. 3 to Loan and Security Agreement ("**Modification 3**") pursuant to which PFG agreed to make an additional advance of $235,000 to Debtor under the terms and conditions therein set forth, and

Debtor agreed to grant PFG additional security for the PFG Obligations in the form of commercial tort claims. A true and correct copy of Modification 3 is attached as Exhibit 6 to this Declaration, and a true and correct copy of the Security Interest Supplement is attached as Exhibit 7 to this Declaration. I recognize the signatures on Debtor's behalf on both documents to be those of Messrs. Rosenblum and Peterson, and on PFG's behalf on Modification 3 to be that of Mr. Kahn. PFG perfected its security interest in the commercial tort claims by filing a UCC Financing Statement Amendment identifying such tort claims with the Delaware Department of State on June 13, 2018. A true and correct copy of the file-conformed amendment to the financing statement is attached as Exhibit 8 to this Declaration.

9.  On or about June 19, 2018, PFG and Debtor entered into that certain Modification No. 4 to Loan and Security Agreement ("**Modification 4**"), pursuant to which PFG agreed to make an additional advance of $375,000 to Debtor under the terms and conditions therein set forth. A true and correct copy of Modification 4 is attached as Exhibit 9 to this Declaration. I signed Modification 4 on PFG's behalf, and I recognize the signatures on Debtor's behalf to be those of Messrs. Rosenblum and Peterson.

10.  On or about July 2, 2018, PFG and Debtor entered into that certain Modification No. 5 to Loan and Security Agreement ("**Modification 5**") pursuant to which PFG agreed to make an additional advance of $100,000 to Debtor under the terms and conditions therein set forth. A true and correct copy of Modification 5 is attached as Exhibit 10 to this Declaration. I signed Modification 5 on PFG's behalf, and I recognize the signatures on Debtor's behalf to be those of Messrs. Rosenblum and Peterson.

11.  As of the Petition Date, the principal amount of the indebtedness owing from Debtor to PFG was not less than $4,863,976.15.

12. On April 17, 2017, Debtor entered into a Factoring Agreement and a Security Agreement with CBSG. I am informed and believe that Exhibits 11 and 12 attached to this Declaration are true and correct copies of the Factoring Agreement and the Security Agreement, respectively.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of July, 2018.

_____
Geoffrey Allan