**<u>Exhibit 2</u>**

**(Summary of UCC-1 Filings of ActiveCare)**

**1. Uniform Commercial Code Filings: ACTIVECARE, INC.; CLEVELAND CLINIC**
Debtor(s): ACTIVECARE, INC.   |   Other Party Name: CLEVELAND CLINIC   |   Filing Date: 06/01/2018   |   Location
State: UT   |   Type: TERMINATION   |   Filing Number: 542677201841

**2. Uniform Commercial Code Filings: ACTIVECARE, INC.; LIBERTY CAPITAL, LLC**
Debtor(s): ACTIVECARE, INC.   |   Other Party Name: LIBERTY CAPITAL, LLC   |   Filing Date: 06/01/2018   |   Location
State: UT   |   Type: ORIGINAL   |   Filing Number: 543774201841

**3. Uniform Commercial Code Filings: ACTIVECARE, INC.; CLEVELAND CLINIC**
Debtor(s): ACTIVECARE, INC.   |   Other Party Name: CLEVELAND CLINIC   |   Filing Date: 05/25/2018   |   Location
State: UT   |   Type: ORIGINAL   |   Filing Number: 542677201841

**4. Uniform Commercial Code Filings: ACTIVECARE, INC.; CLEVELAND CLINIC**
Debtor(s): ACTIVECARE, INC.   |   Other Party Name: CLEVELAND CLINIC   |   Filing Date: 05/15/2018   |   Location
State: UT   |   Type: ORIGINAL   |   Filing Number: 542677201841

**5. Uniform Commercial Code Filings: ACTIVECARE, INC; COMPLETE BUSINESS SOLUTIONS GROUP**
Debtor(s): ACTIVECARE, INC   |   Other Party Name: COMPLETE BUSINESS SOLUTIONS GROUP   |   Filing Date:
05/08/2018   |   Location State: UT   |   Type: ORIGINAL   |   Filing Number: 542136201836

**6. Uniform Commercial Code Filings: ACTIVECARE INC.; COLLATERAL SERVICES LLC**
Debtor(s): ACTIVECARE INC.   |   Other Party Name: COLLATERAL SERVICES LLC   |   Filing Date: 04/26/2018
|   Location State: DE   |   Type: CONTINUATION   |   Filing Number: 20182828586

**7. Uniform Commercial Code Filings: ACTIVECARE, INC.; CORPORATION SERVICE COMPANY, AS REPRESENTATIVE**
Debtor(s): ACTIVECARE, INC.   |   Other Party Name: CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
|   Filing Date: 11/02/2017   |   Location State: UT   |   Type: ORIGINAL   |   Filing Number: 530174201727

**8. Uniform Commercial Code Filings: ACTIVECARE, INC.; FUNDROCK LLC**
Debtor(s): ACTIVECARE, INC.   |   Other Party Name: FUNDROCK LLC   |   Filing Date: 11/01/2017   |   Location State:
UT   |   Type: ORIGINAL   |   Filing Number: 529932201742

**9. Uniform Commercial Code Filings: ACTIVECARE, INC.; PARTNERS FOR GROWTH IV, L.P.**
Debtor(s): ACTIVECARE, INC.   |   Other Party Name: PARTNERS FOR GROWTH IV, L.P.   |   Filing Date: 03/13/2017
|   Location State: DE   |   Type: ORIGINAL   |   Filing Number: 20171660684

**10. Uniform Commercial Code Filings: ACTIVECARE, INC.; PRESTIGE CAPITAL CORPORATION**
Debtor(s): ACTIVECARE, INC.   |   Other Party Name: PRESTIGE CAPITAL CORPORATION   |   Filing Date:
02/24/2016   |   Location State: DE   |   Type: TERMINATION   |   Filing Number: 20161119013

**11. Uniform Commercial Code Filings: ACTIVECARE, INC.; VALERA CAPITAL LLC**
Debtor(s): ACTIVECARE, INC.   |   Other Party Name: VALERA CAPITAL LLC   |   Filing Date: 02/18/2016   |   Location
State: DE   |   Type: TERMINATION   |   Filing Number: 20160989739

**12. Uniform Commercial Code Filings: ACTIVECARE, INC.; PARTNERS FOR GROWTH IV, L.P.**
Debtor(s): ACTIVECARE, INC.   |   Other Party Name: PARTNERS FOR GROWTH IV, L.P.   |   Filing Date: 02/18/2016
|   Location State: DE   |   Type: ORIGINAL   |   Filing Number: 20160988830

**13. Uniform Commercial Code Filings: ACTIVECARE, INC.; VALERA CAPITAL LLC**
Debtor(s): ACTIVECARE, INC.   |   Other Party Name: VALERA CAPITAL LLC   |   Filing Date: 02/18/2016   |   Location
State: UT   |   Type: TERMINATION   |   Filing Number: 468701201540

**WESTLAW**   © 2018 Thomson Reuters. No claim to original U.S. Government Works.

**14. Uniform Commercial Code Filings: ACTIVECARE, INC.; PRESTIGE CAPITAL CORPORATION**
Debtor(s): ACTIVECARE, INC.   |   Other Party Name: PRESTIGE CAPITAL CORPORATION   |   Filing Date:
11/03/2015   |   Location State: DE   |   Type: ORIGINAL   |   Filing Number: 20155105191

**15. Uniform Commercial Code Filings: ACTIVECARE, INC.; VALERA CAPITAL LLC**
Debtor(s): ACTIVECARE, INC.   |   Other Party Name: VALERA CAPITAL LLC   |   Filing Date: 04/30/2015   |   Location
State: DE   |   Type: ORIGINAL   |   Filing Number: 20151850154

**16. Uniform Commercial Code Filings: ACTIVECARE, INC.; VALERA CAPITAL LLC**
Debtor(s): ACTIVECARE, INC.   |   Other Party Name: VALERA CAPITAL LLC   |   Filing Date: 04/30/2015   |   Location
State: UT   |   Type: ORIGINAL   |   Filing Number: 468701201540

**17. Uniform Commercial Code Filings: ACTIVECARE INC.; COLLATERAL SERVICES LLC
(COLLATERAL AGENT)**
Debtor(s): ACTIVECARE INC.   |   Other Party Name: COLLATERAL SERVICES LLC (COLLATERAL AGENT)   |   Filing
Date: 12/16/2013   |   Location State: DE   |   Type: TERMINATION   |   Filing Number: 20134964863

**18. Uniform Commercial Code Filings: ACTIVECARE INC.; COLLATERAL SERVICES LLC
(COLLATERAL AGENT)**
Debtor(s): ACTIVECARE INC.   |   Other Party Name: COLLATERAL SERVICES LLC (COLLATERAL AGENT)   |   Filing
Date: 08/05/2013   |   Location State: DE   |   Type: ORIGINAL   |   Filing Number: 20133053247

**19. Uniform Commercial Code Filings: ACTIVECARE, INC.; REVCO LEASING COMPANY**
Debtor(s): ACTIVECARE, INC.   |   Other Party Name: REVCO LEASING COMPANY   |   Filing Date: 06/09/2011
|   Location State: UT   |   Type: ORIGINAL   |   Filing Number: 396771201138

**20. Uniform Commercial Code Filings: ACTIVECARE, INC; CIT TECHNOLOGY FINANCING SERVICES
I LLC**
Debtor(s): ACTIVECARE, INC   |   Other Party Name: CIT TECHNOLOGY FINANCING SERVICES I LLC   |   Filing Date:
09/21/2009   |   Location State: DE   |   Type: ORIGINAL   |   Filing Number: 20093010391

WESTLAW    © 2018 Thomson Reuters. No claim to original U.S. Government Works.

---

**Uniform Commercial Code Report**

---

## Source Information

| | |
|---|---|
| Information Current Through: | 06/19/2018 |
| Database Last Updated: | 07/04/2018 |
| Update Frequency: | MONTHLY |
| Current Date: | 07/05/2018 |
| Source: | UT SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| Filing Number: | 542677201841 |
| Filing Date: | 06/01/2018 |
| Related Filing Number: | 542677201841 |
| Filing Type: | TERMINATION |
| Filing Office: | UCC DIVISION |
| | 160 EAST 300 SOUTH SALT LAKE CITY, UT 84111 |

## Debtor Information

| | |
|---|---|
| Debtor(s): | ACTIVECARE, INC. 1365 WEST BUSINESS PARK DRIVE, SUITE 100 OREM, UT 84058 |
| D&B DUNS: | 96-151-9548 |
| Debtor(s): | ROSENBLUM, MARK 1365 WEST BUSINESS PARK DRIVE, SUITE 100 OREM, UT 84058 |

## Secured Party or Creditor Information

| | |
|---|---|
| Secured Party(s): | CLEVELAND CLINIC 9500 EUCLID AVE. JJ19 CLEVELAND, OH 44195 |
| D&B DUNS: | 01-773-0458 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

---

---

**Uniform Commercial Code Report**

---

## Source Information

| | |
|---|---|
| Information Current Through: | 06/19/2018 |
| Database Last Updated: | 07/04/2018 |
| Update Frequency: | MONTHLY |
| Current Date: | 07/05/2018 |
| Source: | UT SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| Filing Number: | 543774201841 |
| Filing Date: | 06/01/2018 |
| Expiration Date: | 06/01/2023 |
| Filing Type: | ORIGINAL |
| Filing Office: | UCC DIVISION |
| | 160 EAST 300 SOUTH SALT LAKE CITY, UT 84111 |

## Debtor Information

| | |
|---|---|
| Debtor(s): | ACTIVECARE, INC. 1365 WEST BUSINESS PARK DRIVE, SUITE 100 OREM, UT 84058 |
| D&B DUNS: | 96-151-9548 |

## Secured Party or Creditor Information

| | |
|---|---|
| Secured Party(s): | LIBERTY CAPITAL, LLC 834 SOUTH BLUE RIDGE LANE ALPINE, UT 84004 |
| D&B DUNS: | 02-165-1283 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

---

**End of Document**     © 2018 Thomson Reuters. No claim to original U.S. Government Works.

---

| **Uniform Commercial Code Report** |
|:---:|

## Source Information

| | |
|---|---|
| **Information Current Through:** | 06/19/2018 |
| **Database Last Updated:** | 07/04/2018 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 07/05/2018 |
| **Source:** | UT SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| **Filing Number:** | 542677201841 |
| **Filing Date:** | 05/25/2018 |
| **Expiration Date:** | 05/15/2023 |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | UCC DIVISION |
| | 160 EAST 300 SOUTH SALT LAKE CITY, UT 84111 |

## Debtor Information

| | |
|---|---|
| **Debtor(s):** | ACTIVECARE, INC. 1365 WEST BUSINESS PARK DRIVE, SUITE 100 OREM, UT 84058 |
| **D&B DUNS:** | 96-151-9548 |
| **Debtor(s):** | ROSENBLUM, MARK 1365 WEST BUSINESS PARK DRIVE, SUITE 100 OREM, UT 84058 |

## Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | CLEVELAND CLINIC 9500 EUCLID AVE. JJ19 CLEVELAND, OH 44195 |
| **D&B DUNS:** | 01-773-0458 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**                    © 2018 Thomson Reuters. No claim to original U.S. Government Works.

---

## Uniform Commercial Code Report

## Source Information

| | |
|---|---|
| Information Current Through: | 06/19/2018 |
| Database Last Updated: | 07/04/2018 |
| Update Frequency: | MONTHLY |
| Current Date: | 07/05/2018 |
| Source: | UT SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| Filing Number: | 542677201841 |
| Filing Date: | 05/15/2018 |
| Expiration Date: | 05/15/2023 |
| Filing Type: | ORIGINAL |
| Filing Office: | UCC DIVISION |
| | 160 EAST 300 SOUTH SALT LAKE CITY, UT 84111 |

## Debtor Information

| | |
|---|---|
| Debtor(s): | ACTIVECARE, INC. 1365 WEST BUSINESS PARK DRIVE, SUITE 100 OREM, UT 84058 |
| D&B DUNS: | 96-151-9548 |
| Debtor(s): | ROSENBLUM, MARK 1365 WEST BUSINESS PARK DRIVE, SUITE 100 OREM, UT 84058 |

## Secured Party or Creditor Information

| | |
|---|---|
| Secured Party(s): | CLEVELAND CLINIC 9500 EUCLID AVE. JJ19 CLEVELAND, OH 44195 |
| D&B DUNS: | 01-773-0458 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

---

**Uniform Commercial Code Report**

## Source Information

| | |
|---|---|
| **Information Current Through:** | 06/19/2018 |
| **Database Last Updated:** | 07/04/2018 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 07/05/2018 |
| **Source:** | UT SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| **Filing Number:** | 542136201836 |
| **Filing Date:** | 05/08/2018 |
| **Expiration Date:** | 05/08/2023 |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | UCC DIVISION |
| | 160 EAST 300 SOUTH |
| | SALT LAKE CITY, UT 84111 |

## Debtor Information

| | |
|---|---|
| **Debtor(s):** | ACTIVECARE, INC<br>1365 WEST BUSINESS DRIVE<br>OREM, UT 84058 |
| **D&B DUNS:** | 96-151-9548 |
| **Debtor(s):** | GREEN WIRE VENTURES, LLC<br>4424 S 700 E, SUITE 200<br>SALT LAKE CITY, UT 84107 |
| **Debtor(s):** | GWIRE CORPORATION<br>5095 W 2100 S<br>SALT LAKE CITY, UT 84120 |
| **D&B DUNS:** | 07-868-4689 |
| **Debtor(s):** | ORBIT MEDICAL RESPONSE<br>1365 W 1250 S, SUITE 100<br>OREM, UT 84058 |
| **Debtor(s):** | PETERSON, JEFFREY, S<br>539 E BLACKHAWK LANE<br>ALPINE, UT 84004 |
| **D&B DUNS:** | 05-977-8796 |
| **Debtor(s):** | RAPID MEDICAL RESPONSE<br>4424 S 700 E, SUITE 200<br>SALT LAKE CITY, UT 84107 |
| **Debtor(s):** | REAL TIME HEALTH<br>1365 WEST BUSINESS DRIVE<br>OREM, UT 84058 |
| **Debtor(s):** | VOLU-SOL<br>1365 WEST BUSINESS DRIVE<br>OREM, UT 84058 |

## Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | COMPLETE BUSINESS SOLUTIONS GROUP<br>22 N 3RD STREET<br>PHILADELPHIA, PA 19106 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

WESTLAW    © 2018 Thomson Reuters. No claim to original U.S. Government Works.    1

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**                                                                                      © 2018 Thomson Reuters. No claim to original U.S. Government Works.

---

## Uniform Commercial Code Report

### Source Information

| | |
|---|---|
| Information Current Through: | 05/25/2018 |
| Database Last Updated: | 07/04/2018 |
| Update Frequency: | WEEKLY |
| Current Date: | 07/05/2018 |
| Source: | DE SECRETARY OF STATE |

### Filing Information

| | |
|---|---|
| Filing Number: | 20182828586 |
| Filing Date: | 04/26/2018 |
| Filing Time: | 12:04PM |
| Related Filing Number: | 2013 3053247 |
| Filing Type: | CONTINUATION |
| Filing Office: | SECRETARY OF STATE/UCC DIVISION |
| | FEDERAL & DUKE OF YORK STS |
| | DOVER, DE 19901 |

### Debtor Information

| | |
|---|---|
| Debtor(s): | ACTIVECARE INC. |

### Secured Party or Creditor Information

| | |
|---|---|
| Secured Party(s): | COLLATERAL SERVICES LLC |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

---

End of Document                    © 2018 Thomson Reuters. No claim to original U.S. Government Works.

| Uniform Commercial Code Report |
|---|

## Source Information

| | |
|---|---|
| **Information Current Through:** | 06/19/2018 |
| **Database Last Updated:** | 07/04/2018 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 07/05/2018 |
| **Source:** | UT SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| **Filing Number:** | 530174201727 |
| **Filing Date:** | 11/02/2017 |
| **Expiration Date:** | 11/02/2022 |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | UCC DIVISION 160 EAST 300 SOUTH SALT LAKE CITY, UT 84111 |

## Debtor Information

| | |
|---|---|
| **Debtor(s):** | ACTIVECARE, INC. 1365 W 1250 S, STE 100 OREM, UT 84058 |
| **D&B DUNS:** | 96-151-9548 |
| **Debtor(s):** | PETERSON, JEFFREY, SCOTT 539 BLACKHAWK LN ALPINE, UT 84004 |
| **D&B DUNS:** | 05-977-8796 |

## Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | CORPORATION SERVICE COMPANY P.O. BOX 2576;UCCSPREP@CSCINFO.COM SPRINGFIELD, IL 62708 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

---

## Uniform Commercial Code Report

## Source Information

| | |
|---|---|
| **Information Current Through:** | 06/19/2018 |
| **Database Last Updated:** | 07/04/2018 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 07/05/2018 |
| **Source:** | UT SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| **Filing Number:** | 529932201742 |
| **Filing Date:** | 11/01/2017 |
| **Expiration Date:** | 11/01/2022 |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | UCC DIVISION |
| | 160 EAST 300 SOUTH SALT LAKE CITY, UT 84111 |

## Debtor Information

| | |
|---|---|
| **Debtor(s):** | ACTIVECARE, INC. |
| | 1365 W BUSINESS PARK DR STE 100 |
| | OREM, UT 84058 |
| **D&B DUNS:** | 96-151-9548 |
| **Debtor(s):** | PETERSON, JEFFREY, SCOTT |
| | 539 BLACKHAWK LN |
| | ALPINE, UT 84004 |
| **D&B DUNS:** | 05-977-8796 |

## Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | FUNDROCK LLC |
| | 128 32ND STREET |
| | BROOKLYN, NY 11232 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

| Uniform Commercial Code Report |
|:---:|

## Source Information

| | |
|---|---|
| Information Current Through: | 05/25/2018 |
| Database Last Updated: | 07/04/2018 |
| Update Frequency: | WEEKLY |
| Current Date: | 07/05/2018 |
| Source: | DE SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| Filing Number: | 20171660684 |
| Filing Date: | 03/13/2017 |
| Filing Time: | 7:09PM |
| Filing Type: | ORIGINAL |
| Filing Office: | SECRETARY OF STATE/ UCC DIVISION |
| | FEDERAL & DUKE OF YORK STS |
| | DOVER, DE 19901 |

## Debtor Information

| | |
|---|---|
| Debtor(s): | ACTIVECARE, INC. |
| | 1365 REST BUSINESS PARK DRIVE, SUITE 100 |
| | OREM, UT 84058 |
| D&B DUNS: | 96-151-9548 |

## Secured Party or Creditor Information

| | |
|---|---|
| Secured Party(s): | PARTNERS FOR GROWTH IV, L.P. |
| | 1660 TIBURON BLVD., SUITE D |
| | TIBURON, CA 94920 |
| D&B DUNS: | 79-155-3428 |

## Collateral Information

| | |
|---|---|
| Collateral Type: | ASSETS INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | ACCOUNT(S) INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | INVENTORY INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | EQUIPMENT INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | GENERAL INTANGIBLE(S) INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | NEGOTIABLE INSTRUMENTS INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | FIXTURES INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | MACHINERY INCLUDING PROCEEDS AND PRODUCTS |

| | |
|---|---|
| **Collateral Type:** | VEHICLES INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | CONTRACT RIGHTS INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | COMPUTER EQUIPMENT INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | PARTNERSHIP INTEREST INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | CHATTEL PAPER INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | FARM PRODUCTS/CROPS INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | ACCOUNTS RECEIVABLE INCLUDING PROCEEDS AND PRODUCTS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**                    © 2018 Thomson Reuters. No claim to original U.S. Government Works.

| **Uniform Commercial Code Report** |
|---|

## Source Information

| | |
|---|---|
| **Information Current Through:** | 05/25/2018 |
| **Database Last Updated:** | 07/04/2018 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 07/05/2018 |
| **Source:** | DE SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| **Filing Number:** | 20161119013 |
| **Filing Date:** | 02/24/2016 |
| **Filing Time:** | 5:11PM |
| **Related Filing Number:** | 2015 5105191 |
| **Filing Type:** | TERMINATION |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION FEDERAL & DUKE OF YORK STS DOVER, DE 19901 |

## Debtor Information

| | |
|---|---|
| **Debtor(s):** | ACTIVECARE, INC. |

## Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | PRESTIGE CAPITAL CORPORATION |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**                    © 2018 Thomson Reuters. No claim to original U.S. Government Works.

---

| **Uniform Commercial Code Report** |
| --- |

## Source Information

| **Information Current Through:** | 05/25/2018 |
| --- | --- |
| **Database Last Updated:** | 07/04/2018 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 07/05/2018 |
| **Source:** | DE SECRETARY OF STATE |

## Filing Information

| **Filing Number:** | 20160989739 |
| --- | --- |
| **Filing Date:** | 02/18/2016 |
| **Filing Time:** | 7:32PM |
| **Related Filing Number:** | 2015 1850154 |
| **Filing Type:** | TERMINATION |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION |
| | FEDERAL & DUKE OF YORK STS |
| | DOVER, DE 19901 |

## Debtor Information

| **Debtor(s):** | ACTIVECARE, INC. |
| --- | --- |

## Secured Party or Creditor Information

| **Secured Party(s):** | VALERA CAPITAL LLC |
| --- | --- |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**                          © 2018 Thomson Reuters. No claim to original U.S. Government Works.

| Uniform Commercial Code Report |
|---|

## Source Information

| | |
|---|---|
| Information Current Through: | 05/25/2018 |
| Database Last Updated: | 07/04/2018 |
| Update Frequency: | WEEKLY |
| Current Date: | 07/05/2018 |
| Source: | DE SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| Filing Number: | 20160988830 |
| Filing Date: | 02/18/2016 |
| Filing Time: | 6:25PM |
| Filing Type: | ORIGINAL |
| Filing Office: | SECRETARY OF STATE/ UCC DIVISION |
| | FEDERAL & DUKE OF YORK STS |
| | DOVER, DE 19901 |

## Debtor Information

| | |
|---|---|
| Debtor(s): | ACTIVECARE, INC. |
| | 1365 WEST BUSINESS PARK DRIVE, STE 100 |
| | OREM, UT 84058 |
| D&B DUNS: | 96-151-9548 |

## Secured Party or Creditor Information

| | |
|---|---|
| Secured Party(s): | PARTNERS FOR GROWTH IV, L.P. |
| | 1660 TIBURON BLVD., SUITE D |
| | TIBURON, CA 94920 |
| D&B DUNS: | 79-155-3428 |

## Collateral Information

| | |
|---|---|
| Collateral Type: | ASSETS AND PROCEEDS |
| Collateral Type: | ACCOUNT(S) AND PROCEEDS |
| Collateral Type: | INVENTORY AND PROCEEDS |
| Collateral Type: | EQUIPMENT AND PROCEEDS |
| Collateral Type: | GENERAL INTANGIBLE(S) AND PROCEEDS |
| Collateral Type: | ACCOUNTS RECEIVABLE AND PROCEEDS |
| Collateral Type: | NEGOTIABLE INSTRUMENTS AND PROCEEDS |
| Collateral Type: | MACHINERY AND PROCEEDS |
| Collateral Type: | FIXTURES AND PROCEEDS |
| Collateral Type: | VEHICLES AND PROCEEDS |
| Collateral Type: | PARTNERSHIP INTEREST AND PROCEEDS |
| Collateral Type: | CHATTEL PAPER AND PROCEEDS |
| Collateral Type: | FARM PRODUCTS/CROPS AND PROCEEDS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**                                    © 2018 Thomson Reuters. No claim to original U.S. Government Works.

| Uniform Commercial Code Report |
|---|

## Source Information

| | |
|---|---|
| Information Current Through: | 06/19/2018 |
| Database Last Updated: | 07/04/2018 |
| Update Frequency: | MONTHLY |
| Current Date: | 07/05/2018 |
| Source: | UT SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| Filing Number: | 468701201540 |
| Filing Date: | 02/18/2016 |
| Related Filing Number: | 468701201540 |
| Filing Type: | TERMINATION |
| Filing Office: | UCC DIVISION |
| | 160 EAST 300 SOUTH SALT LAKE CITY, UT 84111 |

## Debtor Information

| | |
|---|---|
| Debtor(s): | ACTIVECARE, INC. |
| | 1365 WEST BUSINESS PARK DR. OREM, UT 84058 |
| D&B DUNS: | 96-151-9548 |

## Secured Party or Creditor Information

| | |
|---|---|
| Secured Party(s): | VALERA CAPITAL LLC |
| | 590 MADISON AVE. 21ST FL |
| | NEW YORK, NY 10022 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

WESTLAW   © 2018 Thomson Reuters. No claim to original U.S. Government Works.                    1

---

| **Uniform Commercial Code Report** |
| --- |

## Source Information

| | |
| --- | --- |
| Information Current Through: | 05/25/2018 |
| Database Last Updated: | 07/04/2018 |
| Update Frequency: | WEEKLY |
| Current Date: | 07/05/2018 |
| Source: | DE SECRETARY OF STATE |

## Filing Information

| | |
| --- | --- |
| Filing Number: | 20155105191 |
| Filing Date: | 11/03/2015 |
| Filing Time: | 12:41PM |
| Filing Type: | ORIGINAL |
| Filing Office: | SECRETARY OF STATE/ UCC DIVISION |
| | FEDERAL & DUKE OF YORK STS |
| | DOVER, DE 19901 |

## Debtor Information

| | |
| --- | --- |
| Debtor(s): | ACTIVECARE, INC. |
| | 1365 WEST BUSINESS PARK AVENUE |
| | OREM, UT 84058 |
| D&B DUNS: | 96-151-9548 |

## Secured Party or Creditor Information

| | |
| --- | --- |
| Secured Party(s): | PRESTIGE CAPITAL CORPORATION |
| | 400 KELBY STREET, 14TH FLOOR |
| | FORT LEE, NJ 07024 |
| D&B DUNS: | 15-350-7256 |

## Collateral Information

| | |
| --- | --- |
| Collateral Type: | ALL ASSETS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**          © 2018 Thomson Reuters. No claim to original U.S. Government Works.

Uniform Commercial Code Report: ACTIVECARE, INC.

| Uniform Commercial Code Report |
|:---:|

## Source Information

| | |
|---|---|
| **Information Current Through:** | 05/25/2018 |
| **Database Last Updated:** | 07/04/2018 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 07/05/2018 |
| **Source:** | DE SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| **Filing Number:** | 20151850154 |
| **Filing Date:** | 04/30/2015 |
| **Filing Time:** | 11:42PM |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | SECRETARY OF STATE/ UCC DIVISION |
| | FEDERAL & DUKE OF YORK STS |
| | DOVER, DE 19901 |

## Debtor Information

| | |
|---|---|
| **Debtor(s):** | ACTIVECARE, INC. |
| | 1365 WEST BUSINESS PARK DR. |
| | OREM, UT 84058 |
| **D&B DUNS:** | 96-151-9548 |

## Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | VALERA CAPITAL LLC |
| | 590 MADISON AVE. 21ST FL |
| | NEW YORK, NY 10022 |

## Collateral Information

| | |
|---|---|
| **Collateral Type:** | ASSETS INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | INVENTORY INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | ACCOUNT(S) INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | NEGOTIABLE INSTRUMENTS INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | CHATTEL PAPER INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | GENERAL INTANGIBLE(S) INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | COMPUTER EQUIPMENT INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | ACCOUNTS RECEIVABLE INCLUDING PROCEEDS AND PRODUCTS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**                                                      © 2018 Thomson Reuters. No claim to original U.S. Government Works.

| Uniform Commercial Code Report |
|---|

## Source Information

| | |
|---|---|
| **Information Current Through:** | 06/19/2018 |
| **Database Last Updated:** | 07/04/2018 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 07/05/2018 |
| **Source:** | UT SECRETARY OF STATE |

## Filing Information

| | |
|---|---|
| **Filing Number:** | 468701201540 |
| **Filing Date:** | 04/30/2015 |
| **Expiration Date:** | 04/30/2020 |
| **Filing Type:** | ORIGINAL |
| **Filing Office:** | UCC DIVISION |
| | 160 EAST 300 SOUTH SALT LAKE CITY, UT 84111 |

## Debtor Information

| | |
|---|---|
| **Debtor(s):** | ACTIVECARE, INC. |
| | 1365 WEST BUSINESS PARK DR. OREM, UT 84058 |
| **D&B DUNS:** | 96-151-9548 |

## Secured Party or Creditor Information

| | |
|---|---|
| **Secured Party(s):** | VALERA CAPITAL LLC |
| | 590 MADISON AVE. 21ST FL |
| | NEW YORK, NY 10022 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

---

**Uniform Commercial Code Report**

---

## Source Information

| | |
|---|---|
| Information Current Through: | 05/25/2018 |
| Database Last Updated: | 07/04/2018 |
| Update Frequency: | WEEKLY |
| Current Date: | 07/05/2018 |
| Source: | DE SECRETARY OF STATE |

## Debtor Information

| | |
|---|---|
| Debtor(s): | ACTIVECARE INC. |
| | 1365 WEST BUSINESS PARK DRIVE |
| | OREM, UT 84058 |
| D&B DUNS: | 96-151-9548 |

## Secured Party or Creditor Information

| | |
|---|---|
| Secured Party(s): | COLLATERAL SERVICES LLC (COLLATERAL AGENT) |
| | 515 ROCKAWAY AVENUE |
| | VALLEY STREAM, NY 11581 |

## Filing Information

| | |
|---|---|
| Filing Number: | 20134964863 |
| Filing Date: | 12/16/2013 |
| Filing Time: | 3:42PM |
| Related Filing Number: | 2013 3053247 |
| Filing Type: | TERMINATION |
| Filing Office: | SECRETARY OF STATE/UCC DIVISION |
| | FEDERAL & DUKE OF YORK STS |
| | DOVER, DE 19901 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

---

**End of Document**            © 2018 Thomson Reuters. No claim to original U.S. Government Works.

| Uniform Commercial Code Report |
| --- |

## Source Information

| | |
| --- | --- |
| Information Current Through: | 05/25/2018 |
| Database Last Updated: | 07/04/2018 |
| Update Frequency: | WEEKLY |
| Current Date: | 07/05/2018 |
| Source: | DE SECRETARY OF STATE |

## Filing Information

| | |
| --- | --- |
| Filing Number: | 20133053247 |
| Filing Date: | 08/05/2013 |
| Filing Time: | 4:28PM |
| Filing Type: | ORIGINAL |
| Filing Office: | SECRETARY OF STATE/ UCC DIVISION |
| | FEDERAL & DUKE OF YORK STS |
| | DOVER, DE 19901 |

## Debtor Information

| | |
| --- | --- |
| Debtor(s): | ACTIVECARE INC. |
| | 1365 WEST BUSINESS PARK DRIVE |
| | OREM, UT 84058 |
| D&B DUNS: | 96-151-9548 |

## Secured Party or Creditor Information

| | |
| --- | --- |
| Secured Party(s): | COLLATERAL SERVICES LLC (COLLATERAL AGENT) |
| | 515 ROCKAWAY AVENUE |
| | VALLEY STREAM, NY 11581 |

## Collateral Information

| | |
| --- | --- |
| Collateral Type: | ACCOUNT(S) INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | CHATTEL PAPER INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | GENERAL INTANGIBLE(S) INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | MACHINERY INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | EQUIPMENT INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | COMPUTER EQUIPMENT INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | VEHICLES INCLUDING PROCEEDS AND PRODUCTS |
| Collateral Type: | FIXTURES INCLUDING PROCEEDS AND PRODUCTS |

| | |
|---|---|
| **Collateral Type:** | INVENTORY INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | CONTRACT RIGHTS INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | TIMBER INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | OIL, GAS AND MINERALS INCLUDING PROCEEDS AND PRODUCTS |
| **Collateral Type:** | NEGOTIABLE INSTRUMENTS INCLUDING PROCEEDS AND PRODUCTS |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**                                                    © 2018 Thomson Reuters. No claim to original U.S. Government Works.

## Uniform Commercial Code Report

### Source Information

| | |
|---|---|
| Information Current Through: | 06/19/2018 |
| Database Last Updated: | 07/04/2018 |
| Update Frequency: | MONTHLY |
| Current Date: | 07/05/2018 |
| Source: | UT SECRETARY OF STATE |

### Filing Information

| | |
|---|---|
| Filing Number: | 396771201138 |
| Filing Date: | 06/09/2011 |
| Expiration Date: | 06/09/2016 |
| Filing Type: | ORIGINAL |
| Filing Office: | UCC DIVISION |
| | 160 EAST 300 SOUTH |
| | SALT LAKE CITY, UT 84111 |

### Debtor Information

| | |
|---|---|
| Debtor(s): | ACTIVECARE, INC. |
| | 5095 W 2100 S |
| | SALT LAKE CITY, UT 84115 |
| D&B DUNS: | 96-151-9548 |

### Secured Party or Creditor Information

| | |
|---|---|
| Secured Party(s): | REVCO LEASING COMPANY |
| | 3244 SOUTH 300 WEST |
| | SALT LAKE CITY, UT 84115 |
| D&B DUNS: | 02-052-1485 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**                    © 2018 Thomson Reuters. No claim to original U.S. Government Works.

| Uniform Commercial Code Report |
| --- |

## Source Information

| | |
| --- | --- |
| Information Current Through: | 05/25/2018 |
| Database Last Updated: | 07/04/2018 |
| Update Frequency: | WEEKLY |
| Current Date: | 07/05/2018 |
| Source: | DE SECRETARY OF STATE |

## Filing Information

| | |
| --- | --- |
| Filing Number: | 20093010391 |
| Filing Date: | 09/21/2009 |
| Filing Time: | 1:17PM |
| Filing Type: | ORIGINAL |
| Contract Type: | LEASE |
| Filing Office: | SECRETARY OF STATE/ UCC DIVISION |
| | FEDERAL & DUKE OF YORK STS |
| | DOVER, DE 19901 |

## Debtor Information

| | |
| --- | --- |
| Debtor(s): | ACTIVECARE, INC |
| | 5095 W 2100 S |
| | SALT LAKE CITY, UT 84120 |
| D&B DUNS: | 96-151-9548 |

## Secured Party or Creditor Information

| | |
| --- | --- |
| Secured Party(s): | CIT TECHNOLOGY FINANCING SERVICES I LLC |
| | 10201 CENTURION PARKWAY NORTH |
| | JACKSONVILLE, FL 32256 |

## Collateral Information

| | |
| --- | --- |
| Collateral Type: | LEASED COMPUTER EQUIPMENT |
| Manufacturer: | HEWLETT-PACKARD |
| Quantity: | 1 |

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source. The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

## Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*