# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ACTIVECARE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11659 (LSS)<br><br>(Jointly Administered) |

## *AMENDED*[2] NOTICE[3] OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 13, 2018 AT 10:30 A.M. (ET)[4]

### MATTERS GOING FORWARD

1. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Secured Postpetition Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Setting a Final Hearing, and (VI) Granting Related Relief [Docket No. 8; Filed: 7/15/2018]

    Objection Deadline: July 31, 2018 at 4:00 p.m. (The United States Trustee was granted an extension to respond until August 8, 2018 at 4:00 p.m. and the Official Committee of Unsecured Creditors was granted an extension to respond until August 9, 2018 at 4:00 p.m.)

    Related Document(s):

    a) Interim Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, 503 and 507: (A) Authorizing The Debtors to Obtain Post-Petition Term Loan Financing; (B) Authorizing Debtors to Use Cash Collateral; (C) Granting Liens and Providing Superpriority Administrative Expense Status; (D) Granting Adequate Protection to the Prepetition Lender; (E) Modifying Automatic Stay; (F) Scheduling a Final Hearing; and (G) Granting Related Relief [Docket No. 40; Entered: 7/19/2018]

    b) Notice of (I) Entry of Interim Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, 503 and 507: (A) Authorizing The Debtors to Obtain

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax-identification number, are: ActiveCare, Inc. (8125); and 4G Biometrics, LLC (5678). The location of the Debtors' corporate headquarters and their address for notice purposes is 1365 West Business Park Drive, Suite 100, Orem, UT 84058.

[2] **Amended items appear bold.**

[3] **Copies of all case filings may be obtained by contacting Debtors' counsel at lsuprum@polsinelli.com.**

[4] The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, DE 19801.

64782298.1

        Post-Petition Term Loan Financing; (B) Authorizing Debtors to Use Cash Collateral; (C) Granting Liens and Providing Superpriority Administrative Expense Status; (D) Granting Adequate Protection to the Prepetition Lender; (E) Modifying Automatic Stay; (F) Scheduling a Final Hearing; and (G) Granting Related Relief, and (II) Final Hearing [Docket No. 41; Filed: 7/19/2018]

  c)  Supplement to Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Secured Postpetition Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Setting a Final Hearing, and (VI) Granting Related Relief [Docket No. 78; Filed: 8/3/2018]

  d)  Second Interim Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, 503 and 507: (A) Authorizing The Debtors to Obtain Post-Petition Term Loan Financing; (B) Authorizing Debtors to Use Cash Collateral; (C) Granting Liens and Providing Superpriority Administrative Expense Status; (D) Granting Adequate Protection to the Prepetition Lender; (E) Modifying Automatic Stay; (F) Scheduling a Final Hearing; and (G) Granting Related Relief [Docket No. 91; Entered: 8/6/2018]

Response(s) Received:

  a)  Brief by Pre- and Post-Petition Lender Partners for Growth IV, L.P. Regarding Need for Adequate Protection of Interest of Complete Business Solutions Group, Inc. [Docket No. 62; Filed: 7/31/2018]

  b)  Declaration of Leo D. Plotkin in Support of Brief by Pre- and Post-Petition Lender Partners for Growth IV, L.P. Regarding Need for Adequate Protection of Interest of Complete Business Solutions Group, Inc. [Docket No. 63; Filed: 7/31/2018]

  c)  Declaration of Geoffrey Allan in Support of Brief by Pre- and Post-Petition Lender Partners for Growth IV, L.P. Regarding Need for Adequate Protection of Interest of Complete Business Solutions Group, Inc. [Docket No. 64; Filed: 7/31/2018]

  d)  United States Trustee's Limited Objection to Debtors Motion for Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (A) Authorizing the Debtors to Obtain Post-Petition Term Loan Financing; (B) Authorizing Debtors to Use Cash Collateral; (C) Granting Liens and Providing Superpriority Administrative Expense Status; (D) Granting Adequate Protection to the Pre-Petition Lender; (E) Modifying Automatic Stay; (F) Scheduling a Final Hearing; and (G) Granting Related Relief [Docket No. 96; Filed: 8/8/2018]

  e) **Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Secured Postpetition Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Setting a Final Hearing, and (VI) Granting Related Relief [Docket No. 103; Filed: 8/9/2018]**

  Status: **This matter will go forward on a contested, evidentiary basis.**

2. Revised Motion of Debtors for Entry of (I) an Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors Assets, (B) Approving the Stalking Horse Bid Protections, (C) Approving the Form and Manner of Notice Thereof, (D) Scheduling an Auction and Sale Hearing, (E) Approving Procedures for the Assumption and Assignment of Contracts, and (F) Granting Related Relief; and (II) an Order (A) Approving the Asset Purchase Agreement Between the Debtors and the Successful Bidder, (B) Authorizing the Sale of Substantially All of the Debtors Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief [Docket No. 39; Filed: 7/18/2018]

  Objection Deadline: July 31, 2018 at 4:00 p.m. (The United States Trustee was granted an extension to respond until August 8, 2018 at 4:00 p.m. and the Official Committee of Unsecured Creditors was granted an extension to respond until August 9, 2018 at 4:00 p.m.)

  Related Document(s):

    a) Declaration of Mark Rosenblum in Support of Sale and Bid Procedures Motion [Docket No. 94; Filed: 8/8/2018]

  Response(s) Received:

    a) United States Trustee's Objection to Motion of Debtors for Entry of (I) an Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially all of the Debtors Assets, (B) Approving the Stalking Horse Bid Protections, (C) Approving the Form and Manner of Notice Thereof, (D) Scheduling an Auction and Sale Hearing, (E) Approving Procedures for the Assumption and Assignment of Contracts, and (F) Granting Related Relief; and (II) an Order (A) Approving the Asset Purchase Agreement Between the Debtors and the Successful Bidder, (B) Authorizing the Sale of Substantially all of the Debtors Assets Free and Clear of Liens, Claims, Encumbrances and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief [Docket No. 95; Filed: 8/8/2018]

    b) **Objection of the Official Committee of the Unsecured Creditors to the Motion of Debtors for Entry of (I) an Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors Assets, (B) Approving the Stalking Horse Bid Protections, (C) Approving the Form and Manner of Notice Thereof, (D) Scheduling an Auction and Sale Hearing, (E) Approving Procedures for the Assumption and Assignment of Contracts, and (F) Granting Related Relief; and (II) an Order (A) Approving the Asset Purchase Agreement Between the Debtors and the Successful Bidder, (B) Authorizing the Sale of Substantially All of the Debtors Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief [Docket No. 104; Filed: 8/9/2018]**

    <u>Status</u>:    **This matter will go forward on a contested, evidentiary basis.**

3. Debtors' Motion for an Order Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rule 9019 Approving and Authorizing Entry Into the Note Cancellation, Settlement Agreement, and Release By and Between the Debtors and Friday Health Plans of Colorado, Inc. [Docket No. 80; Filed: 8/3/2018]

    <u>Objection Deadline</u>:    August 9, 2018 at 4:00 p.m.

    <u>Related Document(s)</u>:

    a) Order Granting Motion to Shorten and Objection Periods in Connection with the Debtors' Motion for an Order Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rule 9019 Approving and Authorizing Entry Into the Note Cancellation, Settlement Agreement, and Release By and Between the Debtors and Friday Health Plans of Colorado, Inc. [Docket No. 83; Entered: 8/6/2018]

    b) Notice of Hearing [Docket No. 92; Filed: 8/6/2018]

    <u>Response(s) Received</u>:    Informal comments from the Official Committee of Unsecured Creditors

    <u>Status</u>:    This matter will go forward.

*[remainder of page intentionally left blank]*

Dated: August **10**, 2018
   Wilmington, Delaware

**POLSINELLI PC**

*/s/ Justin K. Edelson*
Christopher A. Ward (Del. Bar No. 3877)
Justin K. Edelson (Del. Bar No. 5002)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
jedelson@polsinelli.com

*Counsel to the Debtors and Debtors in Possession*