## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ACTIVECARE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11659 (LSS)<br><br>(Jointly Administered) |

### GLOBAL NOTES, RESERVATION OF RIGHTS, AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING DEBTORS' SCHEDULES AND SOFAs

ActiveCare, Inc. and 4G Biometrics, LLC (the "**Debtors**"), as debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), have filed their Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**SOFAs**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). The Debtors, with the assistance of their advisors, prepared the Schedules and SOFAs in accordance with section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**").

Mark Rosenblum has signed the Schedules and SOFAs. Mr. Rosenblum serves as the Debtors' Chairman and Chief Executive Officer. In reviewing and signing the Schedules and SOFAs, Mr. Rosenblum has necessarily relied upon the efforts, statements, and representations of various third parties involved in the Debtors' operations. Mr. Rosenblum has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

The Debtors are contemporaneously filing these *Global Notes, Reservation of Rights, and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules and SOFAs* (the "**Global Notes**") as a supplement to and integral part of their Schedules and SOFAs. These are incorporated by reference into each of the Schedules and SOFAs, and should be reviewed in connection with any review of the Schedules and SOFAs.

The Schedules and SOFAs do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled to the financial statements of the Debtors. The Schedules and SOFAs contain unaudited information that is subject to further review and potential adjustment. The Schedules and SOFAs reflect the Debtors' reasonably best efforts to report the assets and liabilities of the Debtors. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that the Debtors show more assets than liabilities, this is not an admission that the Debtors were solvent at the Petition Date (as defined

---

1 Pursuant to 11 U.S.C. § 342(c)(1), the Debtors in these cases, along with the last four digits of each Debtor's federal tax-identification number, are: ActiveCare, Inc. (8125); and 4G Biometrics, LLC (5678). The location of the Debtors' corporate headquarters and their address for notice purposes is 1365 West Business Park Drive, Suite 100, Orem, UT 84058.

64886499.1

herein) or at any time prior to the Petition Date.  Likewise, to the extent that the Debtors show more liabilities than assets, this is not an admission that the Debtors were insolvent at the Petition Date or any time prior to the Petition Date.

In preparing the Schedules and SOFAs, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, subsequent information or discovery may result in material changes to the Schedules and SOFAs.  As a result, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend, supplement, or otherwise modify the Schedules and SOFAs as is necessary or appropriate.

Nothing contained in the Schedules and SOFAs shall constitute a waiver of any of the Debtors' rights or an admission with respect to their Chapter 11 Cases, including, without limitation, any issues involving equitable subordination, defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

**Reservation of Rights**

In particular, note that the listing of a claim or a contract with the Debtors does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to disclaim or dispute such claim or contract as attributable to the Debtors.  The Debtors reserve the right to remove any contract or claim from the Schedules and SOFAs whether by amending the Schedules and SOFAs or in another appropriate filing.  Additionally, the Debtors reserve the right to object to any listed claim on the grounds that, among other things, such claim has already been satisfied.  The Debtors reserve the right to dispute or assert offsets or defenses to, any claim reflected on the Schedules as to amount, liability or classification and reserves the right to recharacterize, reclassify, recategorize, or redesignate any claim as "disputed," "contingent" and/or "unliquidated, whether by amending the Schedules and SOFAs or in another appropriate filing.

Listing a claim (i) on Schedule D as "secured," (ii) on Schedule E as "unsecured priority" or (iii) on Schedule F as "unsecured nonpriority," does not constitute a waiver of the Debtors' right to recharacterize, reclassify, recategorize, or redesignate such claim.  Furthermore, listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors that such contract or agreement is an executory contract or unexpired lease nor a waiver of the Debtors' right to recharacterize, reclassify or dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend and supplement such Schedule, as necessary.

Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and SOFAs, including causes of actions arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers.  The Debtors may also possess contingent and unliquidated claims against affiliated entities for various financial accommodations and similar benefits they have extended from time to time, including contingent and unliquidated claims for contribution, reimbursement and/or indemnification arising from, among other things: (i) letters of credit, (ii) notes payable and receivable, (iii) surety bonds, (iv) guaranties, and (v) indemnities.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment, and any claim in connection with any contract, breach of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly

2

or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") it may have, and neither the Global Notes nor the Schedules nor the SOFAs shall be deemed a waiver of any Causes of Action or in any way prejudice or impair the assertion of any such Causes of Action.

Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the foregoing general reservation of rights.

**Description of the Chapter 11 Case and "As of" Information Date**

On July 15, 2018 (the "**Petition Date**") the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to manage and operate their business as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these Chapter 11 Cases. Except as otherwise noted herein, asset and liability information stated in the Schedules and SOFAs is as of the close of business on the Petition Date.

**Totals**

All totals that are included in the Schedules and SOFAs represent totals of all known amounts included in the Schedules and SOFAs. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be materially different than the listed total. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount. Due to numerous unliquidated, contingent and/or disputed claims, summary statistics in the Schedules, SOFAs and Global Notes may significantly understate the Debtors' liabilities.

**Recharacterization**

Notwithstanding that the Debtors have made reasonable best efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFAs, the Debtors nonetheless may have improperly characterized, classified, categorized or designated certain items. Thus, the Debtors reserve all rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFAs at a later time as is necessary or appropriate.

**Liabilities**

The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. The Debtors reserve all rights to modify, amend or supplement the Schedules and SOFAs as is necessary or appropriate.

The liabilities listed on these Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

**Exclusions**

The Debtors have excluded certain categories of assets and liabilities from the Schedules and SOFAs such as: goodwill and certain other intangible assets; accrued liabilities including, but not limited to, accrued salaries and employee benefits; tax accruals; accrued accounts payable; and assets with a net book value of zero. Other non-material assets and liabilities may have also been excluded.

**Currency**

Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Fair Market Value; Book Value**

It would be prohibitively expensive, unduly burdensome and an inefficient use of Debtors' resources for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, the Schedules and SOFAs reflect net book values for assets as of the Petition Date as reflected in the Debtors' books and records. Amounts ultimately realized may vary from net book value, and such variance may be material. The asset amounts listed do not include material write-downs that may be necessary. Operating cash is presented as bank balances as of the Petition Date. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed as undetermined amounts as of the Petition Date because the book values may materially differ from fair market values.

**Accounts Receivable**

For confidentiality reasons, the Debtors have not listed individual customer accounts receivable information. Operating accounts receivable information for each Debtor has been listed without reduction for reserves.

**Property and Equipment**

Nothing in the Schedules or SOFAs (including, without limitation the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtors reserve all of their rights with respect to such issues.

**Estimates**

To prepare and file the Schedules in accordance with the deadline established in these Chapter 11 Cases, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities as of the Petition Date. The Debtors reserve the right to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

**Fiscal Year**

The Debtors' fiscal year ends on December 31.

**Guaranties and Other Secondary Liability Claims**

The Debtors have made reasonable efforts to locate and identify guaranties and other secondary liability claims (collectively, the "**Guaranties**") in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to which a Debtor is a party. Where

Guaranties have been identified, they have been included in the relevant Schedule for the Debtors. The Debtors reserve the right to amend the Schedules to the extent additional Guaranties are identified or such Guaranties are discovered to have expired or be unenforceable. In addition, the Debtors reserve the right (i) to amend the Schedules and SOFAs and to recharacterize or reclassify any such contract or claim, whether by amending the Schedules and SOFAs or in another appropriate filing, and (ii) to contest the validity or enforceability of any such Guaranties. Additionally, failure to list any Guaranties in the Schedules and SOFAs, including in any future amendments to the Schedules and SOFAs, shall not affect the enforceability of any Guaranties not listed.

**Claims of Third-Party Related Entities**

Although the Debtors have made reasonable efforts to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated and/or contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to both such entity and its affiliates. Therefore, to the extent that the Debtors have classified claims of a creditor as disputed, unliquidated and/or contingent, all claims of such creditor's affiliates listed in the Schedules shall similarly be considered as disputed, unliquidated and/or contingent, whether or not they are designated as such.

**Effect of Payments Made Pursuant to "First Day" Orders on Scheduled Claim Amount**

The Bankruptcy Court has authorized the Debtors to pay certain pre-Petition Date claims. Thus, Schedule F generally does not include prepetition liabilities that have been paid after the Petition Date. Where the Schedules list creditors and set forth the Debtors' scheduled amount of such claims, such scheduled amounts reflect amounts owed as of the Petition Date, adjusted for any payments made after the Petition Date pursuant to the authority granted to the Debtors by the Bankruptcy Court. However, the estimate of claims set forth in the Schedules may not reflect assertions by the Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

**Global Notes Control**

All of the Debtors' Schedules and SOFAs are subject to and qualified by the Global Notes. In the event that the Schedules and SOFAs differ from the Global Notes, *the Global Notes shall control*.

<u>**SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES**</u>

**Schedule A - Real Property**

Except where otherwise noted, the Debtors have included on Schedule A the book value of owned real property assets. Further, the Debtors may have listed certain assets as real property when such holdings are in fact in the nature of personal property holdings, or the Debtors may have listed certain assets as personal property assets when such holdings are in fact in the nature of real property holdings. The Debtors reserve all of their rights to re-categorize and/or recharacterize such asset holdings at a later time as appropriate.

**Schedule B - Personal Property**

Assets recorded as negative net payables or other prepayments are representative of credits owed from customers or third parties. Security deposits held by real property lessors, utility companies and various other third parties have been included on the applicable Debtors' Schedule B.

**Schedule D - Creditors Holding Secured Claims**

Except as otherwise agreed pursuant an order of the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection or priority of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in any Debtors' Schedule D shall be deemed a modification, interpretation, or waiver of the terms of any such agreements.

Except as specifically stated herein, real property lessors, utility companies and other parties that may hold security deposits have not been listed on Schedule D.

**Schedule E / F - Creditors Holding Unsecured Priority and/or Unsecured Non-Priority Claims**

Claims listed on the Debtors' Schedule E / F include claims owed to various taxing authorities. However, certain of the claims may be subject to on-going audits or disputes, and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the taxing authority claims. Therefore, the Debtors have listed such claims as undetermined in amount, pending final resolution of on-going audits or disputes.

The unsecured non-priority claims of individual creditors for among other things, products, goods or services are listed as either the lower of the amounts invoiced by the creditor or the amounts reflected on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors. The claims listed on Schedule E / F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be subject to dispute. While commercially reasonable efforts have been made, determining the date upon which each claim in Schedule E /F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list respective dates for the claims listed on Schedule E / F.

To the extent that litigation involving the Debtors has been identified, information regarding that litigation is contained in Schedule E / F. Schedule E / F contains information regarding pending litigation involving the Debtors.

**Schedule G - Unexpired Leases and Executory Contracts**

The contracts, agreements and leases listed on the Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppels, certificates, letters, memoranda or other documents, instruments and agreements that may not be listed on Schedule G, despite the Debtors' use of reasonable efforts to identify such documents. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the Debtors and such supplier or provider. Due to the volume of the Debtors' portfolio of contracts and leases, all documents entitled "lease" or "contract" have been included on Schedule G. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not separately set forth on Schedule G.

64886499.1

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory contracts may not have been memorialized and may be subject to dispute. Each unexpired lease listed in Schedule G may include one or more ancillary documents, including but not limited to any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Executory contracts that are oral in nature, if any, have not been included on Schedule G. The Debtors have also included certain interests in real property such as easements, rights of way and other similar interests on Schedule G.

**SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SOFAs**

**SOFAs Item 3 – 90 Day Payments**

The dates set forth in the "Date of Payment" column relate to one of the following: (a) the date of a wire transfer; (b) the date of an "ACH" payment; or (c) the check date.

**SOFAs Item 4 – Insider Payments**

Except as may be otherwise indicated in the Schedules and SOFAs, the Debtors have included payments made during the one-year period preceding the Petition Date to person deemed an "insider," as that term is defined in section 101(31) of the Bankruptcy Code.

Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors, (b) the management responsibilities or functions of such individuals, (c) the decision-making or corporate authority of such person, or (d) whether such person could successfully argue that he or she is not an "insider" under applicable law.

**SOFAs Item 7 – Litigation**

Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and SOFAs. The Debtors reserve all rights with respect to any causes of action and nothing in the Global Notes or the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

**SOFAs Item 26 Books Records and Financial Statements**

From time to time, the Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, customers, vendors, debtholders and their legal and financial advisors. Additionally, certain financial statements may have been provided to other parties as requested. Rather than provide an extensive list of financial statement recipients (a process that would prove onerous for the Debtors), the Debtors offer this Global Note.

\*         \*         \*         \*         \*

64886499.1

**Fill in this information to identify the case:**

Debtor name        **ActiveCare, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11659 (LSS)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

| Part 1: | **Summary of Assets** |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................. $         **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*............................................................................. $         **37,894,248.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.............................................................................. $         **37,894,248.00**

---

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **4,855,792.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     **650,090.60**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     **32,139,421.80**

4.  Total liabilities ........................................................................................................
    Lines 2 + 3a + 3b         $   **75,539,552.40**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name          **ActiveCare, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11659 (LSS)**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:         Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.        **Cash on hand** | **$0.00** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Zions Bank** | **Checking** | **8704** | **$31,112.00** |
| 3.2. | **Zions Bank** | **Checking** | **6633** | **$117,058.00** |
| 3.3. | **Zions Bank** | **Checking** | **6641** | **$4,649.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        **$152,819.00**

**Part 2:         Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **ActiveCare, Inc.** | Case number *(if known)* | **18-11659 (LSS)** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 7.1. | **Landvoice, LLC** | $10,970.00 |

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid Charges (See Attached)** | $17,460.00 |

| | | |
|---|---|---|
| 8.2. | **Deferred Charges (See Attached)** | $35,746.00 |

**9.**     **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$64,176.00

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**     **Accounts receivable**

| 11a. 90 days old or less: | **324,045.00** | - | **12,075.00** | = .... | $311,970.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **178,938.00** | - | **65,320.00** | =.... | $113,618.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$425,588.00

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.**     **Raw materials**

**20.**     **Work in progress**

**21.**     **Finished goods, including goods held for resale**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                            Best Case Bankruptcy

| Debtor | **ActiveCare, Inc.** | Case number *(If known)* | **18-11659 (LSS)** |
|---|---|---|---|
| | Name | | |

| **Inventory** | 9/30/2017 | $0.00 | Book Value | $109,138.00 |
|---|---|---|---|---|

**22.**   **Other inventory or supplies**

**23.**   **Total of Part 5.**    | $109,138.00 |

Add lines 19 through 22.  Copy the total to line 84.

**24.**   **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    **48120**   Valuation method   **Per APA**    Current Value   **48120**

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture**<br>**Desks, Cubicles, Lockers, Appliances, Decor, Filing Cabinet, etc.** | $3,807.00 | Book Value | $3,807.00 |
| **40.**   **Office fixtures**<br>**Leasehold Improvements** | $2,307.00 | Book Value | $2,307.00 |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers and Related Equipments, Software, Copier** | $10,162.00 | Book Value | $10,162.00 |

**42.**   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**   **Total of Part 7.**    | $16,276.00 |

Add lines 39 through 42.  Copy the total to line 86.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **ActiveCare, Inc.** | Case number *(If known)* **18-11659 (LSS)** |
|---|---|---|
| | Name | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   - ☐ No
   - ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   - ☑ No.  Go to Part 9.
   - ☐ Yes Fill in the information below.

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

   - ☑ No.  Go to Part 10.
   - ☐ Yes Fill in the information below.

**Part 10:**     **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   - ☐ No.  Go to Part 11.
   - ☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Patents** | $0.00 | Book Value | $0.00 |
| 61. | **Internet domain names and websites** **Domain Name** | $8,014.00 | Book Value | $8,014.00 |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** **Customer Contracts** | $0.00 | Book Value | $0.00 |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   | $8,014.00 |
   |---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   - ☐ No
   - ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☐ No
   - ☑ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **ActiveCare, Inc.** | Case number *(If known)*  **18-11659 (LSS)** |
|---|---|---|
| | Name | |

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.    **Notes receivable**
Description (include name of obligor)

| **Note Receivable Plus Interest** | **589,876.00** - | **0.00** = | **$589,876.00** |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **See Attached** | Tax year **2015** | **$13,523,949.00** |
|---|---|---|
| **See Attached** | Tax year **2016** | **$9,030,297.00** |
| **See Attached** | Tax year **2017** | **$13,634,873.00** |

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Cleveland Clinic** | | **$339,073.00** |
|---|---|---|
| Nature of claim | **Termination of Contract** | |
| Amount requested | **$339,073.00** | |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| **None Recorded** | | **$0.00** |
|---|---|---|
| Nature of claim | | |
| Amount requested | **$0.00** | |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| **EMI Health - Cobra** | **$129.00** |
|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **ActiveCare, Inc.**
          Name

Case number *(If known)*  **18-11659 (LSS)**

| | |
|---|---|
| **Humana - Cobra** | $40.00 |

78.   **Total of Part 11.**                                                      $37,118,237.00
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Debtor | **ActiveCare, Inc.** | Case number *(If known)* **18-11659 (LSS)** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $152,819.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $64,176.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $425,588.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $109,138.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $16,276.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $8,014.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $37,118,237.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $37,894,248.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $37,894,248.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**ATTACHMENT TO SCHEDULE A/B PART 2 QUESTION 8**

|              | **Amount**    | **Holder**              | **Description**       |
|--------------|---------------|-------------------------|-----------------------|
| **Prepaid Charges** |        |                         |                       |
| IT           | $   708.35    | DMEWorks, Inc.          | Support Fee           |
|              | $ 1,077.99    | Softchoice Corporation  | Subscription          |
|              | $   973.88    | IT Unite Technologies   | License Renewal       |
|              | $ 5,395.00    | Les Olson               | IT Services           |
| Insurance    | $ 1,967.63    | Workers Comp Insur      |                       |
|              | $   984.00    | Armfield, Harrison & Thomas | Insurance Financing |
| Professional | $ 5,716.20    | Amherst Consulting      | Financial Advisor     |
| Other        | $   637.33    | Mark Rosenblum          | Travel                |
|              | $ 17,460.38   |                         |                       |
| **Deferred Charges** |       |                         |                       |
| IT           | $ 33,093.20   | Salesforce              | Subscription          |
| Professional | $ 1,125.00    | American Stock Transfer | Annual Fee            |
| Insurance    | $   218.16    | Humana                  | Vision Insurance      |
| Other        | $ 1,309.44    | Pitney Bowes            | Postage machine lease |
|              | $ 35,745.80   |                         |                       |

**ATTACHMENT TO SCHEDULE A/B PART 11 QUESTION 72**

**ACTIVECARE, INC.**

NET OPERATING LOSS - FEDERAL TAX

YEARS ENDED 9/30/2009 - 9/30/2017

| | | NOL per Tax Return | Cumulative |
|---|---|---|---|
| 30-Sep-09 | per tax return | 2,427,554 | 2,427,554 |
| 30-Sep-10 | per tax return | 11,637,785 | 14,065,339 |
| 30-Sep-11 | per tax return | 7,895,962 | 21,961,301 |
| 30-Sep-12 | per tax return | 10,052,312 | 32,013,613 |
| 30-Sep-13 | adjusted | 22,044,763 | 54,058,376 |
| 30-Sep-14 | per tax return | 10,202,892 | 64,261,268 |
| 30-Sep-15 | per tax return | 13,523,949 | 77,785,217 |
| 30-Sep-16 | per tax return | 9,030,297 | 86,815,514 |
| 30-Sep-17 | per tax return | 13,634,873 | 100,450,387 |
| | | 100,450,387 | |

**Fill in this information to identify the case:**

Debtor name     **ActiveCare, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **18-11659 (LSS)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim — Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Partners For Growth IV, L.P.** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien **All assets** | $4,855,792.00  $1,362,320.00 |

**150 Pacific Avenue
San Francisco, CA 94111**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known
☑ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $4,855,792.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | ActiveCare, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 18-11659(LSS) |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>BLANCHETTE, SHELBY<br>428 NORTH 200 EAST<br>OREM, UT 84057 | As of the petition filing date, the claim is: $ 1,081.56<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 1,081.56 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, AND COMMISSIONS | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | |
| **2.2** | Priority creditor's name and mailing address<br>CHRISTIAN, BRIAN<br>13784 S. MOUNT OLYMPUS PEAK DR<br>RIVERTON, UT 84096 | As of the petition filing date, the claim is: $ 5,017.97<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 5,017.97 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, AND COMMISSIONS | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | |
| **2.3** | Priority creditor's name and mailing address<br>CLOVE, DAVID<br>1130 EAST 450 NORTH<br>PROVO, UT 84606 | As of the petition filing date, the claim is: $ 195.75<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 195.75 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, AND COMMISSIONS | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | |

| Debtor | ActiveCare, Inc. | Case number *(if known)* 18-11659(LSS) |
|---|---|---|
| | Name | |

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.4**    **Priority creditor's name and mailing address**

CLOVE, GRACE
915 N. 150 E., APT 108
PROVO, UT 84604

$ _____ 2,257.28    $ _____ 2,257.28

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.5**    **Priority creditor's name and mailing address**

COOK, MARLEE
12139 S. 2795 W.
RIVERTON, UT 84065

$ _____ 2,604.54    $ _____ 2,604.54

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.6**    **Priority creditor's name and mailing address**

DANIELS, PAMELA
125 N. MILL ROAD, #J108
VINEYARD, UT 84058

$ _____ 1,430.00    $ _____ 1,430.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.7**    **Priority creditor's name and mailing address**

Danielson, Ron
75 W 680 N
Orem, UT 84057

$ _____ 5,727.92    $ _____ 5,727.92

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

| Debtor | ActiveCare, Inc. | Case number (if known) 18-11659(LSS) |
|---|---|---|
| | Name | |

---

## Part 1.    Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | Total claim | Priority amount |
|---|---|---|

---

**2.8**    Priority creditor's name and mailing address

DERRICK, MICHAEL
36 EAST 1020 NORTH
FARMINGTON, UT 84025

$ 67,497.00     $ 12,850.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.9**    Priority creditor's name and mailing address

DERRICK, PETER
2176 S. PARKWOOD LANE
KAYSVILLE, UT 84037

$ 72,902.53     $ 12,850.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.10**    Priority creditor's name and mailing address

ESKELSON, ANNA MARIE
5077 SPRING HEATHER CIRCLE
HERRIMAN, UT 84096

$ 0.00     $ 0.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.11**    Priority creditor's name and mailing address

FAHINA, ANNA
339 N. 680 E.
OREM, UT 84058

$ 0.00     $ 0.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

| Debtor | ActiveCare, Inc. | Case number *(if known)* 18-11659 (LSS) |
|---|---|---|
| | Name | |

---

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.12**    Priority creditor's name and mailing address     $ \_\_\_\_ 1,453.75    $ \_\_\_\_ 1,453.75

GALKE, BRAYDEN
84 E 200 S
PROVO, UT 84601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (\_\_\_\_)

---

**2.13**    Priority creditor's name and mailing address     $ \_\_\_\_ 2,496.02    $ \_\_\_\_ 2,496.02

GARZA, ROLANDO
915 N. 150 E., #108
PROVO, UT 84604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (\_\_\_\_)

---

**2.14**    Priority creditor's name and mailing address     $ \_\_\_\_ 713.69    $ \_\_\_\_ 713.69

HALL, JAIMESON
11159 N. 5500 W.
HIGHLAND, UT 84003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (\_\_\_\_)

---

**2.15**    Priority creditor's name and mailing address     $ \_\_\_\_ 7,865.27    $ \_\_\_\_ 7,865.27

Handley, Ian
1035 S 250 W
PROVO, UT 84601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (\_\_\_\_)

---

Debtor    ActiveCare, Inc. _____    Case number *(if known)* 18-11659(LSS)
          Name

---

**Part 1.**    **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount**

2.16    Priority creditor's name and mailing address       $_____0.00   $_____0.00

HARTSOCK, JAKOB
545 E. 950 N.
OREM, UT 84097

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
_____                     WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**                 **Is the claim subject to offset?**
**number**    _____                        ☒ No
                                              ☐ Yes
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

2.17    Priority creditor's name and mailing address       $_____0.00   $_____0.00

HERRERA, BENJAMIN
1048 W. 1020 N.
PROVO, UT 84604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
_____                     WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**                 **Is the claim subject to offset?**
**number**    _____                        ☒ No
                                              ☐ Yes
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

2.18    Priority creditor's name and mailing address       $_____2,773.57   $_____2,773.57

HURTY, ANTHONY
2412 E. 3300 S., APT. 2
SALT LAKE CITY, UT 84109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
_____                     WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**                 **Is the claim subject to offset?**
**number**    _____                        ☒ No
                                              ☐ Yes
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

2.19    Priority creditor's name and mailing address       $_____2,290.97   $_____2,290.97

JOHNSON, NICOLE
730 EAST 950 SOUTH, APT. C31
OREM, UT 84097

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
_____                     WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account**                 **Is the claim subject to offset?**
**number**    _____                        ☒ No
                                              ☐ Yes
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

| Debtor | ActiveCare, Inc. | Case number (if known) 18-11659(LSS) |
|--------|------------------|--------------------------------------|
|        | Name |  |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.20** Priority creditor's name and mailing address

JONES, NICHOLAS
1885 E. 2100 S.
SALT LAKE CITY, UT 84106

$ 3,311.12    $ 3,311.12

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.21** Priority creditor's name and mailing address

LAWRENCE, SPENCER
1072 W. 1290 S.
OREM, UT 84058

$ 2,633.07    $ 2,633.07

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.22** Priority creditor's name and mailing address

Mark Rosenblum
9200 Santa Fe Trail
Celina, TX 75009

$ 78,362.35    $ 12,850.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.23** Priority creditor's name and mailing address

OWENS, BRANDON
4047 E. 1150 S.
HEBER, UT 84032

$ 5,348.08    $ 5,348.08

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | ActiveCare, Inc. | Case number (if known) 18-11659 (LSS) |
|---|---|---|
| | Name | |

---

<table>
<tr><td><strong>Part 1.</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.24**    Priority creditor's name and mailing address      $ _____ 381,892.88    $ _____ 12,850.00

Peterson, Jeff
539 East Blackhawk Ln,
Alpine, UT 84004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.25**    Priority creditor's name and mailing address      $ _____    $ _____

State of Texas

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
TAXES AND CERTAIN OTHER DEBTS OWED TO GOVER

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.26**    Priority creditor's name and mailing address      $ _____ 977.88    $ _____ 977.88

STORRS, SELENA
438 W. 1430 S.
OREM, UT 84058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.27**    Priority creditor's name and mailing address      $ _____ 1,257.40    $ _____ 1,257.40

TURNER, ELIZABETH
462 N. 1235 W.
OREM, UT 84057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

| Debtor | ActiveCare, Inc. | Case number (if known) 18-11659 (LSS) |
|---|---|---|
| | Name | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
Adler Consulting

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

$                                    6,781.14

---

**3.2**

**Nonpriority creditor's name and mailing address**
ADP Management
1401 North 1075 West, Suite 240
Farmington, UT 84025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** WAGES, SALARIES, AND COMMISSIONS

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

$                                  952,800.49

---

**3.3**

**Nonpriority creditor's name and mailing address**
Advance Technology Investors, LLC
154 Rock Hill Road
Spring Valley, NY 10977

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** TRADE

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

$                                  562,113.37

---

**3.4**

**Nonpriority creditor's name and mailing address**
Agile Supply Chain Strategies
1546 S. 4650 W.
Salt Lake City, UT 84104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

$                                    5,248.50

---

**3.5**

**Nonpriority creditor's name and mailing address**
AIRESPRING
7800 Woodley Ave
Van Nuys, CA 91406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

$                                    1,663.86

---

**3.6**

**Nonpriority creditor's name and mailing address**
Al Asousi, Sabeeka
Jabriya, Block 5 Street 8, House 84
Kuwait City, Kuwait

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

$                                   65,392.18

---

Debtor  ActiveCare, Inc. _____  Case number (if known) 18-11659 (LSS)
Name

| Part 2: | Additional Page |
|---|---|

7 cdmih ]g`dU[ Y`cb`m]Za cfY`gdU`UW']g`bYYXYX"7 cbH]bi Y`bi a VYf]b[ `h Y``bYg`gYei YbH]U`mZca `h i Y` dfYj ]ci g`dU[ Y"=Zbc`UXX]H]cbU`BCBDF=CF+HM`WYX]hcfg`Y]`ghZXc`bchiz]````ci`hcf`gi Va ]hh]`]g`dU[ U[ Y"

5a ci bhcZWUJa

3.7 _____  Bcbdf]cf]miWYX]hcfBg`bUa Y`UbX`a U]`]b[ `UXXfYgg       5g`cZh Y`XYH#]]b[ `Z]]b[ `XUHzh]`YWUJa `]g.      $ 64,087.17
Al Harban, Talal                                            Check all that apply.
Al Salam, Block 3, St. 204, House # 63                      ☐ Contingent
Kuwait City, Kuwait                                         ☐ Unliquidated
                                                            ☐ Disputed

                                                            6 Ug]g`zf`h Y`WUJa `  TRADE

8 Uh`cf`XUh`g`XYVhk Ug`]bW`ff`X`                _____      =g`h Y`WUJa `gi VY`WYhWc`ZZgYh8
@]ghi ( X][ ]hg`cZZUWWi Wi bhbi a VYf`           _____.    ☒ No
                                                               ☐ Yes

3.8 _____  Bcbdf]cf]miWYX]hcfBg`bUa Y`UbX`a U]]b[ `UXXfYgg       5g`cZh Y`XYH#]]b[ `Z]]b[ `XUHzh]`YWUJa `]g.      $ 48,727.82
Al Kandari, Feras                                           Check all that apply.
Block 3, Street 3, Avenue 2, House 53, 2nd Floor Apt. 3     ☐ Contingent
Yarmouk, Kuwait                                             ☐ Unliquidated
                                                            ☐ Disputed

                                                            6 Ug]g`zf`h Y`WUJa `  TRADE

8 Uh`cf`XUh`g`XYVhk Ug`]bW`ff`X`                _____      =g`h Y`WUJa `gi VY`WYhWc`ZZgYh8
@]ghi ( X][ ]hg`cZZUWWi Wi bhbi a VYf`           _____.    ☒ No
                                                               ☐ Yes

3.9 _____  Bcbdf]cf]miWYX]hcfBg`bUa Y`UbX`a U]]b[ `UXXfYgg       5g`cZh Y`XYH#]]b[ `Z]]b[ `XUHzh]`YWUJa `]g.      $ 64,458.13
Al Sousi, Hessah                                            Check all that apply.
Bayan, Block 3, St. 2, House # 16                           ☐ Contingent
Kuwait City, Kuwait 00965                                   ☐ Unliquidated
                                                            ☐ Disputed

                                                            6 Ug]g`zf`h Y`WUJa `  TRADE

8 Uh`cf`XUh`g`XYVhk Ug`]bW`ff`X`                _____      =g`h Y`WUJa `gi VY`WYhWc`ZZgYh8
@]ghi ( X][ ]hg`cZZUWWi Wi bhbi a VYf`           _____.    ☒ No
                                                               ☐ Yes

3.10 _____  Bcbdf]cf]miWYX]hcfBg`bUa Y`UbX`a U]]b[ `UXXfYgg       5g`cZh Y`XYH#]]b[ `Z]]b[ `XUHzh]`YWUJa `]g.      $ 50,388.54
Al Sousi, Sarah                                            Check all that apply.
Surra, Block 1, St.7, House 29                              ☐ Contingent
Kuwait City, Kuwait 00965                                   ☐ Unliquidated
                                                            ☐ Disputed

                                                            6 Ug]g`zf`h Y`WUJa `  TRADE

8 Uh`cf`XUh`g`XYVhk Ug`]bW`ff`X`                _____      =g`h Y`WUJa `gi VY`WYhWc`ZZgYh8
@]ghi ( X][ ]hg`cZZUWWi Wi bhbi a VYf`           ___ ___ ___.    ☒ No
                                                               ☐ Yes

3.11 _____  Bcbdf]cf]miWYX]hcfBg`bUa Y`UbX`a U]]b[ `UXXfYgg       5g`cZh Y`XYH#]]b[ `Z]]b[ `XUHzh]`YWUJa `]g.      $ 2,306,336.82
Alpha Capital Anstalt                                       Check all that apply.
Pradafant 7, LI-9490                                        ☐ Contingent
Vaduz C4 99999                                             ☐ Unliquidated
                                                            ☐ Disputed

                                                            6 Ug]g`zf`h Y`WUJa `  TRADE

8 Uh`cf`XUh`g`XYVhk Ug`]bW`ff`X`                _____      =g`h Y`WUJa `gi VY`WYhWc`ZZgYh8
@]ghi ( X][ ]hg`cZZUWWi Wi bhbi a VYf`           _____.    ☒ No
                                                               ☐ Yes

Debtor  ActiveCare, Inc. _____
Name

Case number (if known) 18-11659 (LSS)

---

**Part 2:** | **Additional Page**

---

7 cdmiͰ ]g`dU[ Y`cb`mjͰZa cfY`gdUͰWͰ]g`bYYXYX"7 cbHͰbi Y`bi a VYf]b[ `ͰͰ Y`Y`
dfYj ]ci g`dU[ `Y"=Zbc`UXX]HͰcbU`BCBDF=CF÷HͰWͰYX]Ͱcfg`YͰͰghͰXc`bchͰ`͠`͠ci Ͱhcf`gi Va ]hͰ ]g`dU[ Y"  |  5a ci bͰcZWͰUͰa

---

**3.12**  Bcbdf]cf]miͰWͰfYX]Ͱcfg`bUa Y`UbX`a UͰ`]b[ `UXXfYgg

American Stock Transfer & Trust
P.O. Box 12893
Philadelphia, PA 19176-0893

5g`cZͰY`dYΗͰcb`Z]`b[ `XUͰͰΗͰͰ`WͰUͰa`]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 15,364.02

6 Ug]g`ΗΗf`ΗͰ`WͰUͰa  TRADE _____ .

8 UͰY`cf`UͰY`XYVͰhͰk Ug`]bWͰfͰYX` _____
@UghͰ`X][ ]hg`cΖͰWͰΗͰci bͰbi a VYf` _____ .

≡g`ΗͰY`WͰUͰa `]gi V`ΗΙWͰΗͰc`ΖZͰgΗͰf8
☒ No
☐ Yes

---

**3.13**  Bcbdf]cf]miͰWͰfͰΗΙ`bUa Y`UbX`a UͰ`]b[ `UXXfYgg

AmeriLife Operations LLC
2536 Countryside Blvd. 6th Floor
Clearwater, FL 33763

5g`cZͰY`d`ΗͰcb`Z]`b[ `XUͰͰΗͰ`WͰUͰa`]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 3,736.95

6 Ug]g`ΗΖf`ΗͰ`WͰUͰa  TRADE _____ .

8 UͰY`cf`UͰY`XYVͰhͰk Ug`]bWͰfͰYX` _____
@UghͰ( `X][ `]hg`cΖͰWͰΗͰci bͰbi a VYf` _____ .

≡g`ΗͰY`WͰUͰa `]gi V`ΗΙWͰΗͰc`ΖZͰgΗͰf8
☒ No
☐ Yes

---

**3.14**  Bcbdf]cf]miͰWͰfYX]Ͱcfg`bUa Y`UbX`a UͰ`]b[ `UXXfYgg

Arline Josephberg
41 Milton Court
Port Chester, NY 10573

5g`cZͰY`d`ΗΙͰcb`Z]`b[ `XUͰͰΗͰ`WͰUͰa`]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 31,394.36

6 Ug]g`ΗΖf`ΗͰ`WͰUͰa  TRADE _____ .

8 UͰY`cf`UͰY`XYVͰhͰk Ug`]bWͰfͰYX` _____
@UghͰ( `X][ `]hg`cΖͰWͰΗͰci bͰbi a VYf` _____ .

≡g`ΗͰY`WͰUͰa `]gi V`ΗΙWͰΗͰc`ΖZͰgΗͰf8
☒ No
☐ Yes

---

**3.15**  Bcbdf]cf]miͰWͰfͰΗΙ`bUa Y`UbX`a UͰ`]b[ `UXXfYgg

Assured Partners (LandryHarris)
600 Jefferson Street Suite 200
Lafayette, LA 70501

5g`cZͰY`dYΗͰcb`Z]`b[ `XUͰͰΗͰ`WͰUͰa`]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 655.28

6 Ug]g`ΗΖf`ΗͰ`WͰUͰa  TRADE _____ .

8 UͰY`cf`UͰY`XYVͰhͰk Ug`]bWͰfͰYX` _____
@UghͰ( `X][ `]hg`cΖͰWͰΗͰci bͰbi a VYf` ___ ___ ___ .

≡g`ΗͰY`WͰUͰa `]gi V`ΗΙWͰΗͰc`ΖZͰgΗͰf8
☒ No
☐ Yes

---

**3.16**  Bcbdf]cf]miͰWͰfͰΗΙ`bUa Y`UbX`a UͰ`]b[ `UXXfYgg

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

5g`cZͰY`dYΗͰcb`Z]`b[ `XUͰͰΗͰ`WͰUͰa`]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,508.73

6 Ug]g`ΗΖf`ΗͰ`WͰUͰa  TRADE _____ .

8 UͰY`cf`UͰY`XYVͰhͰk Ug`]bWͰfͰYX` _____
@UghͰ( `X][ `]hg`cΖͰWͰΗͰci bͰbi a VYf` _____ .

≡g`ΗͰY`WͰUͰa `]gi V`ΗΙWͰΗͰc`ΖZͰgΗͰf8
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| 7 cdmih ]gdU[ Ycb`m]Za cfYgdUW]gbYYXYX"7 cbHjbi Y'bi a VYf]b[ `h Y`]bYggYei YbHjU`mZca `h Y dfYj]ci gdU[ Y"=Zbc`UXX]HjcbU`BCBDFCFHMWYX]HcfgY'Y]ghZXc`bchZ]'ci hcfgi Va `h]h ]gdU[ Y" | 5a ci bhcZWUa |
|---|---|

| 3.17 | Bcbdf]cf]miYX]hcfgBgbUa YUbX a U]`]b[ UXXfYgg | 5gcZh YdYH]Hcb XUHYH XXUfhZ'nYWa]a ]gHg | $ | 50.00 |
|  | Atlas Business Solutions | *Check all that apply.* | | |
|  | 3330 Fiechtner Drive SW  ste 200 | ☐ Contingent | | |
|  | Fargo, ND 58103 | ☐ Unliquidated | | |
|  | | ☐ Disputed | | |
|  | | 6 Ug]gZcfh YWU]a   TRADE | | |
|  | 8 UHYcfXUHYgXYVhkUg]bWi ffYX | ☐gh YWU]a gi VYWhccZZgYH8 | | |
|  | @Ugh`X][ ]gcZUWWi bhbi a VYf | ☒ No | | |
|  | | ☐ Yes | | |

| 3.18 | Bcbdf]cf]miYX]hcfgBgbUa YUbX a U]`]b[ UXXfYgg | 5gcZh YdYH]Hcb XUHYH XXUfhZ'nYWa]a ]gHg | $ | 3,714.20 |
|  | Auxiant | *Check all that apply.* | | |
|  | 424 1st Ave NE, Suite 200 | ☐ Contingent | | |
|  | Cedar Rapids, IA 52401 | ☐ Unliquidated | | |
|  | | ☐ Disputed | | |
|  | | 6 Ug]gZcfh YWU]a   TRADE | | |
|  | 8 UHYcfXUHYgXYVhkUg]bWi ffYX | ☐gh YWU]a gi VYWhccZZgYH8 | | |
|  | @Ugh`X][ ]gcZUWWi bhbi a VYf | ☒ No | | |
|  | | ☐ Yes | | |

| 3.19 | Bcbdf]cf]miYX]hcfgBgbUa YUbX a U]`]b[ UXXfYgg | 5gcZh YdYH]Hcb XUHYH XXUfhZ'nYWa]a ]gHg | $ | 2,285.00 |
|  | Bell Nunnally & Martin LLP | *Check all that apply.* | | |
|  | 3232 McKinney Avenue | ☐ Contingent | | |
|  | Dallas, TX 75204-2429 | ☐ Unliquidated | | |
|  | | ☐ Disputed | | |
|  | | 6 Ug]gZcfh YWU]a   TRADE | | |
|  | 8 UHYcfXUHYgXYVhkUg]bWi ffYX | ☐gh YWU]a gi VYWhccZZgYH8 | | |
|  | @Ugh`X][ ]gcZUWWi bhbi a VYf | ☒ No | | |
|  | | ☐ Yes | | |

| 3.20 | Bcbdf]cf]miYX]hcfgBgbUa YUbX a U]`]b[ UXXfYgg | 5gcZh YdYH]Hcb XUHYH XXUfhZ'nYWa]a ]gHg | $ | 4,083.99 |
|  | Benefit Data | *Check all that apply.* | | |
|  | 17732 Highland Road Ste G-110 | ☐ Contingent | | |
|  | Baton Rouge, LA 70810 | ☐ Unliquidated | | |
|  | | ☐ Disputed | | |
|  | | 6 Ug]gZcfh YWU]a   TRADE | | |
|  | 8 UHYcfXUHYgXYVhkUg]bWi ffYX | ☐gh YWU]a gi VYWhccZZgYH8 | | |
|  | @Ugh`X][ ]gcZUWWi bhbi a VYf | ☒ No | | |
|  | | ☐ Yes | | |

| 3.21 | Bcbdf]cf]miYX]hcfgBgbUa YUbX a U]`]b[ UXXfYgg | 5gcZh YdYH]Hcb XUHYH XXUfhZ'nYWa]a ]gHg | $ | 750.00 |
|  | BioUtah | *Check all that apply.* | | |
|  | 2500 S State Street, D-224 | ☐ Contingent | | |
|  | Salt Lake City, UT 84106 | ☐ Unliquidated | | |
|  | | ☐ Disputed | | |
|  | | 6 Ug]gZcfh YWU]a   TRADE | | |
|  | 8 UHYcfXUHYgXYVhkUg]bWi ffYX | ☐gh YWU]a gi VYWhccZZgYH8 | | |
|  | @Ugh`X][ ]gcZUWWi bhbi a VYf | ☒ No | | |
|  | | ☐ Yes | | |

| Part 2: | Additional Page |
|---|---|

| 7 cdmih ]g·dU[ Y·cb·mj]Za cfY·gdUWY']g·bYYXYX'·7 cbHjbi Y·bi a VYf]b[·'i\·Y''bYg·gYei YbhjU·mZca·i\·Y·dfYj]ci g·dU[ Y''=Zbc·UXX]h]cbU''BCBDF=CF÷HM·WYX]hcfg·Yl]ghZXc·bchiZ'''ci·hcf·gi·Va ]h]\·]g·dU[ Y'' | 5a ci bhcZWUja |
|---|---|

**3.22**    Bcbdf]cf]miWYX]hcfg·bUa Y·UbX·a U]']b[·UXXfYgg
Black Lotus Communications
PO Box 265
San Francisco, CA 94104

5g·cZ·h\Y·dYhjljcb·Z]']b[·XUhY·h\Y·WUja·]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,872.67

6Ug]g·Zcf·h\Y·WUja·. TRADE

8 Uh·cf·XUhYg·XYVh·kUg·]bWi ffYX _____
@Ugh·(·X][ ]hg·cZ·UWWci bh·bhbi a VYf _____

=g·h\Y·WUja·g i bg i VÿWh·hc·g Yhc Z Z8
☒ No
☐ Yes

---

**3.23**    Bcbdf]cf]miWYX]hcfg·bUa Y·UbX·a U]']b[·UXXfYgg
BlueHill Group LLC
PO Box 532
Metuchen, NJ 8840

5g·cZ·h\Y·dYhjljcb·Z]']b[·XUhY·h\Y·WUja·]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,000.00

6Ug]g·Zcf·h\Y·WUja·. TRADE

8 Uh·cf·XUhYg·XYVh·kUg·]bWi ffYX _____
@Ugh(·X][ ]hg·cZ·UWWci bh·bhbi a VYf _____

=g·h\Y·WUja·g i bg i VÿWh·hc·g Yhc Z Z8
☒ No
☐ Yes

---

**3.24**    Bcbdf]cf]miWYX]hcfg·bUa Y·UbX·a U]']b[·UXXfYgg
Bluestone Advisors, LLC
539 East Blackhawk Ln,
Alpine, UT 84004

5g·cZ·h\Y·dYhjljcb·Z]']b[·XUhY·h\Y·WUja·]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 3,100,416.85

6Ug]g·Zcf·h\Y·WUja·. WAGES, SALARIES, AND COMMISSIONS

8 Uh·cf·XUhYg·XYVh·kUg·]bWi ffYX _____
@Ugh·(·X][ ]hg·cZ·UWWci bh·bhbi a VYf _____

=g·h\Y·WUja·g i bg i VÿWh·hc·g Yhc Z Z8
☒ No
☐ Yes

---

**3.25**    Bcbdf]cf]miWYX]hcfg·bUa Y·UbX·a U]']b[·UXXfYgg
Boon Chapman
9401 Amberglen Blvd
Austin, TX 78729

5g·cZ·h\Y·dYhjljcb·Z]']b[·XUhY·h\Y·WUja·]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,995.92

6Ug]g·Zcf·h\Y·WUja·. TRADE

8 Uh·cf·XUhYg·XYVh·kUg·]bWi ffYX _____
@Ugh·(·X][ ]hg·cZ·UWWci bh·bhbi a VYf _ _ _ _ _ _

=g·h\Y·WUja·g i bg i VÿWh·hc·g Yhc Z Z8
☒ No
☐ Yes

---

**3.26**    Bcbdf]cf]miWYX]hcfg·bUa Y·UbX·a U]']b[·UXXfYgg
Bourisli, Badir
Bayan, Block 3, St. 2, House # 16
Kuwait City, Kuwait 965

5g·cZ·h\Y·dYhjljcb·Z]']b[·XUhY·h\Y·WUja·]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50,388.54

6Ug]g·Zcf·h\Y·WUja·. TRADE

8 Uh·cf·XUhYg·XYVh·kUg·]bWi ffYX _____
@Ugh·(·X][ ]hg·cZ·UWWci bh·bhbi a VYf _____

=g·h\Y·WUja·g i bg i VÿWh·hc·g Yhc Z Z8
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

**List Additional Creditors Who Have Unsecured Claims — Continuation Page**

Total claim

---

**3.27**   Nonpriority creditor's name and mailing address

Bourisli, Dalal
Bayan, Block 3, St. 2, House # 16
Kuwait City, Kuwait 00965

As of the petition filing date, the claim is: $ 25,194.27
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.28**   Nonpriority creditor's name and mailing address

Brannelly Law
PO Box 1832
Draper, UT 84020

As of the petition filing date, the claim is: $ 1,650.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.29**   Nonpriority creditor's name and mailing address

Brett Murdoch
12039 N Chamberry Ct
Highland, UT 84003

As of the petition filing date, the claim is: $ 5,318,184.90
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: TRADE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.30**   Nonpriority creditor's name and mailing address

Brio Capital Mastr Fund Ltd
100 Merrick Road, STE 401W
Rockville Centre, NY 11570

As of the petition filing date, the claim is: $ 730,298.62
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.31**   Nonpriority creditor's name and mailing address

Broadridge
P.O. Box 416423
Boston, MA 02241-6423

As of the petition filing date, the claim is: $ 340.84
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | **Additional Page** |

| 3.32 | **Bcbdf]cf]miWYX]rcfg`bUa Y`UbX`a U]`]b[`UXXfYgg** | 5g`cZh`Y`dYh]h]cb`2]`b[`XUhY/`h`Y`WU}a`]g. | |
| | C7 Data Centers | Check all that apply. | $ 448.24 |
| | 14944 Pony Express Dr. | ☐ Contingent | |
| | Bluffdale, UT 84065 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | 6Ug]g`Zcf`h`Y`WU]a TRADE | |
| | 8Uh`cf`XUh`g`XYVh`k Ug`]bWi ffYX | ☐g`h`Y`WU]a`gi V/YWh`hc`ZZgYh8 | |
| | | ☒ No | |
| | @Ugh`(X]``hg`cZWU[W]i b`h`a`bhbi a VYf | ☐ Yes | |

| 3.33 | **Bcbdf]cf]miWYX]rcfg`bUa Y`UbX`a U]`]b[`UXXfYgg** | 5g`cZh`Y`dYh]h]cb`2]`b[`XUhY/`h`Y`WU}a`]g. | |
| | Cairnstone Financial | Check all that apply. | $ 293.15 |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | 6Ug]g`Zcf`h`Y`WU]a TRADE | |
| | 8Uh`cf`XUh`g`XYVh`k Ug`]bWi ffYX | ☐g`h`Y`WU]a`gi V/YWh`hc`ZZgYh8 | |
| | | ☒ No | |
| | @Ugh`(X]``hg`cZWU[W]i b`h`a`bhbi a VYf | ☐ Yes | |

| 3.34 | **Bcbdf]cf]miWYX]rcfg`bUa Y`UbX`a U]`]b[`UXXfYgg** | 5g`cZh`Y`dYh]h]cb`2]`b[`XUhY/`h`Y`WU}a`]g. | |
| | Canon Solutions America | Check all that apply. | $ 400.69 |
| | 15004 Collections Center Drive | ☐ Contingent | |
| | Chicago, IL 60693 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | 6Ug]g`Zcf`h`Y`WU]a TRADE | |
| | 8Uh`cf`XUh`g`XYVh`k Ug`]bWi ffYX | ☐g`h`Y`WU]a`gi V/YWh`hc`ZZgYh8 | |
| | | ☒ No | |
| | @Ugh`(X]``hg`cZWU[W]i b`h`a`bhbi a VYf | ☐ Yes | |

| 3.35 | **Bcbdf]cf]miWYX]rcfg`bUa Y`UbX`a U]`]b[`UXXfYgg** | 5g`cZh`Y`dYh]h]cb`2]`b[`XUhY/`h`Y`WU}a`]g. | |
| | CardAccess Engineering | Check all that apply. | $ 23.97 |
| | 11778 South Election Road | ☐ Contingent | |
| | Salt Lake City, UT 84020 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | 6Ug]g`Zcf`h`Y`WU]a TRADE | |
| | 8Uh`cf`XUh`g`XYVh`k Ug`]bWi ffYX | ☐g`h`Y`WU]a`gi V/YWh`hc`ZZgYh8 | |
| | | ☒ No | |
| | @Ugh`(X]``hg`cZWU[W]i b`h`a`bhbi a VYf | ☐ Yes | |

| 3.36 | **Bcbdf]cf]miWYX]rcfg`bUa Y`UbX`a U]`]b[`UXXfYgg** | 5g`cZh`Y`dYh]h]cb`2]`b[`XUhY/`h`Y`WU}a`]g. | |
| | Catalyst Systems, Inc. | Check all that apply. | $ 42,071.94 |
| | 475 Sansome Street, Suite 730 | ☐ Contingent | |
| | San Francisco, CA 94111 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | 6Ug]g`Zcf`h`Y`WU]a TRADE | |
| | 8Uh`cf`XUh`g`XYVh`k Ug`]bWi ffYX | ☐g`h`Y`WU]a`gi V/YWh`hc`ZZgYh8 | |
| | | ☒ No | |
| | @Ugh`(X]``hg`cZWU[W]i b`h`a`bhbi a VYf | ☐ Yes | |

Debtor  ActiveCare, Inc.
Name

Case number (if known) 18-11659 (LSS)

| Part 2: | Additional Page |
|---------|-----------------|

7 cdmiñ ]g·dU[ Y·cb·mj]Za cfY·gdUWN"]g·bYYXYX"7 cbH]bi Y·bi a VYf]b[ ·ñ Y"]bYg·gYei YbH]U·mžca ·ñ Y·
dfYj]ci g·dU[ Y"žbc·UXX]H]cbU·BCBDF=CF+HM·WYX]hcfg·Y]·ghžXc·bchiž"·ci ñcf·gi Va ]hñ ]g·dU[ Y"

5a ci bticZWUja

**3.37**  Bcbdf]cf]miWfYX]hcfRg]ñcfRg·bUa Y·UbX·a U]]]b[·UXXfYgg         5 g·cZ·ñ Y·dYH]j]cb·ž]·b[·]·XUH·ñ·ñ Y·WUUja ·]g.
Check all that apply.    $ 58.13

CenturyLink - GW
P.O. Box 29040              ☐ Contingent
Phoenix, AZ 85038-9040     ☐ Unliquidated
                           ☐ Disputed

                           6 Ug]g·Zcf·ñ Y·WUUja ·  TRADE

8 UhY·cf·XUhYg·XYVh·kUg·]bWiffYX·         ☐·ñ Y·WUUja ·gi Vj·YWhñc·cZZgYH8
                                          ☒ No
@Ugh( ·X][ ]hg·cZ·UWWci bh·bîbi a VYf·     ☐ Yes

---

**3.38**  Bcbdf]cf]miWfYX]hcfRg]ñcfRg·bUa Y·UbX·a U]]]b[·UXXfYgg         5 g·cZ·ñ Y·dYH]j]cb·ž]·b[·]·XUH·ñ·ñ Y·WUUja ·]g.
Check all that apply.    $ 495.78

Citrix Online
File 50264                 ☐ Contingent
Los Angeles, CA 90074-0264 ☐ Unliquidated
                           ☐ Disputed

                           6 Ug]g·Zcf·ñ Y·WUUja ·  TRADE

8 UhY·cf·XUhYg·XYVh·kUg·]bWiffYX·         ☐·ñ Y·WUUja ·gi Vj·YWhñc·cZZgYH8
                                          ☒ No
@Ugh( ·X][ ]hg·cZ·UWWci bh·bîbi a VYf·     ☐ Yes

---

**3.39**  Bcbdf]cf]miWfYX]hcfRg]ñcfRg·bUa Y·UbX·a U]]]b[·UXXfYgg         5 g·cZ·ñ Y·dYH]j]cb·ž]·b[·]·XUH·ñ·ñ Y·WUUja ·]g.
Check all that apply.    $ 12,656.94

CK8 Financial LLC
5812 Westridge Dr.         ☐ Contingent
Baton Rouge, LA 70817      ☐ Unliquidated
                           ☐ Disputed

                           6 Ug]g·Zcf·ñ Y·WUUja ·  TRADE

8 UhY·cf·XUhYg·XYVh·kUg·]bWiffYX·         ☐·ñ Y·WUUja ·gi Vj·YWhñc·cZZgYH8
                                          ☒ No
@Ugh( ·X][ ]hg·cZ·UWWci bh·bîbi a VYf·     ☐ Yes

---

**3.40**  Bcbdf]cf]miWfYX]hcfRg]ñcfRg·bUa Y·UbX·a U]]]b[·UXXfYgg         5 g·cZ·ñ Y·dYH]j]cb·ž]·b[·]·XUH·ñ·ñ Y·WUUja ·]g.
Check all that apply.    $ 14,655.62

Clyde Snow & Sessions
201 South Main Street      ☐ Contingent
Salt Lake City, UT 84111-2216 ☐ Unliquidated
                           ☐ Disputed

                           6 Ug]g·Zcf·ñ Y·WUUja ·  TRADE

8 UhY·cf·XUhYg·XYVh·kUg·]bWiffYX·         ☐·ñ Y·WUUja ·gi Vj·YWhñc·cZZgYH8
                                          ☒ No
@Ugh( ·X][ ]hg·cZ·UWWci bh·bîbi a VYf·     ☐ Yes

---

**3.41**  Bcbdf]cf]miWfYX]hcfRg]ñcfRg·bUa Y·UbX·a U]]]b[·UXXfYgg         5 g·cZ·ñ Y·dYH]j]cb·ž]·b[·]·XUH·ñ·ñ Y·WUUja ·]g.
Check all that apply.    $ 2,811.46

CNIC Health Solutions
6251 Greenwood Plaza Blvd, Suite 300  ☐ Contingent
Greenwood Village, CO 80111 ☐ Unliquidated
                           ☐ Disputed

                           6 Ug]g·Zcf·ñ Y·WUUja ·  TRADE

8 UhY·cf·XUhYg·XYVh·kUg·]bWiffYX·         ☐·ñ Y·WUUja ·gi Vj·YWhñc·cZZgYH8
                                          ☒ No
@Ugh( ·X][ ]hg·cZ·UWWci bh·bîbi a VYf·     ☐ Yes

Name

| Part 2: | Additional Page |
|---|---|

5a ci blicZWUJa

3.42    Bcbdf]cf]miWfYX]rcfRg]bUa YUbX^a UJ]b[ ^UXXfYgg    5g^cZÑ YdY*jHjcb^Z]]b[ ^XUHjZh YWUJa ]g.    $ 12,000.00
Coldwell Banker Commercial    Check all that apply.
825 East 1180 South Ste 300    ☐ Contingent
American Fork, UT 84003    ☐ Unliquidated
    ☐ Disputed

    6Ug]g^ZÌf^h YWUJa ]_   TRADE

8UhÌ^cf^XUHÌg^XYVhk Ug]bWÌffYX    ☐g^h YWUJa ^gi ^gV^Y'WWHhc^ZZgYfl8
@Ughf^^X][]hg^cZUWWÌtÌi b\bibi a VYf    ☒ No
    ☐ Yes

3.43    Bcbdf]cf]miWfY9g[rcfRg]bUa YUbX^a UJ]b[ ^UXXfYgg    5g^cZÑ YdY*jHjcb^Z]]b[ ^XUHjZh YWUJa ]g.    $ 2,561.09
Collection Professionals    Check all that apply.
850 North Highway 414    ☐ Contingent
Mountain View, WY 82939    ☐ Unliquidated
    ☐ Disputed

    6Ug]g^ZÌf^h YWUJa ]_   TRADE

8UhÌ^cf^XUHÌg^XYVhk Ug]bWÌffYX    ☐g^h YWUJa ^gi ^gV^Y'WWHhc^ZZgYfl8
@Ughf^^X][]hg^cZUWWÌtÌi b\bibi a VYf    ☒ No
    ☐ Yes

3.44    Bcbdf]cf]miWfY9g[rcfRg]bUa YUbX^a UJ]b[ ^UXXfYgg    5g^cZÑ YdY*jHjcb^Z]]b[ ^XUHjZh YWUJa ]g.    $ 1,772,096.00
Complete Business Solutions Group, Inc.    Check all that apply.
141 North 2nd Street    ☐ Contingent
Philadelphia, PA 19106    ☐ Unliquidated
    ☒ Disputed

    6Ug]g^ZÌf^h YWUJa ]_   TRADE

8UhÌ^cf^XUHÌg^XYVhk Ug]bWÌffYX    ☐g^h YWUJa ^gi ^gV^Y'WWHhc^ZZgYfl8
@Ughf(^X][^]hg^cZUWWÌtÌi b\bibi a VYf    ☒ No
    ☐ Yes

3.45    Bcbdf]cf]miWfY9g[rcfRg]bUa YUbX^a UJ]b[ ^UXXfYgg    5g^cZÑ YdY*jHjcb^Z]]b[ ^XUHjZh YWUJa ]g.    $ 42,105.26
Craig Leh    Check all that apply.
8714 Country Rd 519    ☐ Contingent
Frenchtown, NJ 8825    ☐ Unliquidated
    ☐ Disputed

    6Ug]g^ZÌf^h YWUJa ]_   TRADE

8UhÌ^cf^XUHÌg^XYVhk Ug]bWÌffYX    ☐g^h YWUJa ^gi ^gV^Y'WWHhc^ZZgYfl8
@Ughf(^X][^]hg^cZUWWÌtÌi b\bibi a VYf    ☒ No
    ☐ Yes

3.46    Bcbdf]cf]miWfYX]rcfRg]bUa YUbX^a UJ]b[ ^UXXfYgg    5g^cZÑ YdY*jHjcb^Z]]b[ ^XUHjZh YWUJa ]g.    $ 1,817.00
Curran Tomko Tarski LLP    Check all that apply.
2001 Bryan Street Suite 2000    ☐ Contingent
Dallas, TX 75201    ☐ Unliquidated
    ☐ Disputed

    6Ug]g^ZÌf^h YWUJa ]_   TRADE

8UhÌ^cf^XUHÌg^XYVhk Ug]bWÌffYX    ☐g^h YWUJa ^gi ^gV^Y'WWHhc^ZZgYfl8
@Ughf(^X][^]hg^cZUWWÌtÌi b\bibi a VYf    ☒ No
    ☐ Yes

| Part 2: | Additional Page |
| --- | --- |

7 cdmiʰ ]gʰdU[ Y`cbˋmjˋZa cfŸgdUᵁW ]gˋbYYXYXˋ"7 cbᴴ]bi Yˋbi a VYfᴶ]bˋʲ iˋ Yᵀ]bYgˋgYei YbᴴjU`mᵶca ˋiˋ Y̍ dfᵀYj ]ci gˋdU[ Yᵌ=ZbcˋUXXᵀ]ᴴcbUˋ'BCBDFᵉCFᵑHMᵂWᵀYXᴴʰcfgˋY̍ ]ghᵌXcˋbchiᶻ̍̍ci ʰicfˋgiˋVa ]hiˋ]gˋdU[ Y̍

5a ci bticZWᵁU]a

---

**3.47** | Bcbdfˌ]cfˌ]miᵂWᵀYXᴴᴴcfgˋ@ˋbUa Y̍UbXˌa U̍]bˌˋUXXfYgg

Dalton, James
PO Box 3621
Park City, UT 84060

5 gˋcZᴴ̍ YˋdYᴴᴴicbˋΖᴴ]bˌˋXUᴴᴴᵶᴴ̍ YˋWU̍a ˌ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ _____ 169,155.09

6 Ugˌ]gˌΖˌiˋʰ YˋWU̍a ˌ. WAGES, SALARIES, AND COMMISSIONS

8 UᴴYˋcfˋXUᴴYˋgˋXYYᴴh̍k Ug̍]bˋWfffYXˋ _____
@ᵁgĥ̍̍(ˋX̍][̍]gˋcZᵁWᵂˋ̍i bhb̍i a VYfˋ _____

ⁿgˋʰ YˋWU̍a ˌˋgi V̍YᵛWᵚᵂᴴircˋcᴻ̍gYḧ8
☒ No
☐ Yes

---

**3.48** | Bcbdfˌ]cfˌ]miᵂWᵀYXᴴᴴcfgˋ@ˋbUa Y̍UbXˌa U̍]bˌˋUXXfYgg

Delcromo, Inc.
PO Box 4924
Eureka, OR 95502-4924

5 gˋcZᴴ̍ YˋdYᴴᴴicbˋΖᴴ]bˌˋXUᴴᴴᵶᴴ̍ YˋWU̍a ˌ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 106,642.24

6 Ugˌ]gˌΖˌiˋʰ YˋWU̍a ˌ. TRADE

8 UᴴYˋcfˋXUᴴYˋgˋXYYᴴh̍k Ug̍]bˋWfffYXˋ _____
@ᵁgĥ̍̍(ˋX̍][̍]gˋcZᵁWᵂˋ̍i bhb̍i a VYfˋ _____

ⁿgˋʰ YˋWU̍a ˌˋgi V̍YᵛWᵚᵂᴴircˋcᴻ̍gYḧ8
☒ No
☐ Yes

---

**3.49** | Bcbdfˌ]cfˌ]miᵂWᵀYXᴴᴴcfgˋ@ˋbUa Y̍UbXˌa U̍]bˌˋUXXfYgg

DERRICK, MICHAEL
36 EAST 1020 NORTH
FARMINGTON, UT

5 gˋcZᴴ̍ YˋdYᴴᴴicbˋΖᴴ]bˌˋXUᴴᴴᵶᴴ̍ YˋWU̍a ˌ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ _____ 54,647.00

6 Ugˌ]gˌΖˌiˋʰ YˋWU̍a ˌ. WAGES, SALARIES, AND COMMISSIONS

8 UᴴYˋcfˋXUᴴYˋgˋXYYᴴh̍k Ug̍]bˋWfffYXˋ _____
@ᵁgĥ̍̍(ˋX̍][̍]gˋcZᵁWᵂˋ̍i bhb̍i a VYfˋ _____

ⁿgˋʰ YˋWU̍a ˌˋgi V̍YᵛWᵚᵂᴴircˋcᴻ̍gYḧ8
☒ No
☐ Yes

---

**3.50** | Bcbdfˌ]cfˌ]miᵂWᵀYXᴴᴴcfgˋ@ˋbUa Y̍UbXˌa U̍]bˌˋUXXfYgg

DERRICK, PETER
2176 S. PARKWOOD LANE
KAYSVILLE, UT

5 gˋcZᴴ̍ YˋdYᴴᴴicbˋΖᴴ]bˌˋXUᴴᴴᵶᴴ̍ YˋWU̍a ˌ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ _____ 60,053.00

6 Ugˌ]gˌΖˌiˋʰ YˋWU̍a ˌ. WAGES, SALARIES, AND COMMISSIONS

8 UᴴYˋcfˋXUᴴYˋgˋXYYᴴh̍k Ug̍]bˋWfffYXˋ _____
@ᵁgĥ̍̍(ˋX̍][̍]gˋcZᵁWᵂˋ̍i bhb̍i a VYfˋ ___ ___ ___ .

ⁿgˋʰ YˋWU̍a ˌˋgi V̍YᵛWᵚᵂᴴircˋcᴻ̍gYḧ8
☒ No
☐ Yes

---

**3.51** | Bcbdfˌ]cfˌ]miᵂWᵀYXᴴᴴcfgˋ@ˋbUa Y̍UbXˌa U̍]bˌˋUXXfYgg

Dillon Hill Capital
200 Business Park Drive, STE 306
Armonk, NY 10504

5 gˋcZᴴ̍ YˋdYᴴᴴicbˋΖᴴ]bˌˋXUᴴᴴᵶᴴ̍ YˋWU̍a ˌ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,070,138.27

6 Ugˌ]gˌΖˌiˋʰ YˋWU̍a ˌ. TRADE

8 UᴴYˋcfˋXUᴴYˋgˋXYYᴴh̍k Ug̍]bˋWfffYXˋ _____
@ᵁgĥ̍̍(ˋX̍][̍]gˋcZᵁWᵂˋ̍i bhb̍i a VYfˋ _____

ⁿgˋʰ YˋWU̍a ˌˋgi V̍YᵛWᵚᵂᴴircˋcᴻ̍gYḧ8
☒ No
☐ Yes

Debtor  ActiveCare, Inc. _____  Case number (if known) 18-11659 (LSS)
_____
Name

| Part 2: | Additional Page |
|---|---|

7 cdmih ]g·dU[ Y·cb`mjZa cfY·gdUW"]g·bYYXYX"7 cbH]bi Y·bi a VYf]b[ · i\ Y`]bYg·gYei YbH]jU·mZca · i\ Y`
dfYj]ci ]g·dU[ Y"=Zbc`UXX]H]cbU`·BCBDF=CF+HM·WYX]hcfg·Y`]ghZXc`bchi^·ci·hcf·gi·Va ]hi\ ]g·dU[ Y"

**5a ci bticZWUJa**

**3.52** ___  Bcbdf]cf]miWYX]fcfRg]bUa Y·UbX·a U]`]b[·UXXfYgg      **5g·cZti\ Y·dYH]i]cb·Z]`]b[·XUhYZi\ Y·W`U]a ·]g.**
Durham Jones & Pinegar                          Check all that apply.                                    $_____ 45,392.50
111 S. Main Street Suite 2400                   ☐ Contingent
Salt Lake City, UT 84111                        ☐ Unliquidated
                                                ☐ Disputed

                                                **6 Ug]g·Zcf·i\ Y·W`U]a ** ___ TRADE _____

   8 Uh·cf·XUh]g·XYVh·kUg]bWi ffYX·      _____      =g·i\ Y·W`U]a · gi V^WYVh·hc·gYhcZZ8
   @Ugh(·X][ ]hg·cZ·UWWci bhi bi a VYf·  _____·     ☒ No
                                                          ☐ Yes·

**3.53** ___  Bcbdf]cf]miWYX]fcfRg]bUa Y·UbX·a U]`]b[·UXXfYgg      **5g·cZti\ Y·dYH]i]cb·Z]`]b[·XUhYZi\ Y·W`U]a ·]g.**
Dykema Gossett PLLC                             Check all that apply.                                    $_____ 3,155.40
2723 South State Street, Suite 400              ☐ Contingent
Ann Arbor, MI 48104                             ☐ Unliquidated
                                                ☐ Disputed·

                                                **6 Ug]g·Zcf·i\ Y·W`U]a ** ___ TRADE _____

   8 Uh·cf·XUh]g·XYVh·kUg]bWi ffYX·      _____      =g·i\ Y·W`U]a · gi V^WYVh·hc·gYhcZZ8
   @Ugh(·X][ ]hg·cZUWWci bhi bi a VYf·   _____·     ☒ No
                                                          ☐ Yes·

**3.54** ___  Bcbdf]cf]miWYX]fcfRg]bUa Y·UbX·a U]`]b[·UXXfYgg      **5g·cZti\ Y·dYH]i]cb·Z]`]b[·XUhYZi\ Y·W`U]a ·]g.**
Economics Partners LLC                          Check all that apply.                                    $_____ 10,000.00
One West Main Street                            ☐ Contingent
American Fork, UT 84003                         ☐ Unliquidated
                                                ☐ Disputed·

                                                **6 Ug]g·Zcf·i\ Y·W`U]a ** ___ TRADE _____·

   8 Uh·cf·XUh]g·XYVh·kUg]bWi ffYX·      _____·     =g·i\ Y·W`U]a · gi V^WYVh·hc·gYhcZZ8
   @Ugh(·X][ ]hg·cZUWWci bhi bi a VYf·   _____·     ☒ No·
                                                          ☐ Yes·

**3.55** ___  Bcbdf]cf]miWYX]fcfRg]bUa Y·UbX·a U]`]b[·UXXfYgg      **5g·cZti\ Y·dYH]i]cb·Z]`]b[·XUhYZi\ Y·W`U]a ·]g.**
Edgar Agents, LLC                               Check all that apply.                                    $_____ 46,989.17
105 White Oak Lane, Suite 104                   ☐ Contingent
Old Bridge, NJ 08857                            ☐ Unliquidated
                                                ☐ Disputed·

                                                **6 Ug]g·Zcf·i\ Y·W`U]a ** ___ TRADE _____·

   8 Uh·cf·XUh]g·XYVh·kUg]bWi ffYX·      _____·     =g·i\ Y·W`U]a · gi V^WYVh·hc·gYhcZZ8
   @Ugh(·X][ ]hg·cZUWWci bhi bi a VYf·  __ __ __ ·         ☒ No·
                                                          ☐ Yes·

**3.56** ___  Bcbdf]cf]miWYX]fcfRg]bUa Y·UbX·a U]`]b[·UXXfYgg      **5g·cZti\ Y·dYH]i]cb·Z]`]b[·XUhYZi\ Y·W`U]a ·]g.**
Emerging Benefits                               Check all that apply.                                    $_____ 56,782.93
4647 N 32nd St #110                             ☐ Contingent
Phoenix, AZ 85018                               ☐ Unliquidated
                                                ☐ Disputed·

                                                **6 Ug]g·Zcf·i\ Y·W`U]a ** ___ TRADE _____·

   8 Uh·cf·XUh]g·XYVh·kUg]bWi ffYX·      _____·     =g·i\ Y·W`U]a · gi V^WYVh·hc·gYhcZZ8
   @Ugh(·X][ ]hg·cZUWWci bhi bi a VYf·   _____·     ☐ No
                                                          ☒ Yes·

Debtor  ActiveCare, Inc.
_____
Name

Case number *(if known)* 18-11659 (LSS)

| Part 2: | **Additional Page** |

3.57   EMI Health
852 East Arrowhead Lane
Murray, UT 84107-5298

$ 1,271.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

TRADE

☒ No
☐ Yes

3.58   Entrust Inc.
22322 Grand Corner Dr, Ste 200
Katy, TX 77494

$ 3,424.58

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

TRADE

☒ No
☐ Yes

3.59   Equisolve
2455 E. Sunrise Blvd Ste 1201
Fort Lauderdale, FL 33304

$ 24,596.75

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

TRADE

☒ No
☐ Yes

3.60   Fackrell Holdings
1365 West Business Park Drive, Suite 200
Orem, UT 84058

$ 22,268.06

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

TRADE

☒ No
☐ Yes

3.61   FEDEX
PO Box 7221
Pasadena, CA 91109-7321

$ 231.93

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

TRADE

☒ No
☐ Yes

| Part 2: | Additional Page |

7 cdmiħ ]g`dU[ Y`cb`mi]Za cfY`gdUUW"]g`bYYXYX"7 cbH]bi Y`bi a VYf]b[ `iħ Y¨]bYg`gYei YbH]U`mⁱca `iħ Y¨
dfYj ]ci g`dU[ Y"=Zbc`UXX]H]cbU`BCBDF=CF+HM`WYX]hcfg`Yi ]ghⁱXc`bchⁱⁱci hcf`gi Va ]hiħ ]g`dU[ Y"

| 5a ci bħicZWUja |

3.62 ___ Bcbdf]cf]miWYX]hcfg@g`bUa Y`UbX`a U]`]b[ `UXXfYgg
Firefly
P.O. Box 41132
Houston, TX 77241-1132

5g`cZiħ Y`dYH]H]cb`z]]b[ `XUħ Y¨z]iħ Y`WUja ]g. $ _____ 255.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g`z:f`iħ Y`WUja ___ TRADE _____.

8 Uħ Y`cf`XUħ Yg`XYVhik Ug]]bW`ffYX` _____
@Ugh(`X][ ]hg`cZUWWci bħ bi bhi a VYf` _____.
¤g`iħ Y`WUja ]g `gi V`V`Wħc`gYﬀc㎏Yﬀ8
☒ No
☐ Yes

3.63 ___ Bcbdf]cf]miWYX]hcfg@g`bUa Y`UbX`a U]`]b[ `UXXfYgg

First Choice home Care
350 5th Avenue  STE 7710
New York, NY 10118

5g`cZiħ Y`dYH]H]cb`z]]b[ `XUħ Y¨z]iħ Y`WUja ]g. $ _____ 880.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed'

6 Ug]g`z:f`iħ Y`WUja ___ TRADE _____.

8 Uħ Y`cf`XUħ Yg`XYVhik Ug]]bW`ffYX` _____
@Ugh( `X][ ]hg`cZUWWi bħ i bhi a VYf` _____.
¤g`iħ Y`WUja ]g `gi V`V`Wħc`gYﬀc㎏Yﬀ8
☒ No
☐ Yes

3.64 ___ Bcbdf]cf]miWYX]hcfg@g`bUa Y`UbX`a U]`]b[ `UXXfYgg

Floyd, Robert O.
222-B Harper Avenue
NW Lenoir, NC 28645

5g`cZiħ Y`dYH]H]cb`z]]b[ `XUħ Y¨z]iħ Y`WUja ]g. $ _____ 116,072.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed'

6 Ug]g`z:f`iħ Y`WUja ___ TRADE _____.

8 Uħ Y`cf`XUħ Yg`XYVhik Ug]]bW`ffYX` _____
@Ugh( `X][ ]hg`cZUWWi bħ i bhi a VYf` _____.
¤g`iħ Y`WUja ]g `gi V`V`Wħc`gYﬀc㎏Yﬀ8
☒ No
☐ Yes'

3.65 ___ Bcbdf]cf]miWYX]hcfg@g`bUa Y`UbX`a U]`]b[ `UXXfYgg

Fulbright & Jaworski L.L.P.
220 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

5g`cZiħ Y`dYH]H]cb`z]]b[ `XUħ Y¨z]iħ Y`WUja ]g. $ _____ 21,930.80
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed'

6 Ug]g`z:f`iħ Y`WUja ___ TRADE _____.

8 Uħ Y`cf`XUħ Yg`XYVhik Ug]]bW`ffYX` _____
@Ugh( `X][ ]hg`cZUWWi bħ i bhi a VYf` ___ ___ ___ .
¤g`iħ Y`WUja ]g `gi V`V`Wħc`gYﬀc㎏Yﬀ8
☒ No
☐ Yes'

3.66 ___ Bcbdf]cf]miWYX]hcfg@g`bUa Y`UbX`a U]`]b[ `UXXfYgg

Fundrock, LLC
128 32nd Street
Suite 314
Brooklyn , NY 11232

5g`cZiħ Y`dYH]H]cb`z]]b[ `XUħ Y¨z]iħ Y`WUja ]g. $ _____ 9,364.00
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed'

6 Ug]g`z:f`iħ Y`WUja ___ TRADE _____.

8 Uħ Y`cf`XUħ Yg`XYVhik Ug]]bW`ffYX` _____
@Ugh( `X][ ]hg`cZUWWi bħ i bhi a VYf` _____.
¤g`iħ Y`WUja ]g `gi V`V`Wħc`gYﬀc㎏Yﬀ8
☒ No
☐ Yes'

Debtor ActiveCare, Inc.
Name

Case number (if known) 18-11659 (LSS)

| Part 2: | Additional Page |

7 cdmih ]g'dU[ Y'cb`m]Za cfY'gdUWW']g'bYYXYX"7 cbH]bi Y'bi a VYf]b[ `h Y``bYg'gYei YbH]U`mZca `ih Y`
dfYj ]ci g'dU[ Y"=Zbc`UXX]H]cbU`BCBDF±CF±HM'WYX]hcfg'Yl ]ghZxc'bchz]"'ci hcf'gi Va `]hih ]g'dU[ Y"

5a ci blicZWU]a

---

**3.67**  Bcbdf]cf]miWYX]hcfßg'bUa Y'UbX'a U']]b[ `UXXfYgg

Gary Gelbfish
2502 Avenue I
Brooklyn, NY 11210

5g'cZh Y'dYh]h]cb'z']b[ `XUhz'h Y'W'U]a ']g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 132,107.29

6Ug]g'zcf'h Y'W'U]a . TRADE _____

8UhY'cf'XUhYg'XYVh'Ug']bWi ffYX _____

@Ugh('X][ ]hg'cZUWWci bh bi a VYf _____

=g'h Y'W'U]a `gi V'YVh'hc'cZZgYh8
☒ No
☐ Yes

---

**3.68**  Bcbdf]cf]miWYX]hcfßg'bUa Y'UbX'a U']]b[ `UXXfYgg

Gilsbar, LLC
PO Box 2947
Covington, LA 70434-2947

5g'cZh Y'dYh]h]cb'z']b[ `XUhz'h Y'W'U]a ']g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 8,232.52

6Ug]g'zcf'h Y'W'U]a . TRADE _____

8UhY'cf'XUhYg'XYVh'Ug']bWi ffYX _____

@Ugh('X][ ]hg'cZUWWci bh bi a VYf _____

=g'h Y'W'U]a `gi V'YVh'hc'cZZgYh8
☒ No
☐ Yes

---

**3.69**  Bcbdf]cf]miWYX]hcfßg'bUa Y'UbX'a U']]b[ `UXXfYgg

GROESBECK, MICHAEL
2001 MILLHOUSE LANE
MATTHEWS, NC 28104

5g'cZh Y'dYh]h]cb'z']b[ `XUhz'h Y'W'U]a ']g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 487.50

6Ug]g'zcf'h Y'W'U]a . WAGES, SALARIES, AND COMMISSIONS _____

8UhY'cf'XUhYg'XYVh'Ug']bWi ffYX _____

@Ugh('X][ ]hg'cZUWWci bh bi a VYf _____

=g'h Y'W'U]a `gi V'YVh'hc'cZZgYh8
☒ No
☐ Yes

---

**3.70**  Bcbdf]cf]miWYX]hcfßg'bUa Y'UbX'a U']]b[ `UXXfYgg

Hannibal, Janine
401 Highland Ave,
Lenoir, NC 28645

5g'cZh Y'dYh]h]cb'z']b[ `XUhz'h Y'W'U]a ']g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 13,797.26

6Ug]g'zcf'h Y'W'U]a . TRADE _____

8UhY'cf'XUhYg'XYVh'Ug']bWi ffYX _____

@Ugh('X][ ]hg'cZUWWci bh bi a VYf ___ ___ ___ .

=g'h Y'W'U]a `gi V'YVh'hc'cZZgYh8
☒ No
☐ Yes

---

**3.71**  Bcbdf]cf]miWYX]hcfßg'bUa Y'UbX'a U']]b[ `UXXfYgg

Hansen, Barnett & Maxwell
5 Triad Center Suite 750
Salt Lake City, UT 84180-1128

5g'cZh Y'dYh]h]cb'z']b[ `XUhz'h Y'W'U]a ']g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 3,000.00

6Ug]g'zcf'h Y'W'U]a . TRADE _____

8UhY'cf'XUhYg'XYVh'Ug']bWi ffYX _____

@Ugh('X][ ]hg'cZUWWci bh bi a VYf _____

=g'h Y'W'U]a `gi V'YVh'hc'cZZgYh8
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

Additional Page — Creditors Who Have Nonpriority Unsecured Claims

5a ci bhc ZWUJa

| 3.72 | Bcbdf]cf]miWYX]rcfg]bUa YUbX`a UJ]b[ `UXXfYgg | 5g`cZh`Y`dYHJ]cb`2]]b[`XUHJ`Z.`i`Y`WUJa``]g. $ 15,000.00 |
|---|---|---|

Harper Duncan & Associates, LLC
PO Box 84566
Baton Rouge, LA 70884

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g]z`f`h`Y`WUJa  TRADE

8 UhY`cf`XUhYg`XYVhk`Ug]]bWffYX  _____
@Ugh[`X][`hg`cZUWWci`bhbi`a VYf  _____

=g`h`Y`WUJa``g`i`V`Y`Whc`c`ZghYf8
☒ No
☐ Yes

| 3.73 | Bcbdf]cf]miWYX]rcfg]bUa YUbX`a UJ]b[ `UXXfYgg | 5g`cZh`Y`dYHJ]cb`2]]b[`XUHJ`Z.`i`Y`WUJa``]g. $ 4,609.72 |
|---|---|---|

HealthScope Benefits
12448 Collections Center Drive
Chicago, IL 60693

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g]z`f`h`Y`WUJa  TRADE

8 UhY`cf`XUhYg`XYVhk`Ug]]bWffYX  _____
@Ugh[`X][`hg`cZUWWci`bhbi`a VYf  _____

=g`h`Y`WUJa``g`i`V`Y`Whc`c`ZghYf8
☒ No
☐ Yes

| 3.74 | Bcbdf]cf]miWYX]rcfg]bUa YUbX`a UJ]b[ `UXXfYgg | 5g`cZh`Y`dYHJ]cb`2]]b[`XUHJ`Z.`i`Y`WUJa``]g. $ 2,054.05 |
|---|---|---|

HERRERA, DEBORAH
1048 W. 1020 N.
PROVO, UT 84604

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g]z`f`h`Y`WUJa  TRADE

8 UhY`cf`XUhYg`XYVhk`Ug]]bWffYX  _____
@Ugh[`X][`hg`cZUWWci`bhbi`a VYf  _____

=g`h`Y`WUJa``g`i`V`Y`Whc`c`ZghYf8
☒ No
☐ Yes

| 3.75 | Bcbdf]cf]miWYX]rcfg]bUa YUbX`a UJ]b[ `UXXfYgg | 5g`cZh`Y`dYHJ]cb`2]]b[`XUHJ`Z.`i`Y`WUJa``]g. $ 2,598,907.24 |
|---|---|---|

Hillair Capital
345 Lorton Ave, Suite 303
Burlingame, CA 94010

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g]z`f`h`Y`WUJa  TRADE

8 UhY`cf`XUhYg`XYVhk`Ug]]bWffYX  _____
@Ugh[`X][`hg`cZUWWci`bhbi`a VYf  ___ ___ ___ .

=g`h`Y`WUJa``g`i`V`Y`Whc`c`ZghYf8
☒ No
☐ Yes

| 3.76 | Bcbdf]cf]miWYX]rcfg]bUa YUbX`a UJ]b[ `UXXfYgg | 5g`cZh`Y`dYHJ]cb`2]]b[`XUHJ`Z.`i`Y`WUJa``]g. $ 2,304.86 |
|---|---|---|

Hines and Associates, Inc.
115 E. Highland Ave.
Elgin, IL 60120

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g]z`f`h`Y`WUJa  TRADE

8 UhY`cf`XUhYg`XYVhk`Ug]]bWffYX  _____
@Ugh[`X][`hg`cZUWWci`bhbi`a VYf  _____

=g`h`Y`WUJa``g`i`V`Y`Whc`c`ZghYf8
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| 7 cdmiⁿ ]g˙dU[ Y˙cb˙m]Za cfY˙gdUⁿW˙]g˙bYYXYX"7 cbⁿ]bi Y˙bi a VYf]b[˙¨ˑⁿY¨]bYg˙gYei YbⁿjU˙mˑca ˑⁿⁿY˙dfYⁿ]ci g˙dU[ Y"=Zbc˙UXX]ⁿ]cbU˙˙BCBDF˙=CF÷HM˙WⁿYX]ⁿcfg˙Y]˙ghⁿXc˙bchⁿ¨ⁿⁿci ˑcfˑgi Va ]hⁿ\ ]g˙dU[ Y" | 5a ci bⁿcZWUⁱa |

3.77    Bcbdfⁱcf]miWⁿYX]ⁿcfⁱg˙bUa Y˙UbX˙a Uⁱ]b[ ˑUXXfYgg          5˙g¨cZⁿ\ Y˙dⁿYⁱⁱⁱcb¨2ⁱⁱb[ ˑXUⁿⁿ¨zⁱ\ Y˙WUⁱⁱa ˑ]g.
Holland & Hart                                                   Check all that apply.            $_____ 11,538.50
P.O. Box 17283                                                  ☐ Contingent
Denver, CO 80217                                               ☐ Unliquidated
                                                               ☐ Disputed

                                                               6 Ug]g˙gⁱzⁱf˙\ Y˙WUⁱⁱa ˑ TRADE
8 UhⁱⁱcfⁱXUⁿⁱg˙XYVhⁱik˙Ug˙]bWⁱffYX˙ _____            ÷g˙ⁿ\ Y˙WUⁱⁱa ˑ gi VⁱYⁿ˙ⁿc˙gYⁿcZZ?
@Ugh˙ˑXⁱⁿ]g˙cZˑⁿWⁿWⁱⁿi bhⁱ bhⁱbi a VYf˙ _____.       ☒ No
                                                              ☐ Yes˙

3.78    Bcbdfⁱcf]miWⁿYX]ⁿcfⁱg˙bUa Y˙UbX˙a Uⁱ]b[ ˑUXXfYgg          5˙g¨cZⁿ\ Y˙dⁱYⁱⁱⁱcb¨2ⁱⁱb[ ˑXUⁿⁿ¨zⁱ\ Y˙WUⁱⁱa ˑ]g.
Hoover's                                                        Check all that apply.            $_____ 568.75
103 JFK Parkway                                                ☐ Contingent
Short Hills, NJ 7078                                          ☐ Unliquidated
                                                              ☐ Disputed˙

                                                              6 Ug]g˙gⁱzⁱf˙\ Y˙WUⁱⁱa ˑ TRADE
8 UhⁱⁱcfⁱXUⁿⁱg˙XYVhⁱik˙Ug˙]bWⁱffYX˙ _____            ÷g˙ⁿ\ Y˙WUⁱⁱa ˑ gi VⁱYⁿ˙ⁿc˙gYⁿcZZ?
@Ugh˙ˑXⁱⁿ]g˙cZˑⁿWⁱⁱⁱi bhⁱ bhⁱbi a VYf˙ _____.       ☒ No
                                                              ☐ Yes˙

3.79    Bcbdfⁱcf]miWⁿYX]ⁿcfⁱg˙bUa Y˙UbX˙a Uⁱ]b[ ˑUXXfYgg          5˙g¨cZⁿ\ Y˙dⁱYⁱⁱⁱcb¨2ⁱⁱb[ ˑXUⁿⁿ¨zⁱ\ Y˙WUⁱⁱa ˑ]g.
HUB International                                              Check all that apply.            $_____ 12,638.56
PO Box 6650                                                   ☐ Contingent
Metairie, LA 70009                                           ☐ Unliquidated
                                                             ☐ Disputed˙

                                                             6 Ug]g˙gⁱzⁱf˙\ Y˙WUⁱⁱa ˑ TRADE
8 UhⁱⁱcfⁱXUⁿⁱg˙XYVhⁱik˙Ug˙]bWⁱffYX˙ _____            ÷g˙ⁿ\ Y˙WUⁱⁱa ˑ gi VⁱYⁿ˙ⁿc˙gYⁿcZZ?
@Ugh˙ˑXⁱⁿ]g˙cZˑⁿWⁱⁱⁱi bhⁱ bhⁱbi a VYf˙ _____.       ☒ No
                                                             ☐ Yes˙

3.80    Bcbdfⁱcf]miWⁿYX]ⁿcfⁱg˙bUa Y˙UbX˙a Uⁱ]b[ ˑUXXfYgg          5˙g¨cZⁿ\ Y˙dⁱYⁱⁱⁱcb¨2ⁱⁱb[ ˑXUⁿⁿ¨zⁱ\ Y˙WUⁱⁱa ˑ]g.
Humana                                                       Check all that apply.            $_____ 459.09
P.O. Box 0884                                                ☐ Contingent
Carol Stream, IL 60132-0084                                 ☐ Unliquidated
                                                            ☐ Disputed˙

                                                            6 Ug]g˙gⁱzⁱf˙\ Y˙WUⁱⁱa ˑ TRADE
8 UhⁱⁱcfⁱXUⁿⁱg˙XYVhⁱik˙Ug˙]bWⁱffYX˙ _____            ÷g˙ⁿ\ Y˙WUⁱⁱa ˑ gi VⁱYⁿ˙ⁿc˙gYⁿcZZ?
@Ugh˙ˑXⁱ]g˙cZˑⁿWⁱⁱⁱi bhⁱ bhⁱbi a VYf˙ __ __ __ __.       ☒ No
                                                            ☐ Yes˙

3.81    Bcbdfⁱcf]miWⁿYX]ⁿcfⁱg˙bUa Y˙UbX˙a Uⁱ]b[ ˑUXXfYgg          5˙g¨cZⁿ\ Y˙dⁱYⁱⁱⁱcb¨2ⁱⁱb[ ˑXUⁿⁿ¨zⁱ\ Y˙WUⁱⁱa ˑ]g.
IBA                                                          Check all that apply.            $_____ 3,111.38
100 Garden City Plaza                                       ☐ Contingent
Garden City, NY 11530                                       ☐ Unliquidated
                                                            ☐ Disputed˙

                                                            6 Ug]g˙gⁱzⁱf˙\ Y˙WUⁱⁱa ˑ TRADE
8 UhⁱⁱcfⁱXUⁿⁱg˙XYVhⁱik˙Ug˙]bWⁱffYX˙ _____            ÷g˙ⁿ\ Y˙WUⁱⁱa ˑ gi VⁱYⁿ˙ⁿc˙gYⁿcZZ?
@Ugh˙ˑXⁱ]g˙cZˑⁿWⁱⁱⁱi bhⁱ bhⁱbi a VYf˙ _____.        ☒ No
                                                            ☐ Yes˙

**Part 2:  Additional Page**

| 7 cdmiⁱh ]g·dU[ Y·cb·mⁱ]Za·cfY·gdUWⁱ]g·bYYXYX "7·cbHjⁱb·Y·bⁱa·a·VYf]b[·ⁱⁱh·Y¯]bYg·gYei·YbhⁱjU¯mⁱzca·ⁱⁱh·Y¯dfYj]cⁱ]g·dU[ Y¯"=Zbc·UXX]H]cbU¯·BCBDF=CF=HMⁱWIYX]hcfg·YⁱⁱghⁱXc·bchⁱz¯¯¯cⁱ]hcf·gⁱ·Va·]hⁱⁱ]g·dU[ Y¯" | 5a·ci·bⁱcZWⁱUⁱa |

| 3.82 | Bcbdf]cf]miWⁱfYX]hcfⁱg·bⁱUa·Y·UbX·a·Uⁱ]b[·UXXfYgg | 5g·cZ·th·Y·dYhⁱⁱcb·z]]b[·]XUhⁱz·ⁱⁱ·Y·WUⁱa·ⁱ]g. | $ | 4,516.52 |
|  | IDA | *Check all that apply.* | | |
|  | 153 Bauer Dr. | ☐ Contingent | | |
|  | Oakland, NJ 7436 | ☐ Unliquidated | | |
|  | | ☐ Disputed | | |
|  | | 6·Ug]g·z·ⁱf·ⁱh·Y·WⁱUⁱa·  TRADE | | |
|  | 8·Uhⁱ·cf·XUhⁱg·XYVhⁱk·Ug·]bWⁱfⁱfYX· _____ | ·g·ⁱⁱh·Y·WⁱUⁱa·ⁱgⁱ·V·WYⁱⁱhⁱc·ZⁱgYh8 | | |
|  | @⁺Ugh·]·X[·]]g·cⁱZUhⁱⁱⁱc·ⁱ·bⁱbi·a·VYf· _____ · | ☒ No ☐ Yes | | |

| 3.83 | Bcbdf]cf]miWⁱfYX]hcfⁱg·bⁱUa·Y·UbX·a·Uⁱ]b[·UXXfYgg | 5g·cZ·th·Y·dYhⁱⁱcb·z]]b[·]XUhⁱz·ⁱⁱ·Y·WUⁱa·ⁱ]g. | $ | 8,997.04 |
|  | Ideal Life Inc. | *Check all that apply.* | | |
|  | 2110 North Ocean Blvd  STE 12D | ☐ Contingent | | |
|  | Ft. Lauderdale, FL 33305 | ☐ Unliquidated | | |
|  | | ☐ Disputed· | | |
|  | | 6·Ug]g·z·ⁱf·ⁱh·Y·WⁱUⁱa·  TRADE | | |
|  | 8·Uhⁱ·cf·XUhⁱg·XYVhⁱk·Ug·]bWⁱfⁱfYX· _____ | ·g·ⁱⁱh·Y·WⁱUⁱa·ⁱgⁱ·V·WYⁱⁱhⁱc·ZⁱgYh8 | | |
|  | @⁺Ugh·]·X[·]]g·cⁱZUhⁱⁱⁱc·ⁱ·bⁱbi·a·VYf· _____ · | ☒ No ☐ Yes | | |

| 3.84 | Bcbdf]cf]miWⁱfYX]hcfⁱg·bⁱUa·Y·UbX·a·Uⁱ]b[·UXXfYgg | 5g·cZ·th·Y·dYhⁱⁱcb·z]]b[·]XUhⁱz·ⁱⁱ·Y·WUⁱa·ⁱ]g. | $ | 36,195.61 |
|  | InContact | *Check all that apply.* | | |
|  | 75 W Towne Ridge Pkwy | ☐ Contingent | | |
|  | Sandy, UT 84070 | ☐ Unliquidated | | |
|  | | ☐ Disputed· | | |
|  | | 6·Ug]g·z·ⁱf·ⁱh·Y·WⁱUⁱa·  TRADE | | |
|  | 8·Uhⁱ·cf·XUhⁱg·XYVhⁱk·Ug·]bWⁱfⁱfYX· _____ | ·g·ⁱⁱh·Y·WⁱUⁱa·ⁱgⁱ·V·WYⁱⁱhⁱc·ZⁱgYh8 | | |
|  | @⁺Ugh·]·X[·]]g·cⁱZUhⁱⁱⁱc·ⁱ·bⁱbi·a·VYf· _____ · | ☒ No ☐ Yes· | | |

| 3.85 | Bcbdf]cf]miWⁱfYX]hcfⁱg·bⁱUa·Y·UbX·a·Uⁱ]b[·UXXfYgg | 5g·cZ·th·Y·dYhⁱⁱcb·z]]b[·]XUhⁱz·ⁱⁱ·Y·WUⁱa·ⁱ]g. | $ | 5,237.47 |
|  | Integra Telecom | *Check all that apply.* | | |
|  | P.O. Box 864 | ☐ Contingent | | |
|  | Salt Lake City, UT 84110-0864 | ☐ Unliquidated | | |
|  | | ☐ Disputed· | | |
|  | | 6·Ug]g·z·ⁱf·ⁱh·Y·WⁱUⁱa·  TRADE | | |
|  | 8·Uhⁱ·cf·XUhⁱg·XYVhⁱk·Ug·]bWⁱfⁱfYX· _____ | ·g·ⁱⁱh·Y·WⁱUⁱa·ⁱgⁱ·V·WYⁱⁱhⁱc·ZⁱgYh8 | | |
|  | @⁺Ugh·]·X[·]]g·cⁱZUhⁱⁱⁱc·ⁱ·bⁱbi·a·VYf· ___ ___ ___ ·· | ☒ No ☐ Yes· | | |

| 3.86 | Bcbdf]cf]miWⁱfYX]hcfⁱg·bⁱUa·Y·UbX·a·Uⁱ]b[·UXXfYgg | 5g·cZ·th·Y·dYhⁱⁱcb·z]]b[·]XUhⁱz·ⁱⁱ·Y·WUⁱa·ⁱ]g. | $ | 15,154.38 |
|  | Integrated Cost Management LLC | *Check all that apply.* | | |
|  | 7312 Balmoral Dr | ☐ Contingent | | |
|  | Colleyville, TX 76034 | ☐ Unliquidated | | |
|  | | ☐ Disputed· | | |
|  | | 6·Ug]g·z·ⁱf·ⁱh·Y·WⁱUⁱa·  TRADE | | |
|  | 8·Uhⁱ·cf·XUhⁱg·XYVhⁱk·Ug·]bWⁱfⁱfYX· _____ | ·g·ⁱⁱh·Y·WⁱUⁱa·ⁱgⁱ·V·WYⁱⁱhⁱc·ZⁱgYh8 | | |
|  | @⁺Ugh·]·X[·]]g·cⁱZUhⁱⁱⁱc·ⁱ·bⁱbi·a·VYf· _____ · | ☒ No ☐ Yes· | | |

| Part 2: | Additional Page |
|---|---|

7 cdmih ]g`dU[ Y`cb`mj]Za cfY`gdUUW`]g`bYYXYX`"7 cbH]bi Y`bi a VYf]b[`ih`Y`"]bYg`gYei YbH]jU`mZca `ih`Y`    5a ci bhcZWUJa
dfYj]ci ]g`dU[ Y"=Zbc`UXX]H]cbU`BCBDF=CF÷HMWYX]hcfg`Y1`ghƵXc`bchiz`"ci hcf`gi Va ]hiH`]g`dU[ Y`Y"

3.87    Bcbdf]cf]hmiWYX]hcfBg]rcfBg]bUa Y`UbX`a UJ]b[`UXXfYgg    5g`cZ h`Y`dYh]h]cb`Z]]b[`XUhY ih`]g`XUhz]ih Y`WUUJa `]g.    $    3,058.48
Interactive Care, Inc.                                        Check all that apply.
50 W Broadway, Suite 1210                                     ☐ Contingent
Salt Lake City, UT 84101                                      ☐ Unliquidated
                                                             ☐ Disputed

                                                             6 Ug]g`Zcf`h Y`WUUJa    TRADE
8 UhY`cf`XUhYg`XYVh`ik Ug]]bW`ffYX`                           ☒ No
@Ugh( X]]hg`cZ`UWWWi bhi bi bhi a VYf`                         ☐ Yes

3.88    Bcbdf]cf]hmiWYX]rcfBg]bUa Y`UbX`a UJ]b[`UXXfYgg    5g`cZ h`YdYh]h]cb`Z]]b[`XUhz ih`]g`XUhz]ih Y`WUUJa `]g.    $    2,887.75
Interform                                                     Check all that apply.
P.O. Box 577                                                  ☐ Contingent
Centerville, UT 84014                                         ☐ Unliquidated
                                                             ☐ Disputed

                                                             6 Ug]g`Zcf`h Y`WUUJa    TRADE
8 UhY`cf`XUhYg`XYVh`ik Ug]]bW`ffYX`                           ☒ No
@Ugh( X]]hg`cZ`UWWWi bhi bi bhi a VYf`                         ☐ Yes

3.89    Bcbdf]cf]hmiWYX]rcfBg]bUa Y`UbX`a UJ]b[`UXXfYgg    5g`cZ h`YdYh]h]cb`Z]]b[`XUhz ih`]g`XUhz]ih Y`WUUJa `]g.    $    1,218.60
IT Solutions                                                  Check all that apply.
269 S Western Ave # 171                                       ☐ Contingent
Los Angeles, CA 90004                                         ☐ Unliquidated
                                                             ☐ Disputed

                                                             6 Ug]g`Zcf`h Y`WUUJa    TRADE
8 UhY`cf`XUhYg`XYVh`ik Ug]]bW`ffYX`                           ☒ No
@Ugh( X]]hg`cZ`UWWWi bhi bi bhi a VYf`                         ☐ Yes

3.90    Bcbdf]cf]hmiWYX]rcfBg]bUa Y`UbX`a UJ]b[`UXXfYgg    5g`cZ h`YdYh]h]cb`Z]]b[`XUhz ih`]g`XUhz]ih Y`WUUJa `]g.    $    21,052.63
James Longo                                                   Check all that apply.
90 Beaver Ave Suite 201                                       ☐ Contingent
Clinton, NJ 08809                                             ☐ Unliquidated
                                                             ☐ Disputed

                                                             6 Ug]g`Zcf`h Y`WUUJa    TRADE
8 UhY`cf`XUhYg`XYVh`ik Ug]]bW`ffYX`                           ☒ No
@Ugh( X]]hg`cZ`UWWWi bhi bi a VYf`                             ☐ Yes

3.91    Bcbdf]cf]hmiWYX]rcfBg]bUa Y`UbX`a UJ]b[`UXXfYgg    5g`cZ h`YdYh]h]cb`Z]]b[`XUhz ih`]g`XUhz]ih Y`WUUJa `]g.    $    822,484.25
Jeff Greene                                                   Check all that apply.
135 Stanley Farm Road                                         ☐ Contingent
Kernersville, NC 27284                                        ☐ Unliquidated
                                                             ☐ Disputed

                                                             6 Ug]g`Zcf`h Y`WUUJa    TRADE
8 UhY`cf`XUhYg`XYVh`ik Ug]]bW`ffYX`                           ☒ No
@Ugh( X]]hg`cZ`UWWWi bhi bi a VYf`                             ☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

7 cdmi╫ ]g¨dU[ Y¨cb¨mj]Za cfY¨gdUW╫¨]g¨bYYXYX"7 cb╫jbi Y¨bi a VYf]b[ ¨╫ Y¨]bYg¨gYei YbH]U¨m╫ca ¨╫ Y¨
dfYj]ci g¨dU[ Y¨=Zbc¨UXX]╫]cbU¨BCBDF=CF÷HM¨W�YX]╫cfg¨Y╫]gh╪¨c¨bch╪2¨¨c i¨cf¨gi Va ]h╪ ]g¨dU[ Y¨ | **5a ci b╪ic╪ZWUja** |

---

**3.92**   Bcbdf]cf]╫m¨WfYX]╫cf¶g¨bUa Y¨UbX¨a U]╫]b[ ¨UXXfYgg

Jensen, Scott
3178 West Buehler Circle
Bluffdale, UT 84065

5g¨cZ╫ Y¨dY╫]╫]cb¨Z]╫]b[ ¨XU╫Y╣╫ Y¨WU]a ]g...
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$   90,000.00

6Ug]g¨Zcf¨╫ Y¨WU]a ┄   TRADE

8 UhY¨cf¨XUhYg¨XYVh¨k Ug¨]bWi ffYX    _____

@Ughi ¨X]¨]hg¨cZ¨UWWci bh¨bi a VYf    _____

=g¨╫ Y¨WU]a ¨gi Vj¨c¨c¨cZZgY╫8
☒ No
☐ Yes

---

**3.93**   Bcbdf]cf]╫m¨WfYX]╫cf¶g¨bUa Y¨UbX¨a U]╫]b[ ¨UXXfYgg

JiveCommunications
Dept CH 19606
Palatine, IL 60055

5g¨cZ╫ Y¨dY╫]╫]cb¨Z]╫]b[ ¨XU╫Y╣╫ Y¨WU]a ]g...
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$   347.30

6Ug]g¨Zcf¨╫ Y¨WU]a ┄   TRADE

8 UhY¨cf¨XUhYg¨XYVh¨k Ug¨]bWi ffYX    _____

@Ughi (X][ ]hg¨cZUWWci bh¨bi a VYf    _____

=g¨╫ Y¨WU]a ¨gi Vj¨c¨c¨cZZgY╫8
☒ No
☐ Yes

---

**3.94**   Bcbdf]cf]╫m¨WfYX]╫cf¶g¨bUa Y¨UbX¨a U]╫]b[ ¨UXXfYgg

JMJ Financial
501 W. Broadway, Suite 2000
Miami, FL 33139

5g¨cZ╫ Y¨dY╫]╫]cb¨Z]╫]b[ ¨XU╫Y╣╫ Y¨WU]a ]g...
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$   1,963,157.00

6Ug]g¨Zcf¨╫ Y¨WU]a ┄   TRADE

8 UhY¨cf¨XUhYg¨XYVh¨k Ug¨]bWi ffYX    _____

@Ughi ¨X]¨]hg¨cZ¨UWWci bh¨bi a VYf    _____

=g¨╫ Y¨WU]a ¨gi Vj¨c¨c¨cZZgY╫8
☒ No
☐ Yes

---

**3.95**   Bcbdf]cf]╫m¨WfYX]╫cf¶g¨bUa Y¨UbX¨a U]╫]b[ ¨UXXfYgg

John C. Nelson, MD, MPH
330 Paradiso Lane
Centerville, UT 84014

5g¨cZ╫ Y¨dY╫]╫]cb¨Z]╫]b[ ¨XU╫Y╣╫ Y¨WU]a ]g...
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$   1,500.00

6Ug]g¨Zcf¨╫ Y¨WU]a ┄   TRADE

8 UhY¨cf¨XUhYg¨XYVh¨k Ug¨]bWi ffYX    _____

@Ughi (X][ ]hg¨cZUWWci bh¨bi a VYf    ___ ___ ___ ___

=g¨╫ Y¨WU]a ¨gi Vj¨c¨c¨cZZgY╫8
☒ No
☐ Yes

---

**3.96**   Bcbdf]cf]╫m¨WfYX]╫cf¶g¨bUa Y¨UbX¨a U]╫]b[ ¨UXXfYgg

Jonique Hood
2230 South 2000 East
Salt Lake City, UT 84106

5g¨cZ╫ Y¨dY╫]╫]cb¨Z]╫]b[ ¨XU╫Y╣╫ Y¨WU]a ]g...
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$   651,046.82

6Ug]g¨Zcf¨╫ Y¨WU]a ┄   WAGES, SALARIES, AND COMMISSIONS

8 UhY¨cf¨XUhYg¨XYVh¨k Ug¨]bWi ffYX    _____

@Ughi (X][ ]hg¨cZUWWci bh¨bi a VYf    _____

=g¨╫ Y¨WU]a ¨gi Vj¨c¨c¨cZZgY╫8
☒ No
☐ Yes

| Part 2: | **Additional Page** |
|---------|---------------------|

| 7 cdmïh ]g·dU[ Y·cb·mj]Za cfY·gdUUW]g·bYYXYX"7 cbH]bi Y·bi a VYf]b[ ]b[ ´ñ Y¨]bYg·gYei YbH]U·mZca ´ñ Y dfYj]ci g·dU[ Y"=Zbc`UXX]H]cbU`BCBDF=CF÷HMWYX]hcfg·Y¦]ghÊXc·bchïZ¨¨ci ñcf·gi Va ]hñ ]g·dU[ Y″ | 5a ci bľcZWUja |
|---|---|

3.97 ___  **Bcbdf]cf]miWYX]hcfßg·bUa Y·UbX·a U]`]b[ ¨`UXXfYgg** 5g·cZΉ Y·dYh]h]cb·Z]`]b[ ¨]b[ ´XUhYÉñ Y·XU`Ua ]g. $_____ 244.86
K Design *Check all that apply.*
1008 1 Shepherd Creek Parkway ☐ Contingent
Farmington, UT 84025 ☐ Unliquidated
☐ Disputed

6 Ug]g·Z·f´ñ Y·WUja · TRADE_____ .

8 Uhÿ·cf·XUhYg·XYVh·k Ug·]bWi ffYX _____ . ·gΉ Y·WUja · gi ·V·VWΉ ivc·cZ·gYh8
@Ugh]·X][ ]hg·cZ·UWWΌ·i bhbi a VYf _____ . ☒ No
☐ Yes

3.98 ___  **Bcbdf]cf]miWYX]hcfßg·bUa Y·UbX·a U]`]b[ ¨`UXXfYgg** 5g·cZΉ Y·dYh]h]cb·Z]`]b[ ¨]b[ ´XUhYÉñ Y·XU`Ua ]g. $_____ 66,790.96
Key Benefit Administrators *Check all that apply.*
534 RIVERCROSSING DR STE 200 ☐ Contingent
FORT MILL, SC 29715 ☐ Unliquidated
☐ Disputed·

6 Ug]g·Z·f´ñ Y·WUja · TRADE_____ .

8 Uhÿ·cf·XUhYg·XYVh·k Ug·]bWi ffYX· _____ · ·gΉ Y·WUja · gi ·V·VWΉ ivc·cZ·gYh8
@Ugh]·X][ ]hg·cZ·UWWΌ·i bhbi a VYf· _____ · ☐ No
☒ Yes

3.99 ___  **Bcbdf]cf]miWYX]hcfßg·bUa Y·UbX·a U]`]b[ ¨`UXXfYgg** 5g·cZΉ Y·dYh]h]cb·Z]`]b[ ¨]b[ ´XUhYÉñ Y·XU`Ua ]g. $_____ 8,000.00
Kilo Viktor Industries LLC ATTN: Konrad Voits *Check all that apply.*
3000 Green Rd. Ste #131202 ☐ Contingent
Ann Arbor, MI 48105 ☐ Unliquidated
☐ Disputed·

6 Ug]g·Z·f´ñ Y·WUja · TRADE_____ ·

8 Uhÿ·cf·XUhYg·XYVh·k Ug·]bWi ffYX· _____ · ·gΉ Y·WUja · gi ·V·VWΉ ivc·cZ·gYh8
@Ugh]·X][ ]hg·cZ·UWWΌ·i bhbi a VYf· _____ · ☒ No
☐ Yes·

3.100 ___  **Bcbdf]cf]miWYX]hcfßg·bUa Y·UbX·a U]`]b[ ¨`UXXfYgg** 5g·cZΉ Y·dYh]h]cb·Z]`]b[ ¨]b[ ´XUhYÉñ Y·XU`Ua ]g. $_____ 730.33
Lagrand Distributing Inc. *Check all that apply.*
183 West 1700 South ☐ Contingent
Salt Lake City, UT 84115 ☐ Unliquidated
☐ Disputed·

6 Ug]g·Z·f´ñ Y·WUja · TRADE_____ ·

8 Uhÿ·cf·XUhYg·XYVh·k Ug·]bWi ffYX· _____ · ·gΉ Y·WUja · gi ·V·VWΉ ivc·cZ·gYh8
@Ugh]·X][ ]hg·cZ·UWWΌ·i bhbi a VYf· ___ ___ ___ . ☒ No
☐ Yes·

3.101 ___  **Bcbdf]cf]miWYX]hcfßg·bUa Y·UbX·a U]`]b[ ¨`UXXfYgg** 5g·cZΉ Y·dYh]h]cb·Z]`]b[ ¨]b[ ´XUhYÉñ Y·XU`Ua ]g. $_____ 25.66
Language Translation, Inc. *Check all that apply.*
4379 30th Street, Suite #7 ☐ Contingent
San Diego, CA 82104-1323 ☐ Unliquidated
☐ Disputed·

6 Ug]g·Z·f´ñ Y·WUja · TRADE_____ ·

8 Uhÿ·cf·XUhYg·XYVh·k Ug·]bWi ffYX· _____ · ·gΉ Y·WUja · gi ·V·VWΉ ivc·cZ·gYh8
@Ugh]·X][ ]hg·cZ·UWWΌ·i bhbi a VYf· _____ · ☒ No
☐ Yes·

| Part 2: | Additional Page |
|---------|-----------------|

| 7 cdmiﾑ ]gﾒdUﾍ YﾖcbﾒmﾑﾒZa cfYﾔgdUWﾑﾓ]gﾑbYYXYXﾔﾔ7 cbﾍﾓbi Yﾑbi a VYfﾔﾒb[ﾔﾒﾑ Yﾔ]bYgﾒgYei YbﾑﾓUﾓmﾒca ﾑ ﾑﾑ Yﾖ dfﾒYﾓ]ci gﾒdUﾍ Yﾖﾓﾑﾑ ZbcﾖﾕXXﾖﾍhﾓcbﾕﾔBCBDFﾒCFﾒHMﾒWﾕYXﾖﾍhcfgﾒYﾑﾓghﾑﾓXcﾖbchﾑﾓﾕﾕci hﾓcfﾕgiﾒVaﾖﾓﾑiﾑﾓ]gﾒdUﾍ Yﾖ | 5a ci bﾑ cZWUﾒa |

| 3.102 | BcbdﾑﾓcfﾓﾑmﾑﾓWﾒYXﾓﾑcfﾕﾔbUaﾔYﾑbXﾖﾑaﾖﾒ Uﾒﾓﾑbﾕ ﾓﾖﾑﾕﾒXXfﾒYgg | 5 gﾒcZﾕﾑ Yﾔd Yﾑﾔﾑﾒﾑbﾒﾕﾓﾑﾑﾓbﾕ ﾒﾑXUﾒﾑﾒﾑﾓﾑ YﾒWUﾒﾒ ﾑﾒgﾒ | $ 651.60 |
|---|---|---|---|
| | Law Offices of Steven T. Polino, PLLC | Check all that apply. | |
| | 3216 Prince Court | ☐ Contingent | |
| | Bedford, TX 76021 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | 6 Ugﾕgﾒﾒﾑﾓfﾕﾒ YﾒWUﾒﾒ ﾑ .  TRADE | |
| | 8 UﾒhﾔﾓcfﾒXUﾒhﾔﾓgﾒXYﾔﾒhik Ugﾒﾒ]bWﾒﾕffYXﾖ  _____ | ﾒﾕﾑﾒﾑﾓ YﾒWUﾒﾒ ﾑﾓﾕﾒﾑ VﾕﾒWﾖﾒhﾒﾒcﾒZﾕgﾒYhﾓﾖ | |
| | @UgﾒhﾑﾓﾕXﾑﾓﾕ]ﾕhgﾒcZUﾑﾓWﾕﾑﾒﾕi bﾑﾓbﾑﾓa VYfﾒ  _____ﾐ | ☒ No  ☐ Yesﾐ | |

| 3.103 | BcbdﾑﾓcfﾓﾑmﾑﾒWﾒYXﾓﾑcfﾕﾔbUaﾔYﾑbUﾑbXﾖﾑaﾖﾒ Uﾒﾓﾑbﾕ ﾓﾖﾑﾕﾒXXfﾒYgg | 5 gﾒcZﾕﾑ Yﾔd Yﾑﾔﾑﾒﾑbﾒﾕﾓﾑﾑﾓbﾕ ﾒﾑXUﾒﾑﾒﾑﾓﾑ YﾒWUﾒﾒ ﾑﾒgﾒ | $ 2,721.17 |
|---|---|---|---|
| | Lewis, Al | Check all that apply. | |
| | 890 Winter Street, Suite 208 | ☐ Contingent | |
| | Waltham, MA 2451 | ☐ Unliquidated | |
| | | ☐ Disputedﾐ | |
| | | 6 Ugﾕgﾒﾒﾑﾓfﾕﾒ YﾒWUﾒﾒ ﾑ .  TRADE | |
| | 8 UﾒhﾔﾓcfﾒXUﾒhﾔﾓgﾒXYﾔﾒhik Ugﾒﾒ]bWﾒﾕffYXﾖ  _____ | ﾒﾕﾑﾒﾑﾓ YﾒWUﾒﾒ ﾑﾓﾕﾒﾑ VﾕﾒWﾖﾒhﾒﾒcﾒZﾕgﾒYhﾓﾖ | |
| | @UgﾒhﾑﾓﾕXﾑﾓﾕ]ﾕhgﾒcZUﾑﾓWﾕﾑﾒﾕi bﾑﾓbﾑﾓa VYfﾒ  _____ﾐ | ☒ No  ☐ Yesﾐ | |

| 3.104 | BcbdﾑﾓcfﾓﾑmﾑﾒWﾒYXﾓﾑcfﾕﾔbUaﾔYﾑbUﾑbXﾖﾑaﾖﾒ Uﾒﾓﾑbﾕ ﾓﾖﾑﾕﾒXXfﾒYgg | 5 gﾒcZﾕﾑ Yﾔd Yﾑﾔﾑﾒﾑbﾒﾕﾓﾑﾑﾓbﾕ ﾒﾑXUﾒﾑﾒﾑﾓﾑ YﾒWUﾒﾒ ﾑﾒgﾒ | $ 240,000.00 |
|---|---|---|---|
| | Liberty Capital | Check all that apply. | |
| | 834 South Blue Ridge Lane | ☐ Contingent | |
| | Alpine, UT 84004 | ☐ Unliquidated | |
| | | ☐ Disputedﾐ | |
| | | 6 Ugﾕgﾒﾒﾑﾓfﾕﾒ YﾒWUﾒﾒ ﾑ .  WAGES, SALARIES, AND COMMISSIONS | |
| | 8 UﾒhﾔﾓcfﾒXUﾒhﾔﾓgﾒXYﾔﾒhik Ugﾒﾒ]bWﾒﾕffYXﾖ  _____ | ﾒﾕﾑﾒﾑﾓ YﾒWUﾒﾒ ﾑﾓﾕﾒﾑ VﾕﾒWﾖﾒhﾒﾒcﾒZﾕgﾒYhﾓﾖ | |
| | @UgﾒhﾑﾓﾕXﾑﾓﾕ]ﾕhgﾒcZUﾑﾓWﾕﾑﾒﾕi bﾑﾓbﾑﾓa VYfﾒ  _____ﾐ | ☒ No  ☐ Yesﾐ | |

| 3.105 | BcbdﾑﾓcfﾓﾑmﾑﾒWﾒYXﾓﾑcfﾕﾔbUaﾔYﾑbUﾑbXﾖﾑaﾖﾒ Uﾒﾓﾑbﾕ ﾓﾖﾑﾕﾒXXfﾒYgg | 5 gﾒcZﾕﾑ Yﾔd Yﾑﾔﾑﾒﾑbﾒﾕﾓﾑﾑﾓbﾕ ﾒﾑXUﾒﾑﾒﾑﾓﾑ YﾒWUﾒﾒ ﾑﾒgﾒ | $ 7,104.38 |
|---|---|---|---|
| | Lockard & Williams | Check all that apply. | |
| | P.O. Box 1688 | ☐ Contingent | |
| | Pascagoula, MS 39568 | ☐ Unliquidated | |
| | | ☐ Disputedﾐ | |
| | | 6 Ugﾕgﾒﾒﾑﾓfﾕﾒ YﾒWUﾒﾒ ﾑ .  TRADE | |
| | 8 UﾒhﾔﾓcfﾒXUﾒhﾔﾓgﾒXYﾔﾒhik Ugﾒﾒ]bWﾒﾕffYXﾖ  _____ | ﾒﾕﾑﾒﾑﾓ YﾒWUﾒﾒ ﾑﾓﾕﾒﾑ VﾕﾒWﾖﾒhﾒﾒcﾒZﾕgﾒYhﾓﾖ | |
| | @UgﾒhﾑﾓﾕXﾑﾓﾕ]ﾕhgﾒcZUﾑﾓWﾕﾑﾒﾕi bﾑﾓbﾑﾓa VYfﾒ  ___ ___ ___ ﾐ | ☒ No  ☐ Yesﾐ | |

| 3.106 | BcbdﾑﾓcfﾓﾑmﾑﾒWﾒYXﾓﾑcfﾕﾔbUaﾔYﾑbUﾑbXﾖﾑaﾖﾒ Uﾒﾓﾑbﾕ ﾓﾖﾑﾕﾒXXfﾒYgg | 5 gﾒcZﾕﾑ Yﾔd Yﾑﾔﾑﾒﾑbﾒﾕﾓﾑﾑﾓbﾕ ﾒﾑXUﾒﾑﾒﾑﾓﾑ YﾒWUﾒﾒ ﾑﾒgﾒ | $ 509,210.75 |
|---|---|---|---|
| | Lucosky Brookman LLP | Check all that apply. | |
| | 45 Reckefeller Plaza, Suite 2000 | ☐ Contingent | |
| | New York, NY 10111 | ☐ Unliquidated | |
| | | ☐ Disputedﾐ | |
| | | 6 Ugﾕgﾒﾒﾑﾓfﾕﾒ YﾒWUﾒﾒ ﾑ .  TRADE | |
| | 8 UﾒhﾔﾓcfﾒXUﾒhﾔﾓgﾒXYﾔﾒhik Ugﾒﾒ]bWﾒﾕffYXﾖ  _____ | ﾒﾕﾑﾒﾑﾓ YﾒWUﾒﾒ ﾑﾓﾕﾒﾑ VﾕﾒWﾖﾒhﾒﾒcﾒZﾕgﾒYhﾓﾖ | |
| | @UgﾒhﾑﾓﾕXﾑﾓﾕ]ﾕhgﾒcZUﾑﾓWﾕﾑﾒﾕi bﾑﾓbﾑﾓa VYfﾒ  _____ﾐ | ☒ No  ☐ Yesﾐ | |

| **Part 2:** | **Additional Page** |
|---|---|

| 7 cdmiİ ]g˙dU[ Y˙cb˙m]Za cfY˙gdUUW]˙g˙bYYXYX"7 cbHjbi Y˙bi a VYf]b[ ˙iˇ Y˙˙bYg˙gYei YbHjU˙mˇca ˙iˇ Y˙ dfYj ]ci g˙dU[ Y"=Zbc˙UXX]H]cbU˙˙BCBDF=CF=HM˙WYX]hcfg˙Yˇ]ghˇXc˙bchiˇ˙˙ci˙hcf˙gi˙Va ]hiİ ]g˙dU[ Y" | 5a ci bˇcZWUİJa |
|---|---|

3.**107**    Bcbdf]cf]miWİYX]hcfßg˙bUa Y˙UbX˙a U[]˙b[ ˙UXXfYgg

Mabey, Dan
1715 Canyon Cr
Farmington, UT 84025

5 g˙cZİ Y˙dYh]h]cb˙z]˙b[ ˙XUh\ˇz]İ Y˙WUİa ˙]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

6 Ug]g˙zcf˙İ Y˙WUİa ˙   TRADE

8 UhY˙cf˙XUhYg˙XYVh˙k Ug˙]bWifffYX˙ _____

@Ugh˙( ˙X][ ]hg˙cZ˙UWWci bhi bi a VYf˙  _____

=g˙İ Y˙WUİa ˙gi ˙V˙YW˙hc˙gYh]f8
☒ No
☐ Yes

$    82,295.45

---

3.**108**    Bcbdf]cf]miWİYX]hcfßg˙bUa Y˙UbX˙a U[]˙b[ ˙UXXfYgg

Mahoney Group
14900 Interurban Ave, Ste 284
Seattle, WA 98168

5 g˙cZİ Y˙dYh]h]cb˙z]˙b[ ˙XUhYˇz]İ Y˙WUİa ˙]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g˙zcf˙İ Y˙WUİa ˙   TRADE

8 UhY˙cf˙XUhYg˙XYVh˙k Ug˙]bWifffYX˙ _____

@Ugh˙( ˙X][ ]hg˙cZ˙UWWci bhi bi a VYf˙  _____

=g˙İ Y˙WUİa ˙gi ˙V˙YW˙hc˙gYh]f8
☒ No
☐ Yes

$    8,704.64

---

3.**109**    Bcbdf]cf]miWİYX]hcfßg˙bUa Y˙UbX˙a U[]˙b[ ˙UXXfYgg

Marc Nuccitelli
80 Rodeo Drive
Syosset, NY 11791

5 g˙cZİ Y˙dYh]h]cb˙z]˙b[ ˙XUhYˇz]İ Y˙WUİa ˙]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g˙zcf˙İ Y˙WUİa ˙   TRADE

8 UhY˙cf˙XUhYg˙XYVh˙k Ug˙]bWifffYX˙ _____

@Ugh˙( ˙X][ ]hg˙cZ˙UWWci bhi bi a VYf˙  _____

=g˙İ Y˙WUİa ˙gi ˙V˙YW˙hc˙gYh]f8
☒ No
☐ Yes

$    152,876.90

---

3.**110**    Bcbdf]cf]miWİYX]hcfßg˙bUa Y˙UbX˙a U[]˙b[ ˙UXXfYgg

Mark Rosenblum
9200 Santa Fe Trail
Celina, TX 75009

5 g˙cZİ Y˙dYh]h]cb˙z]˙b[ ˙XUhXˇz]İ Y˙WUİa ˙]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g˙zcf˙İ Y˙WUİa ˙   WAGES, SALARIES, AND COMMISSIONS

8 UhY˙cf˙XUhYg˙XYVh˙k Ug˙]bWifffYX˙ _____

@Ugh˙( ˙X][ ]hg˙cZ˙UWWci bhi bi a VYf˙  ___ ___ ___

=g˙İ Y˙WUİa ˙gi ˙V˙YW˙hc˙gYh]f8
☒ No
☐ Yes

$    65,512.00

---

3.**111**    Bcbdf]cf]miWİYX]hcfßg˙bUa Y˙UbX˙a U[]˙b[ ˙UXXfYgg

Martin, William
2615 Duck Hook Drive
Park City, UT 84060

5 g˙cZİ Y˙dYh]h]cb˙z]˙b[ ˙XUhYˇz]İ Y˙WUİa ˙]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g˙zcf˙İ Y˙WUİa ˙   WAGES, SALARIES, AND COMMISSIONS

8 UhY˙cf˙XUhYg˙XYVh˙k Ug˙]bWifffYX˙ _____

@Ugh˙( ˙X][ ]hg˙cZ˙UWWci bhi bi a VYf˙  _____

=g˙İ Y˙WUİa ˙gi ˙V˙YW˙hc˙gYh]f8
☒ No
☐ Yes

$    43,306.99

Debtor    ActiveCare, Inc. _____
Name

Case number _(if known)_ __18-11659 (LSS)__

---

| Part 2: | Additional Page |

7 cdmih ]g·dU[ Y·cb·m]Za cfY·gdUUW']g·bYYXYX″7 cbH]bi Y·bi a VYf]b[·ì Y¨]bYg·gYei YbH]U¨mZca ì Y
dfYj]ci g·dU[ Y″=Zbc UXX]H]cbU¨BCBDF=CF=HMWYX]hcfg·Y] ghzXc bchì]″ì ci hcf·gi Va ]hiì ]g·dU[ Y″

5a ci blicZWU]a

### 3.112   Bcbdf]cf]miW'fYX]hcfôg·bUa Y·UbX·a U]']b[ ì UXXfYgg

Medline Industries, Inc.
One Medline Place
Mundelein, IL 60060-4486

5g·cZhì Y·dYh]H]cb·Z]']b[ ì·XUhữZhì Y·WU]a ì]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 6.85

6Ug]g·Zcf·hì Y·WU]a ́ TRADE _____ ˙

8 Uhì·cf·XUhì·g·XYVhik Ug·]bWi ffYX · _____ ˙

@]ghì(¨X][ ]hg·cZ·UWWì·i bhì]a VYf · _____ ˙

=g·hì Y·WU]a ́gi V·Ý·WWìhírc·ZĝYfÝ8
☒ No
☐ Yes˙

### 3.113   Bcbdf]cf]miW'fYXRg·bUa Y·UbX·a U]']b[ ì UXXfYgg

MedWatch
PO Box 952679
St. Mary, FL 32795

5g·cZhì Y·dYh]H]cb·Z]']b[ ì·XUhữZhì Y·WU]a ì]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed˙

$ _____ 19,592.29

6Ug]g·Zcf·hì Y·WU]a ́ TRADE _____ ˙

8 Uhì·cf·XUhì·g·XYVhik Ug·]bWi ffYX · _____ ˙

@]ghì(¨X][ ]hg·cZ·UWWì·i bhì]a VYf · _____ ˙

=g·hì Y·WU]a ́gi V·Ý·WWìhírc·ZĝYfÝ8
☒ No
☐ Yes˙

### 3.114   Bcbdf]cf]miW'fYXRg·bUa Y·UbX·a U]']b[ ì UXXfYgg

Mergent, Inc.
PO Box 403123
Atlanta, GA 30384-3123

5g·cZhì Y·dYh]H]cb·Z]']b[ ì·XUhữZhì Y·WU]a ì]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed˙

$ _____ 1,100.00

6Ug]g·Zcf·hì Y·WU]a ́ TRADE _____ ˙

8 Uhì·cf·XUhì·g·XYVhik Ug·]bWi ffYX · _____ ˙

@]ghì(¨X][ ]hg·cZ·UWWì·i bhì]a VYf · _____ ˙

=g·hì Y·WU]a ́gi V·Ý·WWìhírc·ZĝYfÝ8
☒ No
☐ Yes˙

### 3.115   Bcbdf]cf]miW'fYXRg·bUa Y·UbX·a U]']b[ ì UXXfYgg

MEYERS ASSOCIATES, L.P.
45 BROADWAY 2ND FLOOR
NEW YORK, NY 10006

5g·cZhì Y·dYh]H]cb·Z]']b[ ì·XUhữZhì Y·WU]a ì]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed˙

$ _____ 73,667.00

6Ug]g·Zcf·hì Y·WU]a ́ TRADE _____ ˙

8 Uhì·cf·XUhì·g·XYVhik Ug·]bWi ffYX · _____ ˙

@]ghì(¨X][ ]hg·cZ·UWWì·i bhì]a VYf · ___ ___ ___ ˙

=g·hì Y·WU]a ́gi V·Ý·WWìhírc·ZĝYfÝ8
☒ No
☐ Yes˙

### 3.116   Bcbdf]cf]miW'fYXRg·bUa Y·UbX·a U]']b[ ì UXXfYgg

Microsoft
PO Box 842103
Dallas, TX 75284

5g·cZhì Y·dYh]H]cb·Z]']b[ ì·XUhữZhì Y·WU]a ì]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed˙

$ _____ 6,569.77

6Ug]g·Zcf·hì Y·WU]a ́ TRADE _____ ˙

8 Uhì·cf·XUhì·g·XYVhik Ug·]bWi ffYX · _____ ˙

@]ghì(¨X][ ]hg·cZ·UWWì·i bhì]a VYf · _____ ˙

=g·hì Y·WU]a ́gi V·Ý·WWìhírc·ZĝYfÝ8
☒ No
☐ Yes˙

| Part 2: | **Additional Page** |

---

3.117 ___  Bcbdf]cf]miWYX]rcfßg`bUa Y`UbX`a U]`]b[`UXXfYgg

Mytrex, Inc.

10321 South Beckstead Lane
South Jordan, UT 84095-8801

5g¨cZfh Y`dYh]¦cb¨z]`b[¨XUfh¦z¨h Y`WUa ¨]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 5,557.81

6Ug]g`z]f`h Y`WUa ¨a¨  TRADE _____ ¨

8 UhY¨cf¨XUhYg¨XYVh¨kUg¨]bWiffYX   _____

@Ugh¨´X]`]g¨cZUWW¡i bhbi a VYf   _____ ¨

=g`h Y`WUa ¨a `gi VY¨V¨WWa `hc¨zZgYh8
☒ No
☐ Yes¨

---

3.118 ___  Bcbdf]cf]miWYX]rcfßg`bUa Y`UbX`a U]`]b[`UXXfYgg

NASDAQ OMX

AB SE-10578
Stockholm, Sweden

5g¨cZfh Y`dYh]¦cb¨z]`b[¨XUfh¦z¨h Y`WUa ¨]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed¨

$_____ 1,030.00

6Ug]g`z]f`h Y`WUa ¨a¨  TRADE _____ ¨

8 UhY¨cf¨XUhYg¨XYVh¨kUg¨]bWiffYX   _____

@Ugh¨´X]`]g¨cZUWW¡i bhbi a VYf   _____ ¨

=g`h Y`WUa ¨a `gi VY¨V¨WWa `hc¨zZgYh8
☒ No
☐ Yes¨

---

3.119 ___  Bcbdf]cf]miWYX]rcfßg`bUa Y`UbX`a U]`]b[`UXXfYgg

National Acadamies of Emergency Dispatch

110 South Regent Street Suite 800
Salt Lake City, UT 84111

5g¨cZfh Y`dYh]¦cb¨z]`b[¨XUfh¦z¨h Y`WUa ¨]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed¨

$_____ 2,765.00

6Ug]g`z]f`h Y`WUa ¨a¨  TRADE _____ ¨

8 UhY¨cf¨XUhYg¨XYVh¨kUg¨]bWiffYX   _____

@Ugh¨´X]`]g¨cZUWW¡i bhbi a VYf   _____ ¨

=g`h Y`WUa ¨a `gi VY¨V¨WWa `hc¨zZgYh8
☒ No
☐ Yes¨

---

3.120 ___  Bcbdf]cf]miWYX]rcfßg`bUa Y`UbX`a U]`]b[`UXXfYgg

Navigator Business Solutions

170 South Main Street
Pleasant Grove, UT 84062

5g¨cZfh Y`dYh]¦cb¨z]`b[¨XUfh¦z¨h Y`WUa ¨]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed¨

$_____ 8,512.18

6Ug]g`z]f`h Y`WUa ¨a¨  TRADE _____ ¨

8 UhY¨cf¨XUhYg¨XYVh¨kUg¨]bWiffYX   _____

@Ugh¨´X]`]g¨cZUWW¡i bhbi a VYf   ___ ___ ___ ¨

=g`h Y`WUa ¨a `gi VY¨V¨WWa `hc¨zZgYh8
☒ No
☐ Yes¨

---

3.121 ___  Bcbdf]cf]miWYX]rcfßg`bUa Y`UbX`a U]`]b[`UXXfYgg

Nextiva

8800 East Chaparral Road  STE 300
Scottsdale, AZ 85250

5g¨cZfh Y`dYh]¦cb¨z]`b[¨XUfh¦z¨h Y`WUa ¨]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed¨

$_____ 2,406.51

6Ug]g`z]f`h Y`WUa ¨a¨  TRADE _____ ¨

8 UhY¨cf¨XUhYg¨XYVh¨kUg¨]bWiffYX   _____

@Ugh¨´X]`]g¨cZUWW¡i bhbi a VYf   _____ ¨

=g`h Y`WUa ¨a `gi VY¨V¨WWa `hc¨zZgYh8
☒ No
☐ Yes¨

| Part 2: | Additional Page |
|---------|-----------------|

**3.122**   Nonpriority creditor's name and mailing address

Nurse Response
6657 Paysphere Circle
Chicago, IL 60674

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,500.00

Basis for the claim: TRADE

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

Is the claim subject to offset?

---

**3.123**   Nonpriority creditor's name and mailing address

Onn, Isaac
1365 Business Park Drive
Orem, UT 84058

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18,306.45

Basis for the claim: WAGES, SALARIES, AND COMMISSIONS

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.124**   Nonpriority creditor's name and mailing address

Osher Capital Partners LLC
5 Sans Berry Lane
Spring Valley, NY 10977

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 625,157.31

Basis for the claim: TRADE

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.125**   Nonpriority creditor's name and mailing address

Parsons, Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT 84111

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32,346.59

Basis for the claim: TRADE

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.126**   Nonpriority creditor's name and mailing address

Peter Sherman
4409 Mickleton Road
Charlotte, NC 28226

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 152,876.90

Basis for the claim: TRADE

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

**Part 2:** | **Additional Page**

| 7 cdmiۡ ]gˈdUۡ YˈcbˈmۤjۤZa cfYˈgdUۡWۤ]gˈbYYXYXۤ7 cbۤHۤbiˈYˈbi a VYfۤ]bۡˈiˈYۤˈbYgˈgYei YbۤjUۤˈmˈzˈca ˈiˈY dfۤYۤj ]ciˈgˈdUۡ Y۔ۤZbc ۡUXX]HۤcbU ۤBCBDF۔ۤCF۔HMۤWۤYX]Hۤcfg۔Yۡ ]ghۤZXcˈbchۤ2ۤˈci ۡicfˈgiˈVaˈ]hiۡ ]gˈdU[ Y۔ | 5aˈciˈblicZWUۡa |

---

**3.127** Bcbdfۡ]cfۡmۤiۤWۤYX]Hۤcfg۔bUaۡYˈUbXˈaˈUۡ]bۡ ˈUXXfYgg

Peterson, Jeff
1365 Business Park Drive
Orem, UT 84058

5ˈgˈcZۡۤ Yˈdۤۤ]Hۤ]cbˈ2ۤ]bˈ ˈXUۤۤ╥˥ۤ YˈWUۡa ˈ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ _____ 369,043.00

6ˈUgˈgˈ2cˈfˈ Yˈ WۤYX]Hۤ 2ˈ a ˈ WLAIMۡa ˈ — WAGES, SALARIES, AND COMMISSIONS

8ˈUۤۡ˚crˈ XۤUۤۡmˈg˚XۤYۤVۡiۡkˈ Uˤg˚]bۡWˈffYX˚ _____

@lۡghۤˈ˚XۤۡˈgˈcZۤU˓Wۤˈiˈ b˚ibiˈ aˈVˈYfˈ _____

≈gˈ ˈ Yˈ WۤYX]Hۤ ˈgˈiˈV˚V۔Whۤc˚ZۤgۡYۤ8
☒ No
☐ Yes

---

**3.128** Bcbdfۡ]cfۡmۤiۤWۤYX]Hۤcfg۔bUaۡYˈUbXˈaˈUۡ]bۡ ˈUXXfYgg

Pitney Bowes Global Financial Services
P.O. Box 371887
Pittsburgh, PA 15250-7887

5ˈgˈcZۡۤ Yˈdۤ]Hۤۤcbˈ2ۤ]bˈ ˈXUۤ╥╥ۤ YˈWUۡa ˈ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 8,744.92

6ˈUgˈgˈ2cˈfˈ Yˈ WۤYX]Hۤ 2ˈ a ˈ WLAIMۡa ˈ — TRADE

8ˈUۤۡ˚crˈ XۤUۤۡmˈg˚XۤYۤVۡiۡkˈ Uˤg˚]bۡWˈffYX˚ _____

@lۡghۤˈ˚XۤۡˈgˈcZۤU˓Wۤˈiˈ b˚ibiˈ aˈVˈYfˈ _____

≈gˈ ˈ Yˈ WۤYX]Hۤ ˈgˈiˈV˚V۔Whۤc˚ZۤgۡYۤ8
☒ No
☐ Yes

---

**3.129** Bcbdfۡ]cfۡmۤiۤWۤYX]Hۤcfg۔bUaۡYˈUbXˈaˈUۡ]bۡ ˈUXXfYgg

Power Plus Cleaning Systems Inc
2204 SMR
Fairview, UT 84629-5402

5ˈgˈcZۡۤ Yˈdۤ]Hۤۤcbˈ2ۤ]bˈ ˈXUۤ╥╥ۤ YˈWUۡa ˈ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 447.50

6ˈUgˈgˈ2cˈfˈ Yˈ WۤYX]Hۤ 2ˈ a ˈ WLAIMۡa ˈ — TRADE

8ˈUۤۡ˚crˈ XۤUۤۡmˈg˚XۤYۤVۡiۡkˈ Uˤg˚]bۡWˈffYX˚ _____

@lۡghۤˈ˚XۤۡˈgˈcZۤU˓Wۤˈiˈ b˚ibiˈ aˈVˈYfˈ _____

≈gˈ ˈ Yˈ WۤYX]Hۤ ˈgˈiˈV˚V۔Whۤc˚ZۤgۡYۤ8
☒ No
☐ Yes

---

**3.130** Bcbdfۡ]cfۡmۤiۤWۤYX]Hۤcfg۔bUaۡYˈUbXˈaˈUۡ]bۡ ˈUXXfYgg

PR News Wire Association, LLC
G.P.O. Box 5897
New York, NY 10087-5897

5ˈgˈcZۡۤ Yˈdۤ]Hۤۤcbˈ2ۤ]bˈ ˈXUۤ╥╥ۤ YˈWUۡa ˈ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 6,820.00

6ˈUgˈgˈ2cˈfˈ Yˈ WۤYX]Hۤ 2ˈ a ˈ WLAIMۡa ˈ — TRADE

8ˈUۤۡ˚crˈ XۤUۤۡmˈg˚XۤYۤVۡiۡkˈ Uˤg˚]bۡWˈffYX˚ _____

@lۡghۤˈ˚XۤۡˈgˈcZۤU˓Wۤˈiˈ b˚ibiˈ aˈVˈYfˈ __ __ __ __ __ __

≈gˈ ˈ Yˈ WۤYX]Hۤ ˈgˈiˈV˚V۔Whۤc˚ZۤgۡYۤ8
☒ No
☐ Yes

---

**3.131** Bcbdfۡ]cfۡmۤiۤWۤYX]Hۤcfg۔bUaۡYˈUbXˈaˈUۡ]bۡ ˈUXXfYgg

Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP
310 Golden Shore, Fourth Floor
Long Beach, CA 90802

5ˈgˈcZۡۤ Yˈdۤ]Hۤۤcbˈ2ۤ]bˈ ˈXUۤ╥╥ۤ YˈWUۡa ˈ]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,740.27

6ˈUgˈgˈ2cˈfˈ Yˈ WۤYX]Hۤ 2ˈ a ˈ WLAIMۡa ˈ — TRADE

8ˈUۤۡ˚crˈ XۤUۤۡmˈg˚XۤYۤVۡiۡkˈ Uˤg˚]bۡWˈffYX˚ _____

@lۡghۤˈ˚XۤۡˈgˈcZۤU˓Wۤˈiˈ b˚ibiˈ aˈVˈYfˈ _____

≈gˈ ˈ Yˈ WۤYX]Hۤ ˈgˈiˈV˚V۔Whۤc˚ZۤgۡYۤ8
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

**3.132**    Nonpriority creditor's name and mailing address

Priority Dispatch Corporation
110 South Regent St, Suite 500
Salt Lake City, UT 84111

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,697.00

---

**3.133**    Nonpriority creditor's name and mailing address

Professional Benefits Services, Inc.
2959 Lucerne Street, SE #205
Grand Rapids, MI 49546

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE

Is the claim subject to offset?
☒ No
☐ Yes

$ 439.95

---

**3.134**    Nonpriority creditor's name and mailing address

Propeller
362 S UNIVERSITY AVE
PROVO, UT 84601

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE

Is the claim subject to offset?
☒ No
☐ Yes

$ 52,650.68

---

**3.135**    Nonpriority creditor's name and mailing address

Purizer Corporation
1401 North 1075 West, Suite 240
Farmington, UT 84025

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: WAGES, SALARIES, AND COMMISSIONS

Is the claim subject to offset?
☒ No
☐ Yes

$ 15,987.15

---

**3.136**    Nonpriority creditor's name and mailing address

Q Interactive
P.O. Box 101452
Atlanta, GA 31193-1452

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRADE

Is the claim subject to offset?
☒ No
☐ Yes

$ 34,811.38

**Part 2:** **Additional Page**

| 7 cdmiħ ]g·dU[ Ý cb·mj]Za cfÝ·gdUW1]g·bYYXYX"7 cbHjbi Ý·bi a VYf]b[ ·ħ Ý¨]bYg·gYei YbH]U¨mžca ·ħ Ý dfÝj]ci·dU[ Ý"=Zbc·UXX]H]cbU¨·BCBDF÷CF÷HM·WYX]hcfg·Yì]ghžEXc·bch]z¨¨·ci·hcf·gi·Va ]hiħ ]g·dU[ Ý" | 5a ci bħcZWU]a |
|---|---|

---

3.137 Bcbdf]cf]miWYX]hcfg·Bg]bUa Y·UbX·a U]¨]b[·UXXfYgg 5g·cZħ Ý·dYħ]ħ]cb·Z]¨]b[·XUħ zħ Ý·WU]a ·]g· $ 33,620.00
Check all that apply.
Qualcomm Life, Inc. ☐ Contingent
5775 Morehouse Drive ☐ Unliquidated
San Diego, CA 92121 ☐ Disputed

6 Ug]g·Zcfħ Ý·WU]a · TRADE

8 UħÝ·cf·XUħYg·XYVħ·Ug·]bWi ffYX ¤sħ Ý·WU]a ·gi VÝV W·cZZgÝH5 _____ ☒ No
@Ugħ ·X][]hg·cZ·UWWci bħ bi a VYf _____ ☐ Yes

---

3.138 Bcbdf]cf]miWYX]hcfg·Bg]bUa Y·UbX·a U]¨]b[·UXXfYgg 5g·cZħ Ý·dYħ]ħ]cb·Z]¨]b[·XUħ zħ Ý·WU]a ·]g· $ 857.00
Check all that apply.
Revco Leasing Company ☐ Contingent
P.O. Box 65598 ☐ Unliquidated
Salt Lake City, UT 84165-0598 ☐ Disputed

6 Ug]g·Zcfħ Ý·WU]a · TRADE

8 UħÝ·cf·XUħYg·XYVħ·Ug·]bWi ffYX ¤sħ Ý·WU]a ·gi VÝV W·cZZgÝH5 _____ ☒ No
@Ugħ ·X][]hg·cZ·UWWci bħ bi a VYf _____ ☐ Yes

---

3.139 Bcbdf]cf]miWYX]hcfg·Bg]bUa Y·UbX·a U]¨]b[·UXXfYgg 5g·cZħ Ý·dYħ]ħ]cb·Z]¨]b[·XUħ zħ Ý·WU]a ·]g· $ 11,008.51
Check all that apply.
Robinson Bros. Construction, Inc. ☐ Contingent
12659 South 125 East, Suite B ☐ Unliquidated
Draper, UT 84020 ☐ Disputed

6 Ug]g·Zcfħ Ý·WU]a · TRADE

8 UħÝ·cf·XUħYg·XYVħ·Ug·]bWi ffYX ¤sħ Ý·WU]a ·gi VÝV W·cZZgÝH5 _____ ☒ No
@Ugħ ·X][]hg·cZ·UWWci bħ bi a VYf _____ ☐ Yes

---

3.140 Bcbdf]cf]miWYX]hcfg·Bg]bUa Y·UbX·a U]¨]b[·UXXfYgg 5g·cZħ Ý·dYħ]ħ]cb·Z]¨]b[·XUħ zħ Ý·WU]a ·]g· $ 42,983.87
Check all that apply.
Robinson, Bradley ☐ Contingent
1115 East Ironwood Drive ☐ Unliquidated
North Salt Lake, UT 84054 ☐ Disputed

6 Ug]g·Zcfħ Ý·WU]a · WAGES, SALARIES, AND COMMISSIONS

8 UħÝ·cf·XUħYg·XYVħ·Ug·]bWi ffYX ¤sħ Ý·WU]a ·gi VÝV W·cZZgÝH5 _____ ☒ No
@Ugħ ·X][]hg·cZ·UWWci bħ bi a VYf ___ ___ ___ ___ ☐ Yes

---

3.141 Bcbdf]cf]miWYX]hcfg·Bg]bUa Y·UbX·a U]¨]b[·UXXfYgg 5g·cZħ Ý·dYħ]ħ]cb·Z]¨]b[·XUħ zħ Ý·WU]a ·]g· $ 3,900.00
Check all that apply.
Rockwell, Max ☐ Contingent
4451 Charing Cross road ☐ Unliquidated
Sarasota, FL 34241 ☐ Disputed

6 Ug]g·Zcfħ Ý·WU]a · TRADE

8 UħÝ·cf·XUħYg·XYVħ·Ug·]bWi ffYX ¤sħ Ý·WU]a ·gi VÝV W·cZZgÝH5 _____ ☒ No
@Ugħ ·X][]hg·cZ·UWWci bħ bi a VYf _____ ☐ Yes

| Part 2: | Additional Page |
|---|---|

7 cdmiɦ ]g·dU[ Ýcb`m]Za cfÝ`gdUWˆ]g·bÝYXÝX"7 cbHjbi Ý`bi a ÝVYf]b[ `ɦ Ý¨]bYg·gYei YbH]U¨mɀca ·ɦ Ý dfÝj]ci ·dU[ Ý¨=Žbc`UXX]ɦcbU`BCBDF÷CF÷HMÝWˆ]ɦcfg·Ý] ghÝXc`bchi¨¨·ci ɦcf·gi Va ]h·ɦ ]g·dU[ Ý¨

5a ci bɦcZWUja

3.142　Bcbdf]cf]miWˆYX]ɦcfgˆ·bUa Ýi UbX·a U[ˆ]b[ ·UXXfÝgg　5g·cZˆ ÝYˆYˆ]ɦ]cb·Z]¨]b[ ·XˆUˆiˆ]ɦ ÝYWUja ·]g.　$　4,349.59

RX Benefits, Inc
3500 Blue Lake Drive Suite 200
Birmingham, AL 35243

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g·ˈZˈfˈ]ɦ ÝYWUja ·　TRADE

8 UHˈˈcfˈXUHˈg·XYVˈhik Ug·]bWˈ ffYXˈ　_____
@ˈghˈˈXˈ]ˈhg·cZUWWˈˈci bhibi a ÝYfˈ　_____

·gˈɦ ÝYWUja ·gi V¨YYWˈhc·ɀgYfˈ8
☒ No
☐ Yes

3.143　Bcbdf]cf]miWˆYX]ɦcfBˈbUa Ýi UbXˈa U[ˈ]b[ ·UXXfÝgg　5g·cZˈ ÝYˈYˈ]ɦ]cb·Z]¨]b[ ·XˈUˈiˈ]ɦ ÝYWUja ·]g.　$　54,423.64

Salesforce.com, inc.
P.O. Box 203141
Dallas, TX 75320

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g·ˈZˈ]ɦ ÝYWUja ·　TRADE

8 UHˈcfˈXUHˈg·XYVˈhik Ug·]bWˈ ffYXˈ　_____
@ˈghˈˈXˈ]ˈhg·cZUWWˈˈci bhibi a ÝYfˈ　_____

·gˈɦ ÝYWUja ·gi V¨YYWˈhc·ɀgYfˈ8
☒ No
☐ Yes

3.144　Bcbdf]cf]miWˆYX]ɦcfBˈbUa Ýi UbXˈa U[ˈ]b[ ·UXXfÝgg　5g·cZˈ ÝYˈYˈ]ɦ]cb·Z]¨]b[ ·XˈUˈiˈ]ɦ ÝYWUja ·]g.　$　10,000.00

Schwartz, Sandor
5134 Oceanview Avenue
Sea Gate, NY 11224

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g·ˈZˈ]ɦ ÝYWUja ·　TRADE

8 UHˈˈcfˈXUHˈg·XYVˈhik Ug·]bWˈ ffYXˈ　_____
@ˈghˈˈXˈ]ˈhg·cZUWWˈˈci bhibi a ÝYfˈ　_____

·gˈɦ ÝYWUja ·gi V¨YYWˈhc·ɀgYfˈ8
☒ No
☐ Yes

3.145　Bcbdf]cf]miWˆYX]ɦcfBˈbUa Ýi UbXˈa U[ˈ]b[ ·UXXfÝgg　5g·cZˈ ÝYˈYˈ]ɦ]cb·Z]¨]b[ ·XˈUˈiˈ]ɦ ÝYWUja ·]g.　$　11,341.89

SelectHealth
PO Box 27368
Salt Lake City, UT 84127-0368

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g·ˈZˈ]ɦ ÝYWUja ·　TRADE

8 UHˈcfˈXUHˈg·XYVˈhik Ug·]bWˈ ffYXˈ　_____
@ˈghˈˈXˈ]ˈhg·cZUWWˈˈci bhibi a ÝYfˈ　___ ___ ___

·gˈɦ ÝYWUja ·gi V¨YYWˈhc·ɀgYfˈ8
☒ No
☐ Yes

3.146　Bcbdf]cf]miWˆYX]ɦcfBˈbUa Ýi UbXˈa U[ˈ]b[ ·UXXfÝgg　5g·cZˈ ÝYˈYˈ]ɦ]cb·Z]¨]b[ ·XˈUˈiˈ]ɦ ÝYWUja ·]g.　$　421,333.61

SG Ventures (RMR)
13533 South Bridle Gate Lane
Draper, UT 84020

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g·ˈZˈ]ɦ ÝYWUja ·　TRADE

8 UHˈcfˈXUHˈg·XYVˈhik Ug·]bWˈ ffYXˈ　_____
@ˈghˈˈXˈ]ˈhg·cZUWWˈˈci bhibi a ÝYfˈ　_____

·gˈɦ ÝYWUja ·gi V¨YYWˈhc·ɀgYfˈ8
☒ No
☐ Yes

| Part 2: | Additional Page |

7 cdmih ]g·dU[ Y·cb·mj]Za cfY·gdUW]·g·bYYXYX"7 cbH]bi Y·bi a VYf]b[·'h Y˝]bYg·gYei Ybh]U'·mˑca ·'h Y·
dfYj]ci g·dU[ Y"=Zbc˝UXX]H]cbU˝BCBDF=CF˨HMWYX]hcfg·Y1 ]gh˝Xc˝bch2]¨˝ci h·cf·gi·Va ]h]h·]g·dU[ [ Y"

5a ci bhcZWUJa

---

**3.147**    Bcbdf]cf]miWfYX]rcfB]g·bUa·YUbX˝a·UJ]b[·`UXXfYgg

Shred-IT USA
23166 Network Place
Chicago, IL 60673-1252

5·g˝cZ˝h·YˑdYf]Hˑcb·2˜]b[·˝XUhYˑz]hˑ·Y·WUUja·]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                                        309.70

6·Ugˑgˑzˑcf˝h·Y·WUUja·    TRADE

8·UhˑˑcfˑXUhˑg˝XYVh·hˑUg˝]bWi ffYX·    _____
@Ughˑˑ˝X][·]hg˝cZˑUWUˑi·i·bibi·a·VYf˝    _____·

·g·h·Y·WUUja·]g·i·V˝cˑV˝hˑcˑz2Y·Yf8
☒ No
☐ Yes

---

**3.148**    Bcbdf]cf]miWfYX]rcfB]g·bUa·YUbX˝a·UJ]b[·`UXXfYgg

Sircon Corporation
24431 Network Place
Chicago, IL 60673-1244

5·g˝cZ˝h·YˑdYf]Hˑcb·2˜]b[·˝XUhYˑz]hˑ·Y·WUUja·]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                                          4.87

6·Ugˑgˑzˑcf˝h·Y·WUUja·    TRADE

8·UhˑˑcfˑXUhˑg˝XYVh·hˑUg˝]bWi ffYX·    _____
@Ughˑˑ˝X][·]hg˝cZˑUWUˑi·i·bibi·a·VYf˝    _____·

·g·h·Y·WUUja·]g·i·V˝cˑV˝hˑcˑz2Y·Yf8
☒ No
☐ Yes

---

**3.149**    Bcbdf]cf]miWfYX]rcfB]g·bUa·YUbX˝a·UJ]b[·`UXXfYgg

Smith Associates, Inc.
203 Congressional Drive
Stevensville, MD 21666

5·g˝cZ˝h·YˑdYf]Hˑcb·2˜]b[·˝XUhYˑz]hˑ·Y·WUUja·]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    25,750.00

6·Ugˑgˑzˑcf˝h·Y·WUUja·    TRADE

8·UhˑˑcfˑXUhˑg˝XYVh·hˑUg˝]bWi ffYX·    _____
@Ughˑˑ˝X][·]hg˝cZˑUWUˑi·i·bibi·a·VYf˝    _____·

·g·h·Y·WUUja·]g·i·V˝cˑV˝hˑcˑz2Y·Yf8
☒ No
☐ Yes

---

**3.150**    Bcbdf]cf]miWfYX]rcfB]g·bUa·YUbX˝a·UJ]b[·`UXXfYgg

SPENCER, AVERY
529 EAST 300 SOUTH
PLEASANT GROVE, UT 84062

5·g˝cZ˝h·YˑdYf]Hˑcb·2˜]b[·˝XUhYˑz]hˑ·Y·WUUja·]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                                      1,001.13

6·Ugˑgˑzˑcf˝h·Y·WUUja·    TRADE

8·UhˑˑcfˑXUhˑg˝XYVh·hˑUg˝]bWi ffYX·    _____
@Ughˑˑ˝X][·]hg˝cZˑUWUˑi·i·bibi·a·VYf˝    ___ ___ ___ ___·

·g·h·Y·WUUja·]g·i·V˝cˑV˝hˑcˑz2Y·Yf8
☒ No
☐ Yes

---

**3.151**    Bcbdf]cf]miWfYX]rcfB]g·bUa·YUbX˝a·UJ]b[·`UXXfYgg

Standard & Poor's Financial Services LLC
PO Box 8500, Lockbox #7562
Philadelphia, PA 19178-7562

5·g˝cZ˝h·YˑdYf]Hˑcb·2˜]b[·˝XUhYˑz]hˑ·Y·WUUja·]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$                                        100.00

6·Ugˑgˑzˑcf˝h·Y·WUUja·    TRADE

8·UhˑˑcfˑXUhˑg˝XYVh·hˑUg˝]bWi ffYX·    _____
@Ughˑˑ˝X][·]hg˝cZˑUWUˑi·i·bibi·a·VYf˝    _____·

·g·h·Y·WUUja·]g·i·V˝cˑV˝hˑcˑz2Y·Yf8
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

7 cdmiʜ ]gˑdU[ Yˑcbˑm]Za cfYˑgdUW_]g ˑbYYXYX˟ 7 cbʜ]bi Yˑbi a VYf]bˑ[ˑʜ Yˑ]bYgˑgYei YbʜjU˟mɀca ˑʜ Yˑ dfYj]ci ]gˑdU[ YˑˑˑZbcˑUXX]ʜ]cbU bˑˑBCBDFˑ±CFˑHMˑWˑYX]ʜcfgˑ'Yˑ]ghʓˑXcˑbchiʓˑˑciˑʜcfˑgiˑVaˑ]hiˑ]gˑdU[ Yˑˑˑˑˑ**5a ci bʜcZWˑUˑja**

**3.152** Bcbdfˑ]cfˑ]miWˑYX]ʜcfˑRgˑbUaˑYˑUbX'aˑUˑ]ʜ]bˑˑˑˑˑUXXfYgg
State Tax Consultants PLLC
13304 South Nashi Lane
Draper, UT 84020

5 gˑcZʜˑYˑdYˑjˑˑjcbˑ²ˑ]bˑ ˑXUʜˑYˑzˑˑʜˑYˑWˑUˑˑ ˑjg.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ugˑjgˑˑzˑfˑˑh Yˑ WˑUˑˑja ˑˑ  TRADE

$ _____ 1,400.00

8 UhʜˑcfˑXUhʜgˑXYVˑhik UgˑˑjˑbWˑffYXˑ _____
@ugh( ˑXʜˑ]hgˑcZUWʜˑi bhbi a VYf _____

ˑ=gˑˑh YˑWˑUˑˑja ˑgiˑjˑVˑWˑWʜ ihcˑˑcˑfˑZgˑYh8
☒ No
☐ Yes

**3.153** Bcbdfˑ]cfˑ]miWˑYX]ʜcfˑRgˑbUaˑYˑUbXˑ'aˑUˑ]ʜ]bˑˑˑˑˑUXXfYgg
Superior Water and Air, Inc.
3536 South 1950 West
Salt Lake City, UT 84119

5 gˑcZʜˑYˑdˑYˑjˑˑjcbˑ²ˑ]bˑ ˑXUʜˑYˑzˑˑʜˑYˑWˑUˑˑ ˑjg.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ugˑjgˑˑzˑfˑˑh YˑWˑUˑˑja ˑˑ  TRADE

$ _____ 70.00

8 Uhʜˑcfˑ]XUhʜgˑXYVˑhik UgˑˑjˑbWˑffYXˑ _____
@ugh( ˑXʜ[ˑ]hgˑcZUWʜˑi bhbi a VYf _____

ˑ=gˑˑh YˑWˑUˑˑja ˑgiˑjˑVˑWˑWʜ ihcˑˑcˑfˑZgˑYh8
☒ No
☐ Yes

**3.154** Bcbdfˑ]cfˑ]miWˑYX]ʜcfˑRgˑbUaˑYˑUbXˑ'aˑUˑ]ʜ]bˑˑˑˑˑUXXfYgg
TaiDoc Technology Corp.
6F. No. 127, Wugong 2nd Road., Wugu Dist.
New Taipei City 24888 Taiwan

5 gˑcZʜˑYˑdˑYˑjˑˑjcbˑ²ˑ]bˑ ˑXUʜˑYˑzˑˑʜˑYˑWˑUˑˑ ˑjg.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ugˑjgˑˑzˑfˑˑh YˑWˑUˑˑja ˑˑ  TRADE

$ _____ 200.00

8 Uhʜˑcfˑ]XUhʜgˑXYVˑhik UgˑˑjˑbWˑffYXˑ _____
@ugh( ˑXʜˑ]hgˑcZUWʜˑi bhbi a VYf _____

ˑ=gˑˑh YˑWˑUˑˑja ˑgiˑjˑVˑWˑWʜ ihcˑˑcˑfˑZgˑYh8
☒ No
☐ Yes

**3.155** Bcbdfˑ]cfˑ]miWˑYX]ʜcfˑRgˑbUaˑYˑUbXˑ'aˑUˑ]ʜ]bˑˑˑˑˑUXXfYgg
Tanner,LLC
36 S State Street, Suite 600
Salt Lake City, UT 84111-1400

5 gˑcZʜˑYˑdˑYˑjˑˑjcbˑ²ˑ]bˑ ˑXUʜˑYˑzˑˑʜˑYˑWˑUˑˑ ˑjg.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ugˑjgˑˑzˑfˑˑh YˑWˑUˑˑja ˑˑ  TRADE

$ _____ 84,240.94

8 Uhʜˑcfˑ]XUhʜgˑXYVˑhik UgˑˑjˑbWˑffYXˑ _____
@ugh( ˑXʜˑ]hgˑcZUWʜˑi bhbi a VYf ___ ___ ___ ___

ˑ=gˑˑh YˑWˑUˑˑja ˑgiˑjˑVˑWˑWʜ ihcˑˑcˑfˑZgˑYh8
☒ No
☐ Yes

**3.156** Bcbdfˑ]cfˑ]miWˑYX]ʜcfˑRgˑbUaˑYˑUbXˑ'aˑUˑ]ʜ]bˑˑˑˑˑUXXfYgg
Telcare
150 Baker Ave Ex,
Concord, MA 01742

5 gˑcZʜˑYˑdˑYˑjˑˑjcbˑ²ˑ]bˑ ˑXUʜˑYˑzˑˑʜˑYˑWˑUˑˑ ˑjg.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ugˑjgˑˑzˑfˑˑh YˑWˑUˑˑja ˑˑ  TRADE

$ _____ 4,187,746.37

8 Uhʜˑcfˑ]XUhʜgˑXYVˑhik UgˑˑjˑbWˑffYXˑ _____
@ugh( ˑXʜˑ]hgˑcZUWʜˑi bhbi a VYf _____

ˑ=gˑˑh YˑWˑUˑˑja ˑgiˑjˑVˑWˑWʜ ihcˑˑcˑfˑZgˑYh8
☒ No
☐ Yes

Debtor  _____    Case number (if known) ___18-11659(LSS)____
Name

| **Part 2:** | **Additional Page** |

| 7 cdmih ]g`dU[ Y`cb`mj]Za cfУ`gdUWW"]g`bYYXYX"7 cbH]bi Y`bi a VYf]b[ `ii Y`dfYj]ci g`dU[ Y"=Zbc`UXX]H]cbU`BCBDF=CF+HMWYX]hcfg`Yi `ghZXc`bch2]``ci hcf`gi Va ]hiiY`]h[ `dU[ Y" | 5a ci blicZWUJa |

---

3.157    Bcbdf]cf]miWYX]hcfg]`fcfQg`bUa Y`UbX`a U]']b[ `UXXfYgg
Temple, Jack
2964 Rockwood Dr.
Lenoir, NC 28645

5 g`cZh Y`Ylf]H]cb`2]`b[ `XUh`zÌh Y`WUJa `]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ ___193,355.91___

6 Ug]g`z`f`h Y`WUJa `  ___TRADE_____

8 Uh` cf`XUh`g`XYVh`k Ug`]bW`ff YX`  _____

@]ghi ( `X]`]h[`cZUWWi ` bh`bi a VYf`  _____.

=g`h Y`WUJa `gi V`Y`W`]hc`cZg`Yh8
☒ No
☐ Yes

---

3.158    Bcbdf]cf]miWYX]hcfg]`fcfQg`bUa Y`UbX`a U]']b[ `UXXfYgg
The Hartford
PO BOX 783690
PHILADELPHIA, PA 19178-3690

5 g`cZh Y`dYh]H]cb`2]`b[ `XUh`zÌh Y`WUJa `]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ ___942.85___

6 Ug]g`z`f`h Y`WUJa `  ___TRADE_____

8 Uh` cf`XUh`g`XYVh`k Ug`]bW`ff YX`  _____

@]ghi ( `X]`]h[`cZUWWi ` bh`bi a VYf`  _____.

=g`h Y`WUJa `gi V`Y`W`]hc`cZg`Yh8
☒ No
☐ Yes

---

3.159    Bcbdf]cf]miWYX]hcfg]`fcfQg`bUa Y`UbX`a U]']b[ `UXXfYgg
The Lead Center LLC
7900 Glades Road, Suite 120
Boca Raton, FL 33494

5 g`cZh Y`dYh]H]cb`2]`b[ `XUh`zÌh Y`WUJa `]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ ___589.80___

6 Ug]g`z`f`h Y`WUJa `  ___TRADE_____

8 Uh` cf`XUh`g`XYVh`k Ug`]bW`ff YX`  _____

@]ghi ( `X]`]h[`cZUWWi ` bh`bi a VYf`  _____.

=g`h Y`WUJa `gi V`Y`W`]hc`cZg`Yh8
☒ No
☐ Yes

---

3.160    Bcbdf]cf]miWYX]hcfg]`fcfQg`bUa Y`UbX`a U]']b[ `UXXfYgg
The Veteran Journal
11024 Balboa Boulevard, PMB 417
Granada Hills, CA 91344

5 g`cZh Y`dYh]H]cb`2]`b[ `XUh`zÌh Y`WUJa `]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ ___495.00___

6 Ug]g`z`f`h Y`WUJa `  ___TRADE_____

8 Uh` cf`XUh`g`XYVh`k Ug`]bW`ff YX`  _____

@]ghi ( `X]`]h[`cZUWWi ` bh`bi a VYf`  ___ ___ ___ .

=g`h Y`WUJa `gi V`Y`W`]hc`cZg`Yh8
☒ No
☐ Yes

---

3.161    Bcbdf]cf]miWYX]hcfg]`fcfQg`bUa Y`UbX`a U]']b[ `UXXfYgg
Tikia Consulting
3525 N. Causeway Blvd., Suite 815
Metairie, LA 70002

5 g`cZh Y`dYh]H]cb`2]`b[ `XUh`zÌh Y`WUJa `]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ ___2,095.00___

6 Ug]g`z`f`h Y`WUJa `  ___TRADE_____

8 Uh` cf`XUh`g`XYVh`k Ug`]bW`ff YX`  _____

@]ghi ( `X]`]h[`cZUWWi ` bh`bi a VYf`  _____.

=g`h Y`WUJa `gi V`Y`W`]hc`cZg`Yh8
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |

3.162    TrueScripts Management Services, LLC
513 East South Street
Washington, IN 47501

$ 3,690.72
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

TRADE

☒ No
☐ Yes

3.163    United Parcel Service
P.O. Box 894820
Los Angeles, CA 90189-4820

$ 223.76
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

TRADE

☒ No
☐ Yes

3.164    UTA
669 West 200 South
Salt Lake City, UT 84101

$ 2,940.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

TRADE

☒ No
☐ Yes

3.165    UVU Career Development Center
800 West University Parkway Mailstop 203
Orem, UT 84058

$ 250.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

TRADE

☒ No
☐ Yes

3.166    Veracity Networks
170 Election Road, Suite 200
Draper, UT 84020

$ 66.20
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

TRADE

☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

7 cdmih ]g·dU[ Y·cb`m]Za cfY·gdUWW ]g·bYYXYX"7 cbH]bi Y·bi a VYf]b[ ]h Y`]bYg·gYei YbH]U`mzca ·h Y· dfYj]ci g·dU[ Y"=Zbc`UXX]H]cbU`·BCBDF=CF+HMW[YX]hcfg·Y] ]gh·Xc·bch]z `·cbh]bi Va ]hih ]g·dU[ Y"

5a ci bhicZWUJa

**3.167** Bcbdf]cf]hmiWfYX]hcfg·bUa Y·UbX·a U[]b[ `·UXXfYgg
VicTig
14587 S 790 W Unit A
Bluffdale, UT 84065

5g·cZh Y·dYH]Hcb·Z]]b[ `·XUhYzh Y·WUJa ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 254.00

6Ug]g·Zcf·h Y·WUJa ·  TRADE

=g·h Y·WUJa ·gi V]YWhhc·cZZgYh8
☒ No
☐ Yes

8 UhY·cf·XUhYg·XYVhk Ug ]bWi ffYX·  _____
@Ugh· X][ ]hg·cZ·UWWci bhbi a VYf·  _____

---

**3.168** Bcbdf]cf]hmiWfYXYhcfg·bUa Y·UbX·a U[]b[ `·UXXfYgg
VLCM
P.O. Box 271043
Salt Lake City, UT 84127-1043

5g·cZh Y·dYH]Hcb·Z]]b[ `·XUhYzh Y·WUJa ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 112.19

6Ug]g·Zcf·h Y·WUJa ·  TRADE

=g·h Y·WUJa ·gi V]YWhhc·cZZgYh8
☒ No
☐ Yes

8 UhY·cf·XUhYg·XYVhk Ug ]bWi ffYX·  _____
@Ugh·( X][ ]hg·cZ·UWWci bhbi a VYf·  _____

---

**3.169** Bcbdf]cf]hmiWfYXYhcfg·bUa Y·UbX·a U[]b[ `·UXXfYgg
Welgos, Robert
9 Ridge Road
Wharton, NJ 7885

5g·cZh Y·dYH]Hcb·Z]]b[ `·XUhYzh Y·WUJa ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 238,844.62

6Ug]g·Zcf·h Y·WUJa .  WAGES, SALARIES, AND COMMISSIONS

=g·h Y·WUJa ·gi V]YWhhc·cZZgYh8
☒ No
☐ Yes

8 UhY·cf·XUhYg·XYVhk Ug ]bWi ffYX·  _____
@Ugh·( X][ ]hg·cZ·UWWci bhbi a VYf·  _____

---

**3.170** Bcbdf]cf]hmiWfYXYhcfg·bUa Y·UbX·a U[]b[ `·UXXfYgg
West Unified Communications Services, Inc.
P.O. Box 281866
Atlanta, GA 30384-1866

5g·cZh Y·dYH]Hcb·Z]]b[ `·XUhYzh Y·WUJa ]g.
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 2,630.17

6Ug]g·Zcf·h Y·WUJa ·  TRADE

=g·h Y·WUJa ·gi V]YWhhc·cZZgYh8
☒ No
☐ Yes

8 UhY·cf·XUhYg·XYVhk Ug ]bWi ffYX·  _____
@Ugh·( X][ ]hg·cZ·UWWci bhbi a VYf·  ___ ___ ___

---

**3.171** Bcbdf]cf]hmiWfYXYhcfg·bUa Y·UbX·a U[]b[ `·UXXfYgg
Worldwide Capital Management, Inc.
6 Venture Road #305
Irvine, CA 92618

5g·cZh Y·dYH]Hcb·Z]]b[ `·XUhYzh Y·WUJa ]g.
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$_____ 521,320.00

6Ug]g·Zcf·h Y·WUJa ·  TRADE

=g·h Y·WUJa ·gi V]YWhhc·cZZgYh8
☒ No
☐ Yes

8 UhY·cf·XUhYg·XYVhk Ug ]bWi ffYX·  _____
@Ugh·( X][ ]hg·cZ·UWWci bhbi a VYf·  _____

| Part 2: | Additional Page |
|---|---|

| 7 cdmi\ ]g¨dU[ `Ycb`m]Za cfY`gdUWW¨]g¨bYYXYX¨"7 cbH]bi `Y¨bi a¨VYf]b[¨`¨\`Y`¨]bYg¨gYei `YbH]U¨`mZca ¨`\`Y¨dfYj]ci¨g¨dU[`Y¨`Y"¨=Zbc`UXX]H]cbU`¨BCBDF¨=CF¨HM¨W`YX]Hcfg¨Y`]gh¨Zxc`bch]z¨``ci¨h`cf`g]¨Va`]h]\`]g¨dU[`U[`Y" | 5a ci bticZW\U]a |

3.**172**_____    **Bcbdf]cf]miWfYX]fcfßg`bUa `YUbX`a UJ]b[ `UXXfYgg**

XCast Labs, Inc.
1801 Avenue of the Stars,
Los Angeles, CA 90067

**5g`cZ\`Y`dYHj\`cb`2]b[ `XUHjz\`YWUja `]g.**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ 438.40

**6Ug]g`zf`h`YWUja `.** ___TRADE_____·

**8UH`cf`XUH`g`XYVhk Ug]bW`ffYX`** ·  _____

**@Ugh(`X][`]g`cZWUW`i bhbi a `VYf`**  _____·

□ =g`h`YWUja `gi V¨WW`ifc`z¨Yh8
☒ No
☐ Yes·

---

3.**173**_____    **Bcbdf]cf]miWfYX]fcfßg`bUa `YUbX`a UJ]b[ `UXXfYgg**

Zerigo, Inc
2125 O'Nel Drive
San Jose, CA 95131

**5g`cZ\`Y`dYHj\`cb`2]b[ `XUHjz\`YWUja `]g.**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

$_____ 42,174.00

**6Ug]g`zf`h`YWUja `.** ___TRADE_____·

**8UH`cf`XUH`g`XYVhk Ug]bW`ffYX`** ·  _____

**@Ugh(`X][`]g`cZWUW`i bhbi a `VYf`**  _____·

□ =g`h`YWUja `gi V¨WW`ifc`z¨Yh8
☒ No
☐ Yes·

---

3.**174**_____    **Bcbdf]cf]miWfYX]fcfßg`bUa `YUbX`a UJ]b[ `UXXfYgg**

Zions Bank
PO Box 30709
Salt Lake city, UT 84130-0709

**5g`cZ\`Y`dYHj\`cb`2]b[ `XUHjz\`YWUja `]g.**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

$_____ 107.14

**6Ug]g`zf`h`YWUja `.** ___TRADE_____·

**8UH`cf`XUH`g`XYVhk Ug]bW`ffYX`** ·  _____

**@Ugh(`X][`]g`cZWUW`i bhbi a `VYf`**  _____·

□ =g`h`YWUja `gi V¨WW`ifc`z¨Yh8
☒ No
☐ Yes·

---

3._____    **Bcbdf]cf]miWfYX]fcfßg`bUa `YUbX`a UJ]b[ `UXXfYgg**

**5g`cZ\`Y`dYHj\`cb`2]b[ `XUHjz\`YWUja `]g.**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

$_____

**6Ug]g`zf`h`YWUja `.** _____·

**8UH`cf`XUH`g`XYVhk Ug]bW`ffYX`** ·  _____

**@Ugh(`X][`]g`cZWUW`i bhbi a `VYf`**  __ __ __ __ ·

□ =g`h`YWUja `gi V¨WW`ifc`z¨Yh8
☐ No
☐ Yes·

---

3._____    **Bcbdf]cf]miWfYX]fcfßg`bUa `YUbX`a UJ]b[ `UXXfYgg**

**5g`cZ\`Y`dYHj\`cb`2]b[ `XUHjz\`YWUja `]g.**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed·

$_____

**6Ug]g`zf`h`YWUja `.** _____·

**8UH`cf`XUH`g`XYVhk Ug]bW`ffYX`** ·  _____

**@Ugh(`X][`]g`cZWUW`i bhbi a `VYf`**  _____·

□ =g`h`YWUja `gi V¨WW`ifc`z¨Yh8
☐ No
☐ Yes·

Debtor   ActiveCare, Inc.
         Name

Case number (if known) 18-11659(LSS)

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 650,090.60 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ | 32,139,421.80 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 32,789,512.40 |

Schedule E/F: Creditors Who Have Unsecured Claims

**Fill in this information to identify the case:**

Debtor name    **ActiveCare, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11659 (LSS)**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **AHDI** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **AHDI** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Auxiant** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Auxiant** |

Debtor 1    **ActiveCare, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*    **18-11659 (LSS)**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Baldor Specialty Food**

**2.6.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Benefit Data Services**

**2.7.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**BJ's Bingo & Gaming**

**2.8.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Calcasieu Parish Police Jury**

**2.9.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Capital Healthcare Review**

**2.10.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**Carneys Point**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **ActiveCare, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)    **18-11659 (LSS)**

<span style="background-color:#3a0a3a">    </span> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Charter Manufacturing Company, Inc.** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Cheyenne River Sioux Tribe** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **City of Douglas** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **City of Opelousas** |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **City of Pascagoula** |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest | **CNIC Health Solutions, Inc.** |

| Debtor 1 | ActiveCare, Inc. | | | Case number *(if known)* | 18-11659 (LSS) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining |  |
|---|---|---|
|  | List the contract number of any government contract |  |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest |  |
|  | State the term remaining |  |
|  | List the contract number of any government contract | Colorado Choice Health Plans |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest |  |
|  | State the term remaining |  |
|  | List the contract number of any government contract | Cozen O'Conner |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest |  |
|  | State the term remaining |  |
|  | List the contract number of any government contract | East Baton Rouge Sheriff's Office |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest |  |
|  | State the term remaining |  |
|  | List the contract number of any government contract | Emerging Benefit Consultants |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest |  |
|  | State the term remaining |  |
|  | List the contract number of any government contract | EPI Printers, Inc. |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **ActiveCare, Inc.** | | Case number *(if known)* | **18-11659 (LSS)** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Office Space Lease month to month** | |
|---|---|---|---|
| | State the term remaining | **expired July 31, 2018** | **Fackrell Holdings LLC** |
| | List the contract number of any government contract | | **1365 Business Park Drive** |
| | | | **Orem, UT 84058** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fort Wayne Metals Research** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **HealthSmart Benefit Solutions, Inc.** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Himes and Associates, Inc.** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hub International Gulf South** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **IBA** |
| | List the contract number of any | | |

Debtor 1  **ActiveCare, Inc.**
_____
    First Name           Middle Name         Last Name

Case number *(if known)*  **18-11659 (LSS)**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**2.28.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

              **IEC Group, Inc.**

**2.29.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

              **Integrated Cost Management, LLC**

**2.30.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

              **Jackson County Board of Supervisors**

**2.31.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

              **Landry, Harris & Co.**

**2.32.** State what the contract or lease is for and the nature of the debtor's interest — **upkeep of IT servers, copiers, laptops, carecenter, etc.**

    State the term remaining — **June 7, 2019 (cancel w/ 30 days notice)**

    List the contract number of any government contract

              **Les Olson Company
PO Box 65598
Salt Lake City, UT 84165**

**2.33.** State what the contract or lease is for and the nature of the debtor's interest

              **Louisiana Machinery**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | ActiveCare, Inc. | | | Case number *(if known)* | **18-11659 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.34.** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Lower Alloways Creek** |
| **2.35.** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Lower Elwha Klallam Tribe** |
| **2.36.** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Lower Elwha Klallam Tribe** |
| **2.37.** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **M&O Agencies** |
| **2.38.** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | **Mahoney Group** |

Debtor 1    **ActiveCare, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*    **18-11659 (LSS)**

◼ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **MCS Industries, Inc.** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **MCS Industries, Inc.** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **MedCom Care Management, L.L.C.** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **MedCom Care Management, L.L.C.** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Medwatch** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Meyer Distributing** |

Debtor 1 **ActiveCare, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*    **18-11659 (LSS)**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | government contract |

**2.45.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Mt. Graham Regional Medical Center**

**2.46.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Parish Management Consultants, LLC**

**2.47.** State what the contract or lease is for and the nature of the debtor's interest

**Storage unit for accounting records and general storage**

State the term remaining

**month to month**

List the contract number of any government contract

**Parkway Storage Center
1042 S. Geneva Road
Orem, UT 84058**

**2.48.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Professional Benefits Services**

**2.49.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Purvis Industries Health Plan**

**2.50.** State what the contract or lease is for and the nature of the debtor's interest

**Residential CRF, Inc.**

Debtor 1   **ActiveCare, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **18-11659 (LSS)**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **RHA Innovative Insurance Solutions** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **RT OJI Intertech, Inc.** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Salt River Pima Maricopa Indian Communit** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Samuel Coralozzo Co., Inc., et al.** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Self Funded Benefits, Inc.** |

| Debtor 1 | **ActiveCare, Inc.** | | | Case number *(if known)* | **18-11659 (LSS)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Self Funded Benefits, Inc.** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Self Funded Benefits, Inc.** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Soshone-Bannock Tribe** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **St. Vrain Valley School District** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **St. Vrain Valley School District** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Stillaguamish Tribe** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **ActiveCare, Inc.**
      First Name        Middle Name        Last Name

Case number *(if known)*    **18-11659 (LSS)**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |
| **2.62.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Summit Administration Services, Inc.** |
| **2.63.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Tall Tree Administrators, LLC** |
| **2.64.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Terreboone Parish School Board** |
| **2.65.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Tikia Consulting Group** |
| **2.66.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Township of Mahwah** |
| **2.67.** State what the contract or lease is for and the nature of the debtor's interest | **Township of Pequannock** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **ActiveCare, Inc.** | | Case number *(if known)* | **18-11659 (LSS)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|---|---|---|
|  | List the contract number of any government contract | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **True Scripts Management Services, LLC** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **True Scripts Management Services, LLC** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **Tule River Indian Tribe & Eagle Mt Casin** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **UMR, Inc.** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | **W MI Conference of United Methodist Chur** |

Debtor 1    **ActiveCare, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **18-11659 (LSS)**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Warren Distributing Co.** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Wayne Township** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Wilson Plywood and Door Inc.** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Woman's Hospital** |

**Fill in this information to identify the case:**

Debtor name **ActiveCare, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **18-11659 (LSS)**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **4G Biometrics, LLC** | **1365 Business Park Drive Orem, UT 84058** | **Complete Business Solutions Group, Inc.** | ☐ D _____<br>☒ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **ActiveCare, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **18-11659 (LSS)**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 21, 2018**          X **/s/ Mark J. Rosenblum**
                                                  Signature of individual signing on behalf of debtor

                                                  **Mark J. Rosenblum**
                                                  Printed name

                                                  **Chief Executive Officer**
                                                  Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy