# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ACTIVECARE, INC., *et al.*,[1] | Case No. 18-11659-LSS |
| Debtors. | (Joint Administration Requested) |
| | **Objection Deadline: October 15, 2018 at 4:00 p.m. (ET)**<br>**Hearing Date: Only if an objection is filed.** |

**FIRST MONTHLY FEE APPLICATION OF LOCKE LORD LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL CORPORATE COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JULY 15, 2018 THROUGH AUGUST 31, 2018**

| | |
|---|---|
| Name of Applicant: | Locke Lord LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | *nunc pro tunc* to July 15, 2018 |
| Period for which compensation and reimbursement is sought: | July 15, 2018 to August 31, 2018 |
| Amount of Compensation sought as actual, reasonable and necessary: | $17,972.00 |
| 80% of Amount of Compensation sought as actual, reasonable and necessary: | $14,377.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $547.58 |
| This is a(n): | ✓ Monthly ___Interim ___ Final application |

This is the **FIRST** monthly fee application filed by Locke Lord in this case.

---

[1]  Pursuant to 11 U.S.C. § 342(c)(1), the Debtors in these cases, along with the last four digits of each Debtor's federal tax-identification number, are: ActiveCare, Inc. (8125); and 4G Biometrics, LLC (5678). The location of the Debtors' corporate headquarters and their address for notice purposes is 1365 West Business Park Drive, Suite 100, Orem, UT 84058.

70012302v.1

**Summary of Locke Lord LLP's Monthly Fee Application(s)**

| Compensation Period | 100% Fees | 80% Fees | 100% Expenses | 20% Holdback |
|---|---|---|---|---|
| July 15, 2018 – August 31, 2018 | $17,972.00 | $14,377.60 | $547.58 | $3,594.40 |

**Summary of Timekeepers Included in Fee Application**

| Name | Title | Section | Year of First Admission | Fees Billed | Hours Billed | Hourly Rate Billed in This Application |
|---|---|---|---|---|---|---|
| Jonathan W. Young | Partner | Bankruptcy | 1990 | $1,436.50 | 1.70 | $845 |
| Douglas G. Gray | Partner | Corporate | 1993 | $11,773.50 | 16.70 | $705 |
| Brian A. Raynor | Partner | Bankruptcy | 2009 | $1,380.00 | 2.30 | $600 |
| Stephen J. Humeniuk | Associate | Bankruptcy | 2013 | $2,214.00 | 5.40 | $410 |
| Baker Coon | Associate | Corporate | 2013 | $1,168.00 | 3.20 | $365 |
| | | | **Totals** | $17,972.00 | 29.30 | $613.38 (avg.) |

**Summary of Compensation by Project Category**

| Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B100 – Administration | 3.70 | $1,547.00 |
| B110 – Case Administration | 12.80 | $9,024.00 |
| B120 – Asset Analysis & Recovery | .80 | $676.00 |
| B160 – Employment / Fee Applications | 7.60 | $3,553.00 |
| B210 – Business Operations | 3.90 | $2,749.50 |
| B400 – Bankruptcy-Related Advice | .50 | $422.50 |
| **Totals** | 29.30 | $17,972.00 |

2

**Summary of Expense Reimbursement by Category**

| Category | Amount |
|---|---|
| Travel | $490.33 |
| Meals | $57.25 |
| Total | $547.58 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ACTIVECARE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-11659-LSS<br><br>(Joint Administered)<br><br>**Objection Deadline: October 15, 2018 at 4:00 p.m. (ET)**<br>**Hearing Date: Only if an objection is filed.** |

**FIRST MONTHLY FEE APPLICATION OF LOCKE LORD LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL CORPORATE COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JULY 15, 2018 THROUGH AUGUST 31, 2018**

Locke Lord LLP ("***Locke Lord***"), special corporate counsel to the debtors and debtors in possession (the "***Debtors***") in the above-captioned chapter 11 cases (the "***Chapter 11 Cases***"), submits its first monthly fee application (this "***Application***") for approval pursuant to 11 U.S.C. §§ 330 and 331 of its interim compensation and reimbursement of expenses for the period from July 15, 2018 through August 31, 2018 (the "***Compensation Period***").  In support of this Application, Locke Lord respectfully represents as follows:

## Jurisdiction and Venue

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012.

2. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Locke Lord confirms its consent, pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the

---

[1] Pursuant to 11 U.S.C. § 342(c)(1), the Debtors in these cases, along with the last four digits of each Debtor's federal tax-identification number, are: ActiveCare, Inc. (8125); and 4G Biometrics, LLC (5678). The location of the Debtors' corporate headquarters and their address for notice purposes is 1365 West Business Park Drive, Suite 100, Orem, UT 84058.

"*Local Rules*"), to the entry of a final order by this Court in connection with this Application, to the extent that it is later determined that the Court, absent the consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1408.

4. The bases for the relief requested in this Application are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "*Bankruptcy Code*"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and this Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 87] entered in the Chapter 11 Cases.

**General Background**

5. A detailed description of the Debtors' businesses, and the facts and circumstances supporting this Application and the Debtors' Chapter 11 Cases is set forth in greater detail in the *Declaration of Mark Rosenblum in Support of Chapter 11 Petitions and First-Day Applications* [Dkt. No. 3] (the "*First-Day Declaration*") incorporated herein by reference. The Debtors have continued in the management and operation of their businesses and properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6. No trustee or examiner has been appointed in these Cases. On July 26, 2018, the Office of the United States Trustee appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

7. On August 6, 2018, this Court entered an order [Dkt. No. 90] (the "*Retention Order*") approving the retention of Locke Lord as special corporate counsel to the Debtors, *nunc pro tunc* to the Petition Date.

**Fees and Expenses**

8. Locke Lord has continuously rendered corporate counsel services on behalf of the Debtors during the Compensation Period, totaling 29.30 hours of professional time. The corporate counsel services of Locke Lord are consistent with those authorized in the Retention Order and were performed on behalf of the Debtors for the Debtors' benefit.

9. The total sum due to Locke Lord for professional services rendered on behalf of the Debtors for the Compensation Period is $17,972.00, 80% of which will be due and payable immediately upon approval of this Application. Locke Lord submits that the professional corporate counsel services it rendered on behalf of the Debtors during this time were reasonable and necessary under the circumstances.

10. Locke Lord also expended costs on behalf of the Debtors during the Compensation Period in the sum of $547.58.

11. Locke Lord has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application for the Compensation Period. There is no agreement or understanding between Locke Lord and any persons for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

12. Attached as **Exhibit A** are detailed invoices of Locke Lord's fees and expenses for the Compensation Period.

13. The facts set forth in this Application are true and correct to the best of the undersigned's knowledge, information, and belief.

14. The undersigned attests that he has reviewed the requirements of Local Rule 2016-2 and this Application conforms to such requirements.

3

**Conclusion**

WHEREFORE, Locke Lord requests that the Court approve the Application, pursuant to 11 U.S.C. §§ 330 and 331, granting it interim compensation for professional corporate counsel services rendered in the amount of $17,972.00, 80% of which is to be currently paid upon the filing of a certificate of no objection, and the sum of $547.58 for reimbursement of actual and necessary costs expended as special corporate counsel to the Debtors for the period from July 15, 2018 through August 31, 2018.

Dated: September 25, 2018
       Wilmington, Delaware

Respectfully submitted,

LOCKE LORD LLP

*/s/ Douglas G. Gray*
Douglas G. Gray
One Financial Plaza
Suite 2800
Westminster Street
Providence, RI 02903
401-276-6673 (Phone)
401-276-6611 (Fax)
douglas.gray@lockelord.com