# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ACTIVECARE, INC., *et al.*,[1] | Case No. 18-11659 (LSS) |
| Debtors. | (Jointly Administered) |

## *AMENDED*[2] NOTICE[3] OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 27, 2018 AT 10:00 A.M. (ET)[4]

**MATTER GOING FORWARD**

1. Revised Motion of Debtors for Entry of (I) an Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors Assets, (B) Approving the Stalking Horse Bid Protections, (C) Approving the Form and Manner of Notice Thereof, (D) Scheduling an Auction and Sale Hearing, (E) Approving Procedures for the Assumption and Assignment of Contracts, and (F) Granting Related Relief; and (II) an Order (A) Approving the Asset Purchase Agreement Between the Debtors and the Successful Bidder, (B) Authorizing the Sale of Substantially All of the Debtors Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief [Docket No. 39; Filed: 7/18/2018]

   Objection Deadline: September 18, 2018 at 4:00 p.m.  [The Official Committee of Unsecured Creditors was granted an extension to respond until September 24, 2018]

   Related Document(s):

   a) Declaration of Mark Rosenblum in Support of Sale and Bid Procedures Motion [Docket No. 94; Filed: 8/8/2018]

   b) Notice of Filing of Revised Amended and Restated Asset Purchase Agreement [Docket No. 117; Filed: 8/17/2018]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax-identification number, are: ActiveCare, Inc. (8125); and 4G Biometrics, LLC (5678).  The location of the Debtors' corporate headquarters and their address for notice purposes is 1365 West Business Park Drive, Suite 100, Orem, UT 84058.

[2] **Amended items appear bold.**

[3] **Copies of all case filings may be obtained by contacting Debtors' counsel at lsuprum@polsinelli.com.**

[4] The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 2, Wilmington, DE 19801.

    c)    Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (II) Approving the Stalking Horse Bid Protections, (III) Approving the Form and Manner of Notice Thereof, (IV) Scheduling an Auction and a Sale Hearing, (V) Approving Procedures for the Assumption and Assignment of Contracts, and (VI) Granting Related Relief [Docket No. 119; Entered: 8/17/2018]

    d)    Notice of Proposed Assignment of Executory Contracts and Unexpired Leases [Docket No. 134; Filed: 8/23/2018]

    e)    Notice of Filing of Affidavit of Publication [Docket No. 142; Filed: 8/27/2018]

    f)    Notice of Additional Potentially Assumed Executory Contract Regarding Cure Amount and Possible Assignment to Successful Bidder at Auction (Telcare, Inc., Telcare Medical Supply, LLC, and Related Entities) [Docket No. 169; Filed: 9/21/2018]

    **g)**    **Notice of Cancellation of Auction [Docket No. 171; Filed: 9/25/2018]**

    **h)**    **Declaration of Mark Rosenblum in Support of Sale [Docket No. 174; Filed: 9/26/2018]**

    **i)**    **Declaration of Edward T. Gavin, CTP in Support of the Sale [Docket No. 175; Filed: 9/26/2018]**

Response(s) Received:

    a)    TelCare, LLC's Limited Objection to Debtors' Sale Motion [Docket No. 164; Filed: 9/18/2018]

    b)    Jeffrey Peterson's Objection to Sale of Substantially All of the Debtors' Assets [Docket No. 165; Filed: 9/18/2018]

    c)    United States Trustee's Objection to Motion of Debtors for Entry of Order Approving the Sale of Substantially All of the Debtors Assets [Docket No. 166; Filed: 9/19/2018]

    d)    Informal comments from the Official Committee of Unsecured Creditors

Status:    This matter will go forward.

*[signature page follows]*

| | |
|---|---|
| Dated: September 26, 2018<br>Wilmington, Delaware | **POLSINELLI PC**<br><br>*/s/ Justin K. Edelson*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Justin K. Edelson (Del. Bar No. 5002)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>jedelson@polsinelli.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

3

65362442.1