UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re ACAR Wind Down, Inc. (f/k/a ActiveCare, Inc.) & 4G Biometrics

Case No. 18-11659 & 11660
Reporting Period: March 1 2019 through March 25, 2019

## MONTHLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | None paid | |
| Copies of tax returns filed during reporting period | | | None filed | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

Note:
The financial information provided in this Monthly Operating Report ("MOR") is provided based on the best information available, the source of which is unaudited and untested. If the books and records were audited or tested further, the information provided may differ from that presented in this MOR, possibly by material amounts.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____     _____
Signature of Debtor                 Date

_____     _____
Signature of Joint Debtor           Date

_____     June 26, 2019
Signature of Authorized Individual*  Date

Robert S. Rosenfeld, RSR Consulting, LLC        Tustee, ACAR Creditors Trust
Printed Name of Authorized Individual           Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

_____

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ACAR WIND DOWN, INC. et al.** | **Case No. 18-11659 (LSS)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

_____

# GLOBAL NOTES REGARDING
# DEBTOR'S MONTHLY OPERATING REPORT

This Monthly Operating Report ("MOR") has been prepared solely for the purpose of complying with the monthly reporting requirements applicable in this chapter 11 case and is in a format acceptable to the United States Trustee. The financial information contained in the MOR is preliminary and unaudited, and as such may be subject to revision. The information in the MOR should not be viewed as indicative of future results.

The accompanying Preliminary Unaudited Financial Statements of ACAR Wind Down, Inc. (f/k/a ActiveCare, Inc.) and its affiliate 4G Biometrics have been prepared in accordance with generally accepted accounting principles ("GAAP") in the United States of America using information from the Debtor's accounting sub ledger and general ledger systems.

While Debtor's management has made reasonable efforts to ensure that the MOR is accurate and complete, based upon information that was available to them at the time of preparation, subsequent information may result in material changes to the MOR. Moreover, because the MOR contains unaudited information, which is subject to further review and potential adjustment, there can be no assurance that this MOR is complete. The Debtor reserves all rights to amend the MOR from time to time, in all respects, as may be necessary or appropriate. These global notes regarding the Debtor's MOR ("Global Notes") comprise an integral part of the MOR and should be referred to and considered in connection with any review of the MOR.

**Specific Notes**.

1. All information in the MOR also includes amounts and results for 4G Biometrics (Case no. 18-11660). However, 4G Biometrics has no operations and has made no disbursements during the post-petition period. Accordingly, while the financial information included in this MOR is presented as being "consolidated" (containing information for both 18-11659 and 18-11660), all post-petition disbursement information is attributable solely to ActiveCare, Inc. (18-11659).

1

2. Summarized information for Stockholders' Deficit (see MOR 3) was derived from the Company's internal records, and may not agree with the detailed historical financial reporting for June 30, 2017.

Plan of Liquidation

3. On March 22, 2019, the Court entered an Order confirming and approving the *Combined Plan and Disclosure Statement of ACAR Wind Down, Inc., et al*. [Docket No. 312] (including all exhibits thereto and as the same may be amended, modified, or supplemented from time to time, the "Combined Plan and Disclosure Statement"). The effective date of the Combined Plan and Disclosure Statement was March 25, 2019 [D.I. 334] (the "Effective Date").

In re: ACAR Wind Down, Inc. (f/k/a ActiveCare, Inc.) & 4g Biometrics  
Debtor  
Schedule of Cash Receipts and Disbursements

MOR 1  
Case No. 18-11659 &11660  
Reporting Period: March 1, 2019 through March 25, 2019***

|  | Zion's Bank 6633 | Zion's Bank 8704 | Zion's Bank 6641 | Current Period Total | Cumulative Filing to Date |
|---|---|---|---|---|---|
| Cash Beginning of Period | $ 499,773 | $ 31,112 | $ 4,649 | $ 535,534 | $ 143,471 |
| **Receipts:** | | | | | |
| Accounts receivable collections | 28,935 | | | 28,935 | 1,087,094 |
| Loans & Advances -DIP loan | | | | - | 330,000 |
| Sale of assets/credits etc. | | | | - | 1,060 |
| Collection of note receivable | | | | - | 650,000 |
| Transfers - net | 35,760 | (31,112) | (4,649) | - | - |
| Voided/stop payment checks | | | | | |
| Total receipts | 64,695 | (31,112) | (4,649) | 28,935 | 2,068,154 |
| **Disbursements:** | | | | | |
| Net payroll, PTO payout, and p/r taxes | 50,890 | | | 50,890 | 620,133 |
| Inventory purchases | - | | | - | 236,781 |
| Leases | - | | | - | 22,597 |
| Insurance | - | | | - | 122,346 |
| Payments to critical vendors | 15,588 | | | 15,588 | 93,491 |
| IT software and phone costs | - | | | - | 88,623 |
| Other admin expenses (FedEx, bank fees, etc.) | 10,643 | | | 10,643 | 70,287 |
| Professional fees | 37,000 | | | 37,000 | 265,406 |
| Bankruptcy Advertising costs | 7,435 | | | 7,435 | 7,435 |
| U.S. Trustee fees | - | | | - | 50,871 |
| Repayment to DIP Lender | 137,000 | | | 137,000 | 327,742 |
| **Total Operating disbursements** | 258,555 | - | - | 258,555 | 1,905,711 |
| **Other reductions:** | | | | | |
| Transfer to Creditor Trust | 308,000 | | | 308,000 | 308,000 |
| Total other reductions | 308,000 | - | - | 308,000 | 308,000 |
| Total disbursements | 566,555 | - | - | 566,555 | 2,213,711 |
| Net cash flow | (501,860) | (31,112) | (4,649) | (537,620) | (145,557) |
| Ending Cash Balance | $ (2,086) | $ - | $ - | $ (2,086) | $ (2,086) |

**MOR 1a**

**In re: ACAR Wind Down, Inc. (f/k/a ActiveCare, Inc.)**  Case No. 18-11659 &11660
**& 4g Biometrics**  **Reporting Period: March 1, 2019**
**Debtor**  **through March 25, 2019 \*\*\***

## BANK RECONCILIATIONS

|  | Operating #6633 |  |  |  |  |  |
|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | (2,086.35) |  |  |  |  |  |
|  |  |  |  |  |  |  |
| BANK BALANCE | 7,256.37 |  |  |  |  |  |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) |  |  |  |  |  |  |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | (9,342.72) |  |  |  |  |  |
| OTHER (ATTACH EXPLANATION) |  |  |  |  |  |  |
| ADJUSTED BANK BALANCE * |  |  |  |  |  |  |
| * Adjusted bank balance must equal | (2,086.35) |  |  |  |  |  |
|   balance per books | (2,086.35) |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **CHECKS OUTSTANDING** | Amount |  |  |  |  |  |
|  |  |  |  |  |  |  |
| check #17171 | 9,342.72 |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| ***\*\*\* March 25, 2019 was the effective date of Debtor's Plan of Liquidation.*** |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Bank statements available upon request.** |  |  |  |  |  |  |

MOR 1b

**In re: ACAR Wind Down, Inc. (f/k/a ActiveCare, Inc.) & 4g Biometrics**
**Debtor**

Case No. 18-11659 &11660
Reporting Period: March 1, 2019 through March 25, 2019***

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Service | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Cumulative Filing-To-Date Fees | Cumulative Filing-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|---|
| Polsinelli PC | Bankruptcy and restructuring services | 7/15/18 through 7/31/18 | $ 62,158.00 | ActiveCare, Inc. | Wire | 9/19/18 | $ 60,398.00 | $ 1,760.00 | $ 60,398.00 | $ 1,760.00 |
| Gavin/Somonese, LLC | Financial advising and marketplace searches | August & September 2018 | $ 100,000.00 | ActiveCare, Inc. | Wire | 9/7/18 | $100,000.00 | $ - | $ 100,000.00 | $ - |
| Lingston PLLC | Retainer for CPO services | September 2018 | $ 25,000.00 | ActiveCare, Inc. | Wire | 9/17/18 | $ 25,000.00 | $ - | $ 25,000.00 | $ - |
| Polsinelli | Bankruptcy and restructuring services | 8/1/18 through 10/2/18 | $ 192,842.00 | ActiveCare, Inc. * | Wire | 10/2/18 | $192,842.00 | $ - | $ 192,842.00 | $ - |
| Various *** | Attorney fees on behalf of the Unsecured Creditors Committee | 7/15/18 through 10/2/18 | $ 225,000.00 | ActiveCare, Inc. * | Wire | 10/2/18 | $225,000.00 | $ - | $ 225,000.00 | $ - |
| Locke Lord LLP | Post petition legal fees and costs - Counsel to Debtor | 7/15/18 through 10/2/18 | $ 45,000.00 | ActiveCare, Inc. * | Wire | 10/2/18 | $ 45,000.00 | $ - | $ 45,000.00 | $ - |
| Polsinelli PC | Bankruptcy and restructuring services | *Fees and Expenses thru Jan 2019 | $ 37,000.00 | ActiveCare, Inc. * | 17177 | 1/9/19 | $ 37,000.00 | unknown | $ 37,000.00 | unknown |
| Polsinelli PC | Bankruptcy and restructuring services | Fees and Expenses thru Plan confirmation | $ 37,000.00 | ActiveCare, Inc. * | Wire | 3/25/19 | $ 37,000.00 | unknown | $ 37,000.00 | unknown |
| | | | $ 724,000.00 | | | | $722,240.00 | $ 1,760.00 | $ 722,240.00 | $ 1,760.00 |

* As part of the October 2, 2018 closing transaction with Telcare, these amounts were disbursed directly into attorney Polsinelli's Trust Account.  As of November 30, 2018, they have been, or later will be,
   distributed to payees.
** There are various legal counsel involved with the Unsecured Creditors' Committee.  Individual firms were paid out of attorney Polsinelli's Trust Account.
*** March 25, 2019 was the effective date of Debtor's Plan of Liquidation.

FORM MOR-1b
(04/07)

MOR 2

In re: ACAR Wind Down, Inc. (f/k/a ActiveCare, Inc.)     Case No. 18-11659 &11660
   & 4g Biometrics     Reporting Period: March 1, 2019
Debtor     through March 25, 2019 ***

## STATEMENT OF OPERATIONS
## FOR THE PERIOD MARCH 1, 2019 THROUGH MARCH 25, 2019

| | 3/1/19 to 3/25/19 | Cumulative Filing to Date |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
|   **Income** | | |
|     Revenue, net | $ - | $ 738,395 |
|   Total Income | 0 | 738,395 |
|   **Cost of Goods Sold** | | |
|     Cost of revenue | | |
|       Commissions | 0 | 79,010 |
|       labor and related costs | 0 | 82,181 |
|       Product & Freight | 0 | 381,818 |
|     Total Cost of revenue | 0 | 543,009 |
|   Total COGS | 0 | 543,009 |
| **Gross Profit** | 0 | 195,386 |
|   **Expense** | | |
|     Administrative Expense | 0 | 85,652 |
|     Bank discount fees on credit ca | 16 | 16 |
|     Bank Service Charges | 154 | 154 |
|     Bankruptcy Advertising costs | 7,435 | 7,435 |
|     Depreciation Expense | 0 | 5,960 |
|     Insurance Expense | 0 | 39,622 |
|     Legal and professional expense | 1,229,387 | 1,992,959 |
|     Other office expense | 1,229 | 66,739 |
|     Outside services | 5,836 | 5,836 |
|     Payroll Expenses | 50,890 | 471,274 |
|     Payroll service fees | 634 | 634 |
|     Postage | 34 | 34 |
|     storage expense | 154 | 154 |
|     Travel Expense | 2,585 | 23,024 |
|   Total Expense | 1,298,354 | 2,699,493 |
| **Net Ordinary Income** | (1,298,354) | (2,504,107) |
| **Other Income/Expense** | | |
|   Other Income | | |
|     Gain on sale of assets to Telca | 0 | 3,731,670 |
|   Total Other Income | 0 | 3,731,670 |
|   Other Expense | | |
|     Discounts, int and other expens | 0 | 15,660 |
|     Pre petition write offs & settl | 0 | 157,225 |
|   Total Other Expense | 0 | 172,885 |
| **Net Other Income** | 0 | 3,558,785 |
| **Net Income** | $ (1,298,354) | $ 1,054,678 |

*** *March 25, 2019 was the effective date of Debtor's Plan of Liquidation.*

**MOR 3**

**In re: ACAR Wind Down, Inc. (f/k/a ActiveCare, Inc.)**       Case No. 18-11659 &11660
   **& 4g Biometrics**      Reporting Period: March 25, 2019***
**Debtor**

### BALANCE SHEET

|  | Mar 25, 19 |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Checking/Savings | |
|       Cash | |
|         Zion's Bank- 6633 | $ (2,086) |
|       Total Cash | (2,086) |
|     Total Checking/Savings | (2,086) |
|     Other Current Assets | |
|       Inventory | 15,448 |
|       Other receivables/Deferred Char | 9,343 |
|       Prepaid Expenses | 59,254 |
|       Trade Accounts receivable, net | 8,280 |
|     Total Other Current Assets | 92,325 |
|   Total Current Assets | 90,238 |
| **TOTAL ASSETS** | **90,238** |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Other Current Liabilities | |
|         Liabilities not subject to compromise | |
|           Accounts Payable-Post petition | 77,981 |
|           Accrued Liabiilities | 31,448 |
|           Accrued Professional Fees | 1,192,387 |
|           Amounts due to insiders | 22,714 |
|         Total Liabilities not subject to compromise | 1,324,530 |
|         Liabilities subj to compromise | |
|           Accrued Liabilities - prepetition | 479,997 |
|           Accts Payable - Prepetition | 4,087,483 |
|           Amts due to insiders - prepetition | 5,676,870 |
|           Contingent liabilities | 750,000 |
|           Dividends payable | 855,393 |
|           Notes payable, debentures and line of credit | 22,251,636 |
|         Total Liabilities subj to compromise | 34,101,379 |
|       Total Other Current Liabilities | 35,425,909 |
|     Total Current Liabilities | 35,425,909 |
|   Total Liabilities | 35,425,909 |
|   Equity | |
|     Stockholders' deficit | (35,027,671) |
|     Distributions to Creditor Trust - per Plan | (308,000) |
|   Total Equity | (35,335,671) |
| **TOTAL LIABILITIES & EQUITY** | $ **90,238** |

*** *March 25, 2019 was the effective date of Debtor's Plan of Liquidation.*

**MOR 4**

In re: ACAR Wind Down, Inc. (f/k/a ActiveCare, Inc.) & 4g Biometrics  Case No. 18-11659 &11660
Debtor  Reporting Period: March 1, 2019
through March 25, 2019 ***

## STATUS OF POSTPETITION TAXES

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | \multicolumn{5}{c}{Number of Days Past Due} | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | 77,981 | 77,981 |
| Wages Payable | | | | | | 0 |
| Taxes Payable | | | | | | 0 |
| Rent/Leases-Building | | | | | | 0 |
| Rent/Leases-Equipment | | | | | | 0 |
| Secured Debt/Adequate Protection Payments | | | | | | 0 |
| Professional Fees | | | | | 1,192,387 | 1,192,387 |
| Amounts Due to Insiders* | | | | | 22,714 | 22,714 |
| Other Accrued liabilities | | | | | 31,448 | 31,448 |
| Other:_____ | | | | | | 0 |
| **Total Postpetition Debts** | 0 | 0 | 0 | 0 | 1,324,530 | 1,324,530 |

***  *** March 25, 2019 was the effective date of Debtor's Plan of Liquidation.**

**MOR 5**

In re: ACAR Wind Down, Inc. (f/k/a ActiveCare, Inc.) & 4g Biometrics  Case No. 18-11659 &11660
Debtor  Reporting Period: March 1, 2019
through March 25, 2019 ***

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | | Amount |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | $ 37,215 |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | 28,935 |
| Total Accounts Receivable at the end of the reporting period | | $ 8,280 |
| | | |
| **Accounts Receivable Aging** | | **Amount** |
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | $ 47,393 |
| Amount considered uncollectible (Bad Debt) | | (39,113) |
| Accounts Receivable (Net) | | $ 8,280 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | | X |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | N/A | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

Notes:
 3.  Federal tax return for the year ended  September 30, 2018 not filed.  Tax preparer from prior years has been contacted.
 3.  Delaware Franchise tax for ACAR Wind Down Inc. is open.

 4.  Debtor's operations were discontinued in March 2019.  All employees were terminated.

*** **March 25, 2019 was the effective date of Debtor's Plan of Liquidation.**

**ActiveCare, Inc.**
**Listing of Aged Accounts Payable**
**November 30, 2018**

| Vendor Code | Vendor Name | Balance Due | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ |
|---|---|---|---|---|---|---|---|
| V10974 | Adler Consulting | (8,027.47) | (1,786.87) | | (5,314.14) | | (926.46) |
| V10026 | ADP Management | (250,614.84) | | | | | (250,614.84) |
| V10028 | Advance Technology Investors, LLC | (14,612.00) | | | | | (14,612.00) |
| V10969 | Agile Supply Chain Strategies | (5,248.50) | | | | | (5,248.50) |
| v10055-025 | AIRESPRING | (1,663.86) | | | | | (1,663.86) |
| V10065 | American Stock Transfer & Trust | (17,177.05) | | | (722.00) | | (16,455.05) |
| V10066 | AmeriLife Operations LLC | (3,736.95) | | | | | (3,736.95) |
| V10973 | Amherst Consulting, LLC | (1.90) | | | | (1.90) | |
| V10569 | Assured Medical | (63.00) | | | | (63.00) | |
| V10077 | AT&T | (1,508.73) | | | | | (1,508.73) |
| V10681 | Atlas Business Solutions | (50.00) | | | | | (50.00) |
| V10930 | Auxiant | (3,980.00) | (630.00) | | | (180.00) | (3,170.00) |
| V10086 | Bell Nunnally & Martin LLP | (2,285.00) | | | | | (2,285.00) |
| V10936 | Benefit Data Services | (4,428.87) | (1,363.47) | | (2,972.33) | (93.07) | |
| v10673 | BioUtah | (750.00) | | | | | (750.00) |
| v10635 | Black Lotus Communications | (2,872.67) | | | | | (2,872.67) |
| V10561 | BlueHill Group LLC | (9,000.00) | | | | | (9,000.00) |
| V10835 | Boon Chapman | (6,185.00) | (230.00) | | (50.00) | (170.00) | (5,735.00) |
| V10868 | Brannelly Law | (1,650.00) | | | | | (1,650.00) |
| V10102 | Broadridge | (340.84) | | | | | (340.84) |
| v10645 | C7 Data Centers | (448.24) | | | | | (448.24) |
| V10975 | Cairnstone Financial | (614.90) | (500.50) | | | (114.40) | |
| V10113 | Canon Solutions America | (400.69) | | | | | (400.69) |
| V10570 | CardAccess Engineering | (23.97) | | | | | (23.97) |
| V10122 | Catalyst Strategy, Inc. | (42,071.94) | | | | | (42,071.94) |
| V10132 | CenturyLink - GW | (58.13) | | | | | (58.13) |
| V10757 | Citrix Online | (495.78) | | | | | (495.78) |
| V10301 | CK8 Financial LLC | (12,970.19) | (304.94) | | (142.46) | (438.60) | (12,084.19) |
| V10855 | Clyde Snow & Sessions | (14,655.62) | | | | | (14,655.62) |
| V10861 | CNIC Health Solutions | (3,245.75) | (337.78) | | | (207.49) | (2,700.48) |
| V10822 | Coldwell Banker Commercial | (12,000.00) | | | | | (12,000.00) |
| V10497 | Collection Professionals | (2,561.09) | | | | | (2,561.09) |
| V10814 | Complete Business Solutions Group, Inc. | (5,250.00) | | | | | (5,250.00) |
| V10164 | Curran Tomko Tarski LLP | (1,817.00) | | | | | (1,817.00) |
| V10169 | Dalton, James | (169,155.09) | | | | | (169,155.09) |
| V10190 | Durham Jones & Pinegar | (45,392.50) | | | | | (45,392.50) |
| V10573 | Dykema Gossett PLLC | (3,155.40) | | | | | (3,155.40) |
| V10892 | Economics Partners LLC | (10,000.00) | | | | | (10,000.00) |
| V10903 | Edgar Agents, LLC | (46,989.17) | | | | | (46,989.17) |
| V10792 | Emerging Benefits | (58,658.18) | (2,190.00) | | (9,379.00) | (1,814.00) | (45,275.18) |
| V10199 | Entrust Inc. | (3,912.00) | (336.00) | | (144.00) | (208.00) | (3,224.00) |
| V10894 | Equisolve | (24,596.75) | | | | | (24,596.75) |
| V10847 | Fackrell Holdings | (11,298.07) | | 10,969.99 | | | (22,268.06) |
| v10055-003 | FEDEX | (231.93) | | | | | (231.93) |
| V10211 | Firefly | (255.00) | | | | | (255.00) |
| V10816 | First Choice home Care | (880.00) | | | | | (880.00) |
| V10434 | Floyd, Robert O. | (116,072.00) | | | | | (116,072.00) |
| V10221 | Fulbright & Jaworski L.L.P. | (21,930.80) | | | | | (21,930.80) |
| V10658 | Gilsbar, LLC | (12,567.54) | (5,310.70) | | (7,256.84) | | |
| V10240 | Hansen, Barnett & Maxwell | (3,000.00) | | | | | (3,000.00) |
| V10780 | Harper Duncan & Associates, LLC | (15,000.00) | | | | | (15,000.00) |
| V10895 | HealthScope Benefits | (4,774.00) | (146.00) | | (90.00) | (102.00) | (4,436.00) |
| V10253 | Hines and Associates, Inc. | (2,387.00) | (73.00) | | (45.00) | (51.00) | (2,218.00) |
| v10660 | Holland & Hart | (11,538.50) | | | | | (11,538.50) |
| V10888 | Hoover's | (568.75) | | | | | (568.75) |
| V10837 | HUB International | (13,434.44) | (743.44) | | (899.06) | (327.28) | (11,464.66) |
| V10793 | IBA | (2,738.51) | | | (513.88) | | (2,224.63) |
| v10670 | IDA | (4,613.00) | (144.00) | | (48.00) | (78.00) | (4,343.00) |
| V10551 | Ideal Life Inc. | (8,997.04) | | | | | (8,997.04) |
| V10763 | InContact | (36,195.61) | | | | | (36,195.61) |
| V10266 | Integra Telecom - 3195 - VS | (5,237.47) | | | | | (5,237.47) |
| v10669 | Integrated Cost Management LLC | (16,272.00) | (704.00) | | (1,230.00) | (380.00) | (13,958.00) |
| V10270 | Interactive Care, Inc. | (3,058.48) | | | | | (3,058.48) |
| V10271 | Interform | (2,887.75) | | | | | (2,887.75) |
| V10552 | IT Solutions | (1,218.60) | | | | | (1,218.60) |
| V10275 | IT Unite Technologies | (0.20) | | | | (0.20) | |
| V10946 | Jensen, Scott | (90,000.00) | | | | | (90,000.00) |
| V10687 | JiveCommunications | (347.30) | | | | | (347.30) |

**ActiveCare, Inc.**
**Listing of Aged Accounts Payable**
**November 30, 2018**

| Vendor Code | Vendor Name | Balance Due | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ |
|---|---|---|---|---|---|---|---|
| V10769 | John C. Nelson, MD, MPH | (1,500.00) | | | | | (1,500.00) |
| v10667 | K Design | (244.86) | | | | | (244.86) |
| V10718 | Key Benefit Administrators | (47,623.41) | (4,800.00) | | (13,464.00) | (2,480.00) | (26,879.41) |
| V10303 | Kilo Viktor Industries LLC ATTN: Konrad Voits | (8,000.00) | | | | | (8,000.00) |
| V10311 | Lagrand Distributing Inc. | (730.33) | | | | | (730.33) |
| V10313 | Landry, Harris & Co., LLC | (754.50) | (162.00) | | (84.00) | | (508.50) |
| V10574 | Language Translation, Inc. | (25.66) | | | | | (25.66) |
| V10317 | Law Offices of Steven T. Polino, PLLC | (651.60) | | | | | (651.60) |
| V10040 | Lewis, Al | (2,721.17) | | | | | (2,721.17) |
| V10836 | Lockard & Williams | (8,170.00) | (1,370.00) | | (210.00) | (100.00) | (6,490.00) |
| V10893 | Lucosky Brookman LLP | (509,210.75) | | | | | (509,210.75) |
| V10939 | Mabey, Dan | (82,295.45) | | | | | (82,295.45) |
| V10795 | Mahoney Group | (3,817.41) | (2,639.13) | | (126.23) | 5,177.30 | (6,229.35) |
| V10887 | Medline Industries, Inc. | (6.85) | | | | | (6.85) |
| V10632 | MedWatch | (20,748.00) | (665.00) | | (819.00) | (619.50) | (18,644.50) |
| V10873 | Mergent, Inc | (1,100.00) | | | | | (1,100.00) |
| V10735 | MEYERS ASSOCIATES, L.P. | (73,667.00) | | | | | (73,667.00) |
| v10055-016 | Microsoft | (0.32) | | (0.32) | | | |
| V10692 | Mytrex, Inc. | (5,557.81) | | | | | (5,557.81) |
| V10612 | NASDAQ OMX | (1,030.00) | | | | | (1,030.00) |
| V10357 | national Acadamies of Emergency Dispatch | (2,765.00) | | | | | (2,765.00) |
| V10359 | Navigator Business Solutions | (8,512.18) | | | | | (8,512.18) |
| V10964 | Nextiva | (2,406.51) | | | | | (2,406.51) |
| V10366 | Nurse Response | (4,500.00) | | | | | (4,500.00) |
| v10961 | Onn, Isaac | | | | | | |
| V10766 | Parsons, Behle & Latimer | (32,346.59) | | | | | (32,346.59) |
| V10386 | Paychex | (8,364.04) | (8,364.04) | | | | |
| V10905 | Peterson, Jeff | (15,347.58) | | | | | (15,347.58) |
| V10399 | Pitney Bowes Global Financial Services | (8,744.92) | | | | | (8,744.92) |
| V10971 | Polsinelli PC | (2,887.93) | | (2,887.93) | | | |
| V10824 | Power Plus Cleaning Systems Inc | (447.50) | | | | | (447.50) |
| V10403 | PR News Wire Association, LLC | (6,820.00) | | | | | (6,820.00) |
| V10405 | Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP | (1,740.27) | | | | | (1,740.27) |
| V10406 | Priority Dispatch Corporation | (1,697.00) | | | | | (1,697.00) |
| V10784 | Professional Benefits Services, Inc. | (439.95) | | | | | (439.95) |
| V10410 | Purizer Corporation | (21,292.08) | (1,354.51) | | (5,266.22) | (225.90) | (14,445.45) |
| V10694 | Q Interactive | (34,811.38) | | | | | (34,811.38) |
| V10599 | Qualcomm Life, Inc. | (33,620.00) | | | | | (33,620.00) |
| V10430 | Revco Leasing Company | (857.00) | | | | | (857.00) |
| V10582 | Robinson Bros. Construction, Inc. | (11,008.51) | | | | | (11,008.51) |
| V10336 | Rockwell, Max | (3,900.00) | | | | | (3,900.00) |
| V10610 | RX Benefits, Inc | (1,801.19) | | | | | (1,801.19) |
| V10446 | Schwartz, Sandor | (10,000.00) | | | | | (10,000.00) |
| V10854 | Shred-IT USA | (309.70) | | | | | (309.70) |
| V10759 | Sircon Corporation | (4.87) | | | | | (4.87) |
| V10910 | Smith Associates, Inc. | (25,750.00) | | | | | (25,750.00) |
| V10732 | Standard & Poor's Financial Services LLC | (100.00) | | | | | (100.00) |
| V10859 | State Tax Consultants PLLC | (1,400.00) | | | | | (1,400.00) |
| V10475 | Superior Water and Air, Inc. | (70.00) | | | | | (70.00) |
| V10882 | TaiDoc Technology Corp. | (200.00) | | | | | (200.00) |
| V10480 | Tanner | (84,240.94) | | | | | (84,240.94) |
| V10483 | Telcare | (1,776,909.29) | | | | | (1,776,909.29) |
| V10483-2 | Telcare - LOI 041118 | (322,276.00) | | | | | (322,276.00) |
| V10483-1 | Telcare 092517 Agreement | (312,698.28) | | | | | (312,698.28) |
| V10696 | The Lead Center LLC | (589.80) | | | | | (589.80) |
| v10663 | The Veteran Journal | (495.00) | | | | | (495.00) |
| V10947 | Tikia Consulting | (3,203.79) | (815.65) | | (505.70) | (548.97) | (1,333.47) |
| V10498 | United Parcel Service | (223.76) | | | | | (223.76) |
| V10586 | UTA | (2,940.00) | | | | | (2,940.00) |
| v10637 | UVU Career Development Center | (250.00) | | | | | (250.00) |
| V10700 | VicTig | (254.00) | | | | | (254.00) |
| V10515 | VLCM | (112.19) | | | | | (112.19) |
| V10567 | West Unified Communications Services, Inc. | (2,630.17) | | | | | (2,630.17) |
| V10539 | XCast Labs, Inc. | (438.40) | | | | | (438.40) |
| | | (4,695,434.00) | (34,971.03) | 8,081.74 | (49,282.06) | (3,025.81) | (4,616,236.84) |
| | | | | | | | |
| | US Trustee-Qtr. Ended Dec. 31, 2018 | (38,989.49) | (38,989.49) | | | | |

**ActiveCare, Inc.**
**Listing of Aged Accounts Payable**
**November 30, 2018**

| Vendor Code | Vendor Name | Balance Due | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121+ |
|---|---|---|---|---|---|---|---|
| | | | | | | | **Total Jan Pmts** |