OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

| | | | |
|---|---|---|---|
| **Debtor's Name:** | ACAR Creditors Trust | **Bank:** | Signature Bank & Zions Bank |
| **Bankruptcy Number:** | 18-11659 & 18-11660 | **Account Number:** | All Liquidating Trust Accounts |
| **Date of Confirmation:** | 3/25/19 (Effective Date) | **Account Type:** | Operating |
| **Reporting Period:** | 3/25/19 to 6/30/19 | | |

**Beginning Cash Balance (1):**  $ -

**All receipts received by the debtor:**

| | |
|---|---:|
| Cash Sales: | - |
| Collection of Accounts Receivable: | 1,030 |
| Other Receipts | 591 |
| Sale of Debtor's Assets: | - |
| Capital Infusion pursuant to the Plan: | - |
| Transfers in | 323,331 |
| Total of cash received: | 324,952 |

**Total of cash available:**  $ 324,952

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | - |
| All other disbursements made in the ordinary course: | 1,643 |
| Return of funding to DIP Lender | 58,000 |
| Transfers out | 8,075 |
| Total Disbursements | 67,718 |

**Ending Cash Balance**  $ 257,234

**Note:**
The financial information provided in this Post Confirmation Quarterly Report (the "Report") is provided based on the best information available, the source of which is unaudited and untested. If the books and records were audited or tested further, the information provided may differ from that presented in this Report, possibly by material amounts.

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7/14/19
Date

_[signature]_
RSR Consulting, LLC, Trustee
ACAR Creditors Trust

(1): The cash balances and cash activity reported above represent the combined balances for all Debtors which was transferred to the ACAR Creditors Trust pursuant to the Creditor Trust Agreement, which went effective 3/25/19. The following schedules detail the cash activity for each Creditor Trust account (pages 2 & 3).

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

| | | | |
|---|---|---|---|
| **Debtor's Name:** | **ACAR Creditors Trust** | **Bank:** | **Signature Bank** |
| **Bankruptcy Number:** | **18-11659 & 18-11660** | **Account Number:** | **xxxxx2014** |
| **Date of Confirmation:** | **3/25/19 (Effective Date)** | **Account Type:** | **Operating** |
| **Reporting Period:** | **3/25/19 to 6/30/19** | | |

| | | |
|---|---:|---:|
| **Beginning Cash Balance:** | | $ - |
| All receipts received by the debtor: | | |
|     Cash Sales: | - | |
|     Collection of Accounts Receivable: | - | |
|     Other Receipts | - | |
|     Sale of Debtor's Assets: | - | |
|     Capital Infusion pursuant to the Plan: | - | |
|     Transfers in | 316,075 | |
|     Total of cash received: | 316,075 | |
| **Total of cash available:** | | $ 316,075 |
| **Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:** | | |
|     Disbursements made under the plan, excluding the administrative claims of claims of bankruptcy professionals: | - | |
|     Disbursements made pursuant to the administrative claims of bankruptc bankruptcy professionals: | - | |
|     All other disbursements made in the ordinary course: | 870 | |
|     Return of funding to DIP lender | 58,000 | |
|     Transfers out | | |
|     Total Disbursements | | 58,870 |
| **Ending Cash Balance** | | $ 257,205 |

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

| | | | |
|---|---|---|---|
| **Debtor's Name:** | ACAR Creditors Trust | **Bank:** | Zion's Bank |
| **Bankruptcy Number:** | 18-11659 & 18-11660 | **Account Number:** | xxxx6633 |
| **Date of Confirmation:** | 3/25/19 (Effective Date) | **Account Type:** | Operating |
| **Reporting Period:** | 3/25/19 to 6/30/19 | | |

**Beginning Cash Balance:** $ -

**All receipts received by the debtor:**

| | |
|---|---:|
| Cash Sales: | - |
| Collection of Accounts Receivable: | 1,030 |
| Other receipts | 591 |
| Sale of Debtor's Assets: | - |
| Capital Infusion pursuant to the Plan: | - |
| Transfers in | 7,256 |
| Total of cash received: | 8,877 |

**Total of cash available:** $ 8,877

**Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:**

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of claims of bankruptcy professionals: | - |
| Disbursements made pursuant to the administrative claims of bankruptc bankruptcy professionals: | - |
| All other disbursements made in the ordinary course: | 774 |
| Return of funding to DIP Lender | |
| Transfers out | 8,075 |
| Total Disbursements | $ 8,849 |

**Ending Cash Balance** $ 29

**In re** : ACAR Creditors Trust

**Case No.: 18-11659**
**Reporting Period: March 25, 2019- June 30, 2019**

**BALANCE SHEET**
**UNAUDITED**

| AS OF June 30, 2019 | ACAR Creditors Trust |
|---|---:|
| **ASSETS:** | |
| **CURRENT ASSETS** | |
| Cash and Cash Equivalent | $ 257,234 |
| **Total Current Assets** | **257,234** |
| **TOTAL ASSETS** | **$ 257,234** |
| **LIABILITIES AND OWNER EQUITY LIABILITIES** | |
| **Current Liabilities** | |
| Accounts Payable | 16,797 |
| Chapter 11 Administrative Claims Payable | 1,324,530 |
| Prepetition Liabilities subject to compromise | 34,101,379 |
| **Total Liabilities** | **35,442,706** |
| | |
| **Equity** | |
| Beneficiaries Equity | (35,167,623) |
| Retained deficit | (17,849) |
| **Total Equity** | **(35,185,472)** |
| **TOTAL LIABILITIES AND EQUITY** | **$ 257,234** |